Theresa A. Goldner, Esq.
KERN COUNTY COUNSEL
Mark Nations, Esq. (S.B. No. 101838)
CHIEF DEPUTY COUNTY COUNSEL
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: mnations@co.kern.ca.us

NIELSEN MERKSAMER
   PARRINELLO GROSS & LEONI LLP
   Marguerite Mary Leoni, Esq. (S.B. No. 101696)
   Christopher E. Skinnell, Esq. (S.B. No. 227093)
   Hilary J. Gibson, Esq. (S.B. No. 287862)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone:  (415) 389-6800
Facsimile:   (415) 388-6874
Email: mleoni@nmgovlaw.com
Email: cskinnell@nmgovlaw.com
Email: hgibson@nmgovlaw.com

*Attorneys for Defendants*
COUNTY OF KERN, *ET AL.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, *et al.*,<br><br>   *Plaintiffs*,<br><br>vs.<br><br>COUNTY OF KERN, *et al.*,<br><br>   *Defendants*. | Case #1:16-cv-00568-DAD-JLT<br><br>**[Proposed] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM [FRCP 12(b)(6)]**<br><br>JUDGE: Hon. Dale A. Drozd<br>COURTROOM: 5<br>HEARING DATE: June 21, 2016<br>TIME: 9:30 a.m. |

1   Pending before the Court is Defendants' motion for to dismiss the Complaint on file
2 in this action, filed April 22, 2016.  Having considered the parties' papers in support of and
3 in opposition to the motion, and oral argument presented thereon, the Court GRANTS
4 Defendants' motion to dismiss for failure to state a claim.
5   IT IS SO ORDERED.
6 Dated: _____

_____
Hon. Dale A. Drozd
United States District Judge