## Declaration of Allan Krauter

I, ALLAN KRAUTER, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am a Senior Administrative Analyst in the Kern County Administrative Office. I have worked for the County for more than 20 years in various capacities. In 2011, in my role in the Administrative Office, I was the staff member primarily assigned to overseeing the process of redistricting the County's supervisorial districts following the release of the 2010 Census.

3. Attached hereto, as Exhibits A-F, respectively, are true and correct copies of the following documents contained in the County's files in connection with the 2011 supervisorial redistricting process:

   A. A PowerPoint Presentation given by County staff at a series of public hearings conducted in the County during the summer of 2011;

   B. A series of maps detailing a proposed redistricting plan, submitted to the Board of Supervisors by Steven A. Ochoa, National Redistricting Coordinator, of the Mexican American Legal Defense and Education Fund ("MALDEF"), at the August 2, 2011, meeting of the Board.

   C. A letter dated August 9, 2011, from Mr. Ochoa, to the Kern County Board of Supervisors.

   D. A spreadsheet listing the Census blocks within the County that correspond to state and federal prisons, and reflecting the populations of each of those blocks.

   E. The staff report submitted to the Board of Supervisors in connection with this matter for the July 5, 2011, Board meeting, including exhibits.

   F. The staff report submitted to the Board of Supervisors in connection with this matter for the August 2, 2011, Board meeting, including exhibits.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except for those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could competently testify thereto.

Executed on May 17, 2016, at Bakersfield, California.

*/s/ Allan Krauter*
ALLAN KRAUTER