**Declaration of Christopher E. Skinnell**

I, CHRISTOPHER SKINNELL, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am one of the attorneys of record for Defendants in this action.

3. Attached hereto as Exhibits G-K, respectively, are true and correct copies of the following documents:

G. Opinion No. 91-601 of the California Attorney General, 74 Ops. Cal. Atty. Gen. 162 (Aug. 23, 1991), which addresses the exclusion of prisoners from the population base for redistricting, a copy of which I downloaded from Lexis-Nexis.

H. A list of "California Department of Corrections and Rehabilitation Adult Institutions" and their addresses, which I downloaded from the California Department of Corrections and Rehabilitation ("CDCR") website, http://www.cdcr.ca.gov/Facilities_Locator/docs/CDCR-Adult-Institution-Addresses.pdf, on or about May 16, 2016.

I. A "Map of California's Correctional and Rehabilitation Institutions," which I downloaded from the CDCR's website, http://www.cdcr.ca.gov/map/docs/Correctional-and-Rehabilitation-Institutions-with-Parole-Regions.pdf?pdf=Institutions-Map, on or about May 16, 2016.

J. A list of "Community Correctional Facilities," which I printed from the CDCR's website, http://www.cdcr.ca.gov/Facilities_Locator/Community_Correctional_Facilities.html, on or about May 16, 2016.

K. Information regarding the Taft Federal Correctional Facility, which I printed from the Federal Bureau of Prisons' website, https://www.bop.gov/locations/ci/taf/, on or about May 16, 2016.

1  I declare under penalty of perjury under the laws of the State of California that the
2 foregoing is true and correct of my own personal knowledge except for those matters stated
3 on information and belief and, as to those matters, I believe them to be true.  If called as a
4 witness, I could competently testify thereto.
5  Executed on May 17, 2016, at San Rafael, California.

_____
CHRISTOPHER SKINNELL