1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## <u>EXHIBIT A</u>

**Defendants' Request for Judicial Notice in Support of Motion to Dismiss**
**[FRCP 12(B)(6)]**
***Luna, et al. v. County of Kern, et al.*, Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)**

# One Person One Vote: Redistricting Kern County



# Redistricting is required for federal, state, local jurisdictions every decade

**Kern County 2000 population:  661,645**
**Kern County 2010 population:  839,631**

**Kern County's five supervisorial districts experienced unequal population growth and movement.**

**Constitutional mandate for equal representation requires rebalancing populations among districts.**

**New equal districts required for 2012 primary elections.**

**Courts tolerate 3% – 5% deviation from ideal mean.**

# Kern County Supervisorial District Populations (2010 U.S. Census)

| | Population | Deviation | %Deviation |
|---|---|---|---|
| DISTRICT 1 | 169,774 | 1,848 | 1.10% |
| DISTRICT 2 | 169,569 | 1,643 | .98% |
| DISTRICT 3 | 146,906 | -21,020 | -12.52% |
| DISTRICT 4 | 189,546 | 21,620 | 12.87% |
| DISTRICT 5 | 163,836 | -4,090 | -2.44% |
| Mean | 167,926 | | |
| Total | 839,631 | | |

# Prison inmates can be excluded from total population – felons cannot vote

1991 California Attorney General opinion says law allows jurisdictions to exclude prison inmates for purposes of redistricting. Kern County excluded inmates in 2001.

According to 2010 Census, Kern County population includes more than 29,500 state or federal prison inmates:

**DISTRICT 1**   12,465   (Delano, McFarland, Shafter)

**DISTRICT 2**   8,517   (Tehachapi, California City)

**DISTRICT 4**   8,542   (Taft, Wasco)

# Supervisorial District Populations Excluding State/Federal Inmates

| | Population | Deviation | %Deviation |
|---|---|---|---|
| DISTRICT 1 | 157,309 | -4,712 | -2.91% |
| DISTRICT 2 | 161,052 | -969 | -.60% |
| DISTRICT 3 | 146,906 | -15,115 | -9.33% |
| DISTRICT 4 | 181,485 | +19,983 | +11.72% |
| DISTRICT 5 | 163,836 | 1,815 | +1.12% |
| Mean | 162,021 | | |
| Adjusted total | 810,107 | | |

# Legal criteria for election districts

**Absolutely equal population is ideal goal, but courts and statutes allow some deviation (3% to 5% seems to be the limit) to meet other criteria:**

- Topography/geography
- Cohesiveness, contiguity, compactness
- Community of interest – may be economic, geographic (neighborhoods/regions) , cultural/racial
- Respect for city/community boundaries where possible
- Respect for incumbency

**Federal Voting Rights Act outweighs most criteria, especially compactness.**

# Next Steps

**May - June:** Public workshops throughout Kern County

Maps posted online at County website: *www.co.kern.ca.us*

**July 5 – Aug. 2:** Board of Supervisors holds public hearings

**August 2:** Board of Supervisors adopts districts (4-1 vote required)