# EXHIBIT B

**Defendants' Request for Judicial Notice in Support of Motion to Dismiss [FRCP 12(B)(6)]**
*Luna, et al. v. County of Kern, et al.*, Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)

---



## Kern County Board of Supervisors
## MALDEF Proposed Draft Plan, Submitted 8/2/2011


| District | Total Population | Deviation | Deviation % | Total Voting Age Population | Total Voting Age Citizen Population | Total Registration (Nov 2010) | Latino Population | Latino Population % | Latino Voting Age Population | Latino Voting Age Population % | Latino Citizen Voting Age Population | Latino Citizen Voting Age Population % | Latino Reg (Nov 2010) | Latino Reg % (Nov 2010) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 169,167 | 1,241 | 0.74% | 125,042 | 110,582 | 78,325 | 42,534 | 25.14% | 26,842 | 21.47% | 16,739 | 15.14% | 10,337 | 13.20% |
| 2 | 168,370 | 444 | 0.26% | 121,479 | 93,308 | 73,956 | 55,428 | 32.92% | 35,567 | 29.28% | 18,884 | 20.24% | 13,211 | 17.86% |
| 3 | 166,883 | -1,043 | -0.62% | 114,562 | 77,988 | 41,298 | 119,309 | 71.49% | 75,598 | 65.99% | 39,741 | 50.96% | 22,280 | 53.95% |
| 4 | 167,702 | -224 | -0.13% | 116,917 | 96,349 | 72,458 | 67,653 | 40.34% | 41,271 | 35.30% | 24,613 | 25.55% | 16,556 | 22.85% |
| 5 | 167,509 | -417 | -0.25% | 107,550 | 62,331 | 45,019 | 128,109 | 76.48% | 77,292 | 71.87% | 32,681 | 52.43% | 23,813 | 52.90% |

| District | NL Black Population | NL Black Population % | NL Black Voting Age Population | NL Black Voting Age Population % | NL Black Citizen Voting Age Population | NL Black Citizen Voting Age Population % | NL Asian Population | NL Asian Population % | NL Asian Voting Age Population | NL Asian Voting Age Population % | NL Asian Citizen Voting Age Population | NL Asian Citizen Voting Age Population % | NL Asian Reg (Nov 2010) | NL Asian Reg % (Nov 2010) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 7,178 | 4.24% | 4,809 | 3.85% | 5,015 | 4.54% | 4,180 | 2.47% | 3,409 | 2.73% | 2,397 | 2.17% | 1,160 | 1.48% |
| 2 | 7,421 | 4.41% | 5,473 | 4.51% | 5,571 | 5.97% | 11,821 | 7.02% | 8,667 | 7.13% | 4,671 | 5.01% | 2,761 | 3.73% |
| 3 | 9,512 | 5.70% | 8,044 | 7.02% | 6,882 | 8.82% | 7,401 | 4.43% | 5,530 | 4.83% | 4,222 | 5.41% | 1,598 | 3.87% |
| 4 | 11,816 | 7.05% | 7,774 | 6.65% | 7,214 | 7.49% | 7,256 | 4.33% | 5,540 | 4.74% | 3,436 | 3.57% | 1,738 | 2.40% |
| 5 | 9,450 | 5.64% | 6,327 | 5.88% | 6,502 | 10.43% | 2,442 | 1.46% | 1,904 | 1.77% | 1,176 | 1.89% | 839 | 1.86% |


Kern County Board of Supervisors
MALDEF Proposed Draft Map - 8/2/11









Kern County Board of Supervisors
MALDEF Proposed Draft Map - 8/2/11

1 LCVAP%: 15.1
BCVAP%: 4.3
ACVAP%: 1.9
Dev. 1241
Dev. % 0.7

5 LCVAP%: 52.4
BCVAP%: 10.2
ACVAP%: 1.7
Dev. -417
Dev. % -0.2

4 LCVAP%: 25.5
BCVAP%: 7.2
ACVAP%: 3.2
Dev. -224
Dev. % -0.1

2 LCVAP%: 20.2
BCVAP%: 5.7
ACVAP%: 4.6
Dev. 444
Dev. % 0.3