1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# **EXHIBIT D**

**Defendants' Request for Judicial Notice in Support of Motion to Dismiss
[FRCP 12(B)(6)]**
*Luna, et al. v. County of Kern, et al.*, **Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)**

27
28

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF					CASE NO. 1:16-cv-00568-DAD-JLT
MOTION TO DISMISS - DEFENDANTS COUNTY OF KERN, *et al*.							**EXHIBIT D**

| FACILITY | CENSUS BLOCK | POPULATION | DISTRICT |
|---|---|---|---|
| Delano | 60290046011000 | 5363 | 1 |
| Delano | 60290046042015 | 4801 | 1 |
| Delano | 60290046031000 | 490 | 1 |
| McFarland | 60290047013003 | 1294 | 1 |
| Shafter | 60290040001061 | 517 | 1 |
| Wasco | 60290043021001 | 5710 | 4 |
| Taft | 60290033043645 | 2351 | 4 |
| Taft | 60290033043554 | 481 | 4 |
| Tehachapi | 60290060021000 | 5903 | 2 |
| Cal City | 60290065002695 | 2614 | 2 |
| | | **29524** | |