# EXHIBIT E

**Defendants' Request for Judicial Notice in Support of Motion to Dismiss
[FRCP 12(B)(6)]**
*Luna, et al. v. County of Kern, et al.*, Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)

---

# Kern County Administrative Office



**County Administrative Center**
1115 Truxtun Avenue, Fifth Floor • Bakersfield, CA 93301-4639
Telephone 661-868-3198 • FAX 661-868-3190 • TTY Relay 800-735-2929

**JOHN NILON**
County Administrative Officer

July 5, 2011

Board of Supervisors
Kern County Administrative Center
1115 Truxtun Avenue
Bakersfield, CA 93301

### PUBLIC HEARING RE: SUPERVISORIAL DISTRICT BOUNDARY ADJUSTMENTS
**Fiscal Impact: None**

This is to report to your Board regarding proposed options for adjusting supervisorial district boundaries as required by law. A minimum of two public hearings must be held before approval of a redistricting plan, and today's hearings will consider a number of different redistricting options to fulfill the first step in this process. On August 2, your Board is scheduled to hold a public hearing at which a final redistricting plan may be approved.

At your Board's direction, the County Administrative Office has invited public input from throughout Kern County on the development of new supervisorial district boundaries. Twenty workshops in 17 communities were attended by more than 100 participants, who received an overview of redistricting legal requirements and current district populations, as well as an opportunity to move boundaries and develop alternative proposals on a computerized map. A section of the County website provides viewers with an overview of the redistricting process, a workshop schedule, proposed maps emerging from the workshops, descriptions of their main features, and populations by district of each option.

#### LEGAL REQUIREMENTS

California law (Elections Code Sec. 21500 et seq.) requires boards of supervisors to approve adjustments to supervisorial district boundaries at least once following each decennial census, in order to ensure nearly equal population in each district and to comply with the Federal Voting Rights Act. Official 2010 Census data must be used to determine supervisorial district boundaries for the 2012 elections and for all subsequent supervisorial elections through 2020. Your Board must adopt any new district boundaries before November 1, 2011 in order for these districts to be used in the June 2012 primary election. However, if the Legislature decides to consolidate legislative primary elections with a February or March presidential primary election in 2012, new districts may be required to be in place as early as August or September.

Article 21 of the California Constitution, as interpreted by the courts, defines a number of legal tests that legislative districts must meet. Districts must be as nearly equal in population as possible, although the courts generally allow population variances of up to 3% per district above or below the ideal mean population. Variances are allowed in order to keep recognized neighborhoods and geographic communities intact or to meet Federal Voting Rights Act requirements to protect racial and language minorities. Court decisions also require districts to meet tests for compactness, contiguity, and preservation of geographic boundaries and other communities of interest.

#### CURRENT STATUS OF KERN COUNTY SUPERVISORIAL DISTRICTS

Based on the 2010 Census (excluding State and federal prison populations), Supervisorial Districts 1, 2 and 5 are within the 3% population variance permitted by the courts. District 3 has 9.3% less than the ideal mean population of 162,021, and District 4 has 11.7% more than the ideal mean. In addition to district population totals, the current status of District 5 as a "majority-minority" district that complies with Section 2 of the federal Voting Rights Act should be noted. The Hispanic voting age population in District 5 is currently 75.29%. Besides adjusting boundaries to correct population

Board of Supervisors
Public Hearing: Supervisorial
District Boundary Adjustments
July 5, 2011
Page 2

imbalances, the redistricting plan approved by your Board must meet Voting Rights Act requirements to preserve the Hispanic voting age population in District 5 at or near its current level.

**INPUT FROM PUBLIC WORKSHOPS**

Opinions expressed at the public workshops held throughout Kern County are detailed in Attachment A. Comments generally fall into the following categories:

- Keep two East Kern Supervisorial Districts to ensure appropriate representation of the unique needs of this area.
- Create a plan with the least amount of change in district boundaries.
- Maintain the 5th District's voting age Hispanic majority.
- Unite all of Oildale within District 3.
- Unite Shafter and Wasco in the same district.
- Consider a new configuration that would create a "Westside" district including Delano, McFarland, Wasco, and Shafter, Buttonwillow, and Lost Hills but excluding East Kern and if possible excluding as much of Bakersfield as possible.

**REDISTRICTING MAP OPTIONS**

To establish districts based on this input, the County Administrative Office has prepared maps that take one of three basic policy directions. It should be noted that any number of maps could be drawn to reflect public input. The maps presented here represent just five examples for illustration purposes and are not to be considered as final, or the only means of achieving the objectives expressed in the workshops. The three policy directions represented in the five maps shown in Attachment B include:

**Least Impact/Least Disruptive:** This map extends the boundary of current District 3 into current District 4 for the sole purpose of equalizing population. The specific boundary change could be any number of specific options, but each option:

- Meets the requirements of the law for all districts
- Maintains two East Kern districts (not legally mandated)
- Does not unify Oildale (not legally mandated)
- Does not unify Shafter and Wasco in one district (not legally mandated)
- Does not create a Westside district (not legally mandated)
- Maintains the 5th District's voting age Hispanic majority (legally mandated)

**Unification Maps:** One map unifies only Oildale, while two others in this category unify Oildale and Wasco/Shafter and equalize the population. As mentioned earlier, any number of specific maps could achieve this objective. However, as drawn in general, these maps:

- Meet the requirements of the law for all districts
- Maintain two East Kern districts (not legally mandated)
- Unify Oildale in District 3 (not legally mandated but achieved in one map)
- Unify Shafter and Wasco in District 1 (not legally mandated but achieved in two maps)
- Does not create a Westside district (not legally mandated)
- Maintains the 5th District's voting age Hispanic majority (legally mandated)

Board of Supervisors
Public Hearing: Supervisorial
District Boundary Adjustments
July 5, 2011
Page 3


**Westside Map:** This map would create a Westside District comprised of farming communities in North and West Kern – Delano, McFarland, Wasco, Lost Hills, Shafter, and Buttonwillow – together with Taft, Maricopa, and Frazier Park/Lebec/Pine Mountain Club and a portion of the outskirts of metropolitan Bakersfield. Other adjustments would need to be made to balance populations among all other districts. Again, there are any number of specific maps that could be drawn to achieve this objective. However, in general, such a map:

- Meets the requirements of the law for all districts
- Creates a Westside district (not legally mandated)
- Does not maintain two East Kern districts (not legally mandated)
- Does not unify Oildale (not legally mandated)
- Unifies Shafter and Wasco in one district (not legally mandated)
- Maintains the 5th District's voting age Hispanic majority (legally mandated)

CONCLUSION

The County Administrative Office will use input from today's public hearings in creating redistricting options and a recommendation to be heard by your Board on August 2, 2011. When lines are approved by your Board, County Counsel will prepare an enacting ordinance creating new district boundaries and containing legal descriptions for each district boundary. Thirty days after your Board approves the enacting ordinance, the new district boundaries will take effect. They will be used in the 2012 supervisorial elections for Districts 1, 4, and 5, and they will constitute the new boundaries of Districts 2 and 3, which are not scheduled to hold elections in 2012.

Therefore, IT IS RECOMMENDED that your Board open the public hearing on proposed County supervisorial district boundary adjustments and direct staff to prepare a recommended redistricting plan for consideration on August 2, 2011.

Sincerely,

John Nilon
County Administrative Officer

JN:ADK:POLGEN redistrict options BOS
CF: :300.10.10

Attachments

cc: County Counsel
Auditor-Controller-County Clerk
Elections

ATTACHMENT A

# SUMMARY OF
# COUNTY SUPERVISORIAL REDISTRICTING WORKSHOPS
# MAY 17 – JUNE 15, 2011

**INYOKERN - May 17 Attendance: 1**

Boundaries should change as little as possible. Option 1 supported to maintain two East Kern districts.

**RIDGECREST – May 17 Attendance: 6**

All express support for maintaining two East Kern districts. Five support Option 1, and one person supports a plan in which all districts would contain part of Bakersfield and would extend to the County boundaries in order to balance the influence of Bakersfield interests with those of outlying communities.

**FRAZIER PARK – May 19 Attendance: 7**

All attendees desire to remain within their current supervisorial district as provided in Option 1.

**TEHACHAPI – May 23 Attendance: 2**

Attendees reserved judgment on Option 1 and will await other plans.

**NORTH BAKERSFIELD – May 24 Attendance: 4**

Workshop discussion resulted in Option 2, which unifies North of the River/Oildale within District 3 and extends District 1 southern boundary to Rosedale Highway.

**BORON – May 26 Attendance 12**

Attendees all favor Option 1 and maintaining two East Kern districts that are as close as possible to their current forms.

**ROSAMOND – May 26 Attendance 7**

Attendees all favor Option 1 and maintaining two East Kern districts that are as close as possible to their current forms.

**EAST BAKERSFIELD – May 31 Attendance 1**

Workshop discussion resulted in support for Option 3, which unifies North of the River/Oildale within District 3 and transfers Wasco from District 4 to District 1m thereby including Wasco in the same district with neighboring Shafter, McFarland, and Delano. Attendee also expressed reservations about changes to District 5 under Option 3.

**LAMONT – June 1 Attendance 15**

Workshop discussion of Option 3 resulted in mixed support for Option 3 and development of Option 4. Option 4 unifies Oildale and includes Wasco in District 1, but it would leave District 5 unchanged from its current boundaries. Some attendees spoke against any change to District 5 that would lower its percentage of voting age Hispanics by any amount. Others expressed support for Option 3, which lowers District 5 voting age Hispanic population by six percentage points, because it would correspondingly increase Hispanic voting strength in District 3.

### KERN RIVER VALLEY – June 2 Attendance 3

Attendees all favor Option 1 and maintaining two East Kern districts that are as close as possible to their current forms.

### SHAFTER – June 6 Attendance 7

Attendees all favor a "Westside" district (Option 5) that breaks Delano, McFarland, and Shafter away from District 1 to join Wasco, Lost Hills, Buttonwillow, Taft/Maricopa, and Frazier Park/Lebec/Pine Mountain Club in District 4. Attendees do not want to be in the same district as Bakersfield but understand that a district comprised entirely of only these communities would not have enough people to qualify as a district and so must include some portion of the metropolitan Bakersfield population.

### TAFT – June 7 Attendance 1
Boundaries should change as little as possible. Option 1 supported.

### WASCO – June 8 Attendance 4

Attendees all favor Option 5, which brings Delano, McFarland, and Shafter from District 1 into District 4 Wasco, Lost Hills, Buttonwillow, Taft/Maricopa, and Frazier Park/Lebec/Pine Mountain Club and a portion of metropolitan Bakersfield. Attendees would prefer not to be in the same district as Bakersfield.

### SOUTH BAKERSFIELD – June 9 Attendance 2

Attendees all favor Option 5, which brings Delano, McFarland, and Shafter from District 1 into District 4 together with Wasco, Lost Hills, Buttonwillow, Taft/Maricopa, and Frazier Park/Lebec/Pine Mountain Club and a portion of metropolitan Bakersfield.

### MOJAVE – June 13 Attendance 40

Attendees all favor Option 1 and maintaining two East Kern districts that are as close as possible to their current forms. Attendees all oppose Option 5.

### BAKERSFIELD – June 15 Attendance 14

Four attendees spoke in support of Option 5, although one supporter noted that under Option 5, District 1 would comprise more than half of the County area and would be extremely difficult for one supervisor to represent adequately. Three spoke against Option 5. Of those opposed to Option 5, two favor Option 2 and one favors Option 1. Attendees did not reach consensus on development of a map that would maintain two East Kern districts, unify Oildale within District 3, and create a "Westside" district of primarily farming communities similar to Option 5.

# OPTION 1



Option 1 makes the minimum boundary adjustments needed to re-balance district populations:

- *(A on map)* Moves the western boundary of District 3 from Jewetta Road to the BNSF railroad tracks between Kratzmeyer Road and Rosedale Highway (area is now in District 4).

- *(B on map)* Changes the southwestern corner of District 3 to include all territory south of Brimhall Road and north of the Kern River between Calloway Drive and Jewetta Avenue within District 3 (area is now in District 4).

- Does not change the boundaries of District 1, 2, or 5.

### Population by District

| District | Population | Percent |
|---|---|---|
| District 1 | 157,309* | 97.10% |
| District 2 | 161,052* | 99.41% |
| District 3 | 162,156 | 99.71% |
| District 4 | 166,235* | 102.10% |
| District 5 | 163,836 | 101.12% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates

OPTION 2



- *(A on map)* Moves District 3 boundary from China Grade Loop north to include all of Oildale within District 3 (area is now in District 1).

- *(B on map)* Moves District 3 boundary northeast from Panorama Drive and Morning Drive to follow Alfred Harrell Highway and include Hart Park in District 3 (area is now in District 1).

- *(C on map)* Moves District 1 boundary south to Rosedale Highway between Jewetta Avenue and Bolthouse Lane (area is now in District 4).

- *(D on map)* Moves Oleander area bounded by Oak Street, California Avenue, Brundage Lane, and Chester Avenue into District 5 (area is now in District 3).

- *(E on map)* Changes boundary between District 5 and District 3 to follow Edison Highway between Vineland Road and Mt. Vernon Avenue (boundary now follows E. Brundage, Vineland, and E. Niles).

- Does not change the boundaries of District 2.

**Population by District**

| District | Population | Percent |
|---|---|---|
| District 1 | 161,169* | 99.47% |
| District 2 | 161,052* | 99.40% |
| District 3 | 165,122 | 101.91% |
| District 4 | 162,538* | 100.31% |
| District 5 | 160,251 | 98.91% |

Optimum district population: 162,021*
*Excludes state and federal prison inmates

OPTION 3

## WASCO DETAIL



## METRO BAKERSFIELD DETAIL



**Option 3 changes:**

- *(Wasco map)* Moves Wasco area into District 1 (area is now in District 4).

- *(A on map)* Moves District 3 boundary from China Grade Loop north to include all of Oildale within District 3 (area is now in District 1).

- *(B on map)* Moves District 3 boundary northeast from Panorama Drive and Morning Drive to follow Alfred Harrell Highway and include Hart Park in District 3 (area is now in District 1).

- *(C on map)* Moves District 1 boundary south to Rosedale Highway between Jewetta Avenue and Bolthouse Lane (area is now in District 4).

- *(D on map)* Moves Oleander area bounded by Oak Street, California Avenue, Brundage Lane, and Chester Avenue into District 5 (area is now in District 3).

- *(E on map)* Changes boundary between District 5 and District 3 to follow Edison Highway between Vineland Road and Mt. Vernon Avenue (boundary now follows E. Brundage, Vineland, and E. Niles).

- Does not change the boundaries of District 2.

**Population by District**

| | | |
|---|---|---|
| District 1 | 163,325* | 100.80% |
| District 2 | 161,052* | 99.40% |
| District 3 | 160,765 | 99.22% |
| District 4 | 160,424* | 99.01% |
| District 5 | 164,611 | 101.60% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates

## OPTION 4

### WASCO DETAIL



### METRO BAKERSFIELD DETAIL



Option 4 changes:

- Moves Wasco area into District 1 (area is now in District 4).
- *(A on map)* Moves District 3 boundary from China Grade Loop north to include all of Oildale within District 3 (area is now in District 1).
- *(B on map)* Moves District 3 boundary northeast from Panorama Drive and Morning Drive to follow Alfred Harrell Highway and include Hart Park in District 3 (area is now in District 1).
- Does not change the boundaries of District 2 or District 5.

POPULATION BY DISTRICT

| District | Population | % |
|---|---|---|
| District 1 | 163,325* | 100.80% |
| District 2 | 161,052* | 99.40% |
| District 3 | 161,540 | 99.70% |
| District 4 | 160,424* | 99.01% |
| District 5 | 163,836 | 101.12% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates

# OPTION 5



## WEST BAKERSFIELD DETAIL



SOUTH BAKERSFIELD/SOUTHEAST KERN DETAIL



**Option 5 changes:**

- *(A on map)* Moves area north of Kratzmeyer Road including Shafter, McFarland, and Delano, and west of Highway 65 north of Bakersfield into District 4 (area is now in District 1).
- *(B on map)* Moves District 3 boundary north from Kratzmeyer Road to Seventh Standard Road (area is now in District 1).
- *(C on map)* Moves District 3 boundary west from Jewetta Avenue to Allen Road (area is now in District 4)
- *(D on map)* Moves District 3 area south of Rosedale Highway and east of Coffee Road into District 2 (area is now in District 3).
- *(E on map)* Moves southwest Bakersfield area bounded by Brimhall Road, Jewetta Avenue, Stockdale Highway, Highway 99, Planz Road, Stine Road, Pacheco Road, Gosford Road, Panama Lane, and Allen Road into District 2 (area is now in District 4).
- *(F on map)* Moves area bounded by Panama Lane, Stine Road, Bear Mountain Blvd., and Gosford Road into District 4 (area is now in District 3).
- *(G on map)* Moves most of area south of Bear Mountain Blvd. between Interstate 5 and highway 99 into District 1 (area is now in District 4).
- *(H on map)* Moves all District 2 areas of southeastern Kern County and South Bakersfield as far north as Panama Lane into District 1 (areas are now in District 2).
- Does not change District 5 boundaries.

**Population by District**

| District | Population | Percent |
|---|---|---|
| District 1 | 160,246 | 98.90% |
| District 2 | 164,645* | 101.62% |
| District 3 | 162,357* | 100.21% |
| District 4 | 159,023* | 98.15% |
| District 5 | 163,836 | 101.12% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates