1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# <u>EXHIBIT F</u>

27

**Defendants' Request for Judicial Notice in Support of Motion to Dismiss
[FRCP 12(B)(6)]**

28

***Luna, et al. v. County of Kern, et al.*, Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)**

# Kern County Administrative Office



**County Administrative Center**

1115 Truxtun Avenue, Fifth Floor • Bakersfield, CA  93301-4639

Telephone 661-868-3198 • FAX 661-868-3190 • TTY Relay 800-735-2929

**JOHN NILON**
County Administrative Officer

August 2, 2011

Board of Supervisors
Kern County Administrative Center
1115 Truxtun Avenue
Bakersfield, CA   93301

**PUBLIC HEARING RE:**
**SUPERVISORIAL DISTRICT BOUNDARY ADJUSTMENTS**
**Fiscal Impact:  None**

Your Board is required to adjust supervisorial district boundaries after every federal census to achieve equal representation of Kern County's population.  During May and June, 2011, the County Administrative Office conducted 20 workshops in 17 communities to gather public input on redistricting.  On July 5, 2011, your Board conducted two public hearings on redistricting options and directed the County Administrative Office to bring forward five options at the August 2 public hearing for further consideration and possible approval of a final plan.  The County Administrative Office has identified an additional option that is recommended for adoption.  Upon closure of today's public hearing, your Board may approve a redistricting plan and may enact an implementing ordinance.

## LEGAL REQUIREMENTS

Article 21 of the California Constitution, as interpreted by the courts, defines a number of legal tests that legislative districts must meet.  Districts must be as nearly equal in population as possible, although the courts generally allow population variances of up to 3% per district above or below the mean population.  Variances are allowed in order to keep recognized neighborhoods and geographic communities intact or to meet Federal Voting Rights Act requirements to protect racial and language minorities.  Court decisions also require districts to meet tests for compactness, contiguity, and preservation of geographic boundaries and other communities of interest.  All options presented to your Board meet the legal requirements summarized above.

Your Board must approve a redistricting plan and enact a redistricting ordinance by October 1, 2011 in order to meet the November 1, 2011 statutory deadline for new district lines to become effective.  For practical purposes, the September 27, 2011 Board meeting is the last date at which a redistricting plan could be adopted by your Board in order to meet the deadline.  However, if the Board so chooses, it may adopt a plan today.

## CURRENT STATUS OF KERN COUNTY SUPERVISORIAL DISTRICTS

Based on the 2010 Census (excluding State and federal prison populations), Supervisorial Districts 1, 2 and 5 are within the 3% population variance permitted by the courts.  District 3 has 9.3% less than the mean population of 162,021, and District 4 has 11.7% more than the mean.  It is also important to note that the current status of District 5 as a "majority minority" district complies with Section 2 of the federal Voting Rights Act.  The Hispanic voting age population in District 5 is currently 75.29%, well above the 50% threshold.

## PUBLIC WORKSHOPS SUMMARY

Public workshops were held in Arvin, Bakersfield (3 workshops), Boron, California City, Delano, Frazier Park, Inyokern, Kern River Valley, Lamont, McFarland, Mojave, Oildale, Ridgecrest, Rosamond, Shafter, Taft, Tehachapi,

Board of Supervisors
Public Hearing re Supervisorial District Boundary Adjustments
August 2, 2011
Page 2

and Wasco. Sixteen of the 20 workshops were held in the evening hours. Attendance at the public workshops totaled approximately 110. Opinions expressed at the public workshops can be summarized as follows:

- Keep two East Kern Supervisorial Districts to ensure appropriate representation of the unique needs of this area.
- Create a plan with the least amount of change in district boundaries.
- Maintain the 5th District's voting age Hispanic majority.
- Unite all of Oildale within District 3.
- Unite Shafter and Wasco in the same district.
- Consider a new configuration that would create a "Westside" district including Delano, McFarland, Wasco, and Shafter, Buttonwillow, and Lost Hills but excluding East Kern and excluding as much of Bakersfield as possible.

## PUBLIC HEARING SUMMARY

Comments at the public hearings held on July 5, 2011 can be summarized as follows:

- Most speakers expressed a desire to make only minimal changes in existing lines and to preserve two East Kern Supervisorial Districts.
- None of the speakers supported a plan to create a West Kern district that would group Delano, McFarland, Wasco, Shafter, Buttonwillow, and Lost Hills within District 4, which would have required including the entire East Kern region within District 1.
- Some speakers supported unifying Oildale and the Kern River bluffs area of Northeast Bakersfield within District 3.
- Some speakers proposed a new configuration at the hearing that would group Delano, McFarland, Wasco, Shafter, Buttonwillow, and Lost Hills within a new District 3 while preserving two East Kern Supervisorial Districts.

After hearing public testimony, your Board rejected map Option 5 (that was referred to as the Westside map) and directed the County Administrative Office to present Options 1–4 as well as the option proposed at the public hearing (that grouped Delano, McFarland, Wasco, Shafter, Buttonwillow, and Lost Hills within a new District 3 while preserving two East Kern Supervisorial Districts) for further consideration on August 2.

## ADDITIONAL OPTION

The County Administrative Office has identified an additional redistricting option that brings district populations into balance through boundary changes within the Metropolitan Bakersfield area and that meets other legal requirements. All remaining options are summarized below, and maps of the proposed redistricting options with descriptions of the boundary changes and demographic information are attached.

## EVALUATING THE OPTIONS

The options that follow have both common attributes and disparate approaches that will each be discussed. All options must comply with legal mandates to equalize the population among districts, maintain reasonable compactness, and preserve communities of interest. For each option, the Hispanic percentage of District 5's voting age population is also shown to measure its compliance with the federal Voting Rights Act requirement to protect minority voting rights.

Besides legal mandates, other considerations enter the final decision. Each option's responsiveness to public opinions regarding unification of Oildale, unification of Wasco with Shafter, creation of a Westside farming community district, and preservation of two East Kern districts is also discussed below. In addition, equalizing populations among districts may require moving residents from a district that is scheduled to hold a Supervisorial election in 2012 to one that is not

Board of Supervisors
Public Hearing re Supervisorial District Boundary Adjustments
August 2, 2011
Page 3

scheduled to hold an election until 2014. Deferring residents' right to vote is often necessary in redistricting but may become a concern when a sizable proportion of a district's residents are affected. Where an option defers voting, the impacts are listed.

## OPTION 1: Least Impact/Least Disruptive

Option 1 extends the boundary of District 3 into District 4 for the sole purpose of equalizing population. The proposed boundary change:

- Meets the requirements of the law for all districts
- Maintains the 5th District's voting age Hispanic majority at 75.29%, its current level (legally mandated)
- Maintains two East Kern districts (not legally mandated)
- Does not unify Oildale (not legally mandated)
- Does not unify Shafter and Wasco in one district (not legally mandated)
- Does not create a Westside district (not legally mandated)
- Moves approximately 15,500 people from District 4, which will hold a Supervisorial election in 2012, into District 3, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal and is necessary to balance populations under this option)

## OPTION 2: Oildale Unification

Option 2 unifies Oildale within District 3. The plan:

- Meets the requirements of the law for all districts
- Maintains the 5th District's voting age Hispanic majority at 72.93%, 2.36% below its current level (legally mandated)
- Maintains two East Kern districts (not legally mandated)
- Unifies Oildale in District 3 (not legally mandated but achieved in one map)
- Unifies Shafter and Wasco in District 1 (not legally mandated but achieved in two maps)
- Does not create a Westside district (not legally mandated)
- Moves approximately 12,300 people from District 1, which will hold a Supervisorial election in 2012, into District 3, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal and is necessary to unify Oildale in District 3).

## OPTION 3: Oildale Unification; Wasco/Shafter Unification

Option 3 unifies Oildale within District 3 and unifies Wasco and Shafter within District 1. The plan:

- Meets the requirements of the law for all districts
- Maintains the 5th District's voting age Hispanic majority at 69.29%, 6% below its current level (legally mandated)
- Maintains two East Kern districts (not legally mandated)
- Unifies Oildale in District 3 (not legally mandated)
- Unifies Shafter and Wasco in District 1 (not legally mandated)
- Does not create a Westside district (not legally mandated)
- Moves approximately 12,300 people from District 1, which will hold a Supervisorial election in 2012, into District 3, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal and is necessary to unify Oildale in District 3).

Board of Supervisors
Public Hearing re Supervisorial District Boundary Adjustments
August 2, 2011
Page 4

## OPTION 4: Oildale Unification; Wasco/Shafter Unification

Option 4 unifies Oildale within District 3 and unifies Wasco and Shafter in District 1.  The plan:

- Meets the requirements of the law for all districts
- Maintains the 5th District's voting age Hispanic majority at 75.29%, its current level (legally mandated)
- Maintains two East Kern districts (not legally mandated)
- Unifies Oildale in District 3 (not legally mandated)
- Unifies Shafter and Wasco in District 1 (not legally mandated)
- Does not create a Westside district (not legally mandated)
- Moves approximately 12,300 people from District 1, which will hold a Supervisorial election in 2012, into District 3, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal and is necessary to unify Oildale in District 3).
- Moves approximately 21,000 people from District 5, which will hold a Supervisorial election in 2012, into District 3, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal and is necessary to balance populations under this option).

## OPTION 6:  Northwest Kern

Option 6 combines farming communities in Northwest Kern – Delano, McFarland, Wasco, Lost Hills, Shafter, and Buttonwillow – in District 3 together with a portion of the Northwest Bakersfield metropolitan area.  The plan:

- Meets the requirements of the law for all districts
- Maintains the 5th District's voting age Hispanic majority at 70.30%, 5% below its current level (legally mandated)
- Creates a Northwest Kern district (not legally mandated)
- Maintains two East Kern districts (not legally mandated)
- Does not unify Oildale in District 3 (not legally mandated)
- Unifies Shafter and Wasco in one district (not legally mandated)
- Moves approximately 120,000 people from Districts 1 and 4, which will hold a Supervisorial election in 2012, into District 3, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal but is not a preferred outcome as it would affect 75% of the district population)
- Moves District 3 incumbent into District 1 (maintaining incumbents in current districts is not legally mandated but is a preferred outcome)

## OPTION 7: Metropolitan Bakersfield

Option 7 brings the Oleander and Belle Terrace areas located south of Westchester in central Bakersfield into District 5.  These neighborhoods share many common demographics with Westchester and their inclusion in District 5 also makes the district more compact.

This plan also brings District 3's population to a level very near the mean by moving the East Bakersfield area bounded by Mt. Vernon Avenue, East Niles Street, Fairfax Road, and East Brundage Lane into District 3; and by adding the area below Brimhall Road between Jewetta Avenue and Calloway Drive into District 3.  These changes maintain District 3 as a primarily North/Northwest/East Bakersfield district.

Option 7 was prepared by the County Administrative Office as a means of balancing district populations by changing boundaries within the Metropolitan Bakersfield area.  While not legally mandated, one of the goals served by Option 7 is to reduce the population of District 4, which is now nearly 12% above the mean and is expected to outpace the growth of all other districts in the coming decade, as much as possible while remaining within 3% of the mean.  This

Board of Supervisors
Public Hearing re Supervisorial District Boundary Adjustments
August 2, 2011
Page 5

plan achieves the necessary population balance among districts but also reduces District 4's population below the mean in anticipation of the substantial future growth that is outlined in the West Rosedale Specific Plan.

Option 7 plan:

- Meets the requirements of the law for all districts
- Maintains the 5th District's voting age Hispanic majority at 71.03%, 4.26% below its current level (legally mandated)
- Maintains two East Kern districts (not legally mandated)
- Does not unify Oildale in District 3 (not legally mandated)
- Does not unify Shafter and Wasco in one district (not legally mandated)
- Moves approximately 23,800 people from Districts 4 and 5, which will hold  Supervisorial elections in 2012, into District 3, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal and is necessary to balance populations under this option).
- Moves approximately 20,500 people from District 4, which will hold a Supervisorial election in 2012, into District 2, which will not hold a Supervisorial election until 2014 (deferral of voting rights is not illegal and is necessary to balance populations under this option).

CONCLUSION

The County Administrative Office recommends Option 7 for adoption as it incorporates the Oleander and Belle Terrace areas located south of Westchester into District 5, making it a more compact district; brings District 3's population to a level very near the mean, and making it a primarily North/Northwest/East Bakersfield district; and balances the district populations by bringing the population of District 4 below the mean (as much as possible while remaining within 3% of mean population) in anticipation of the substantial future growth in the coming decade as outlined in the West Rosedale Specific Plan.

Legal descriptions of each proposed district boundary in Option 7 have been prepared by the Engineering, Surveying and Permit Services Department as part of the proposed enacting ordinance, which will take effect 30 days after it is approved.  If your Board elects not to approve Option 7, the County Administrative Office will return with a new recommendation and enacting ordinance based upon the Board's direction at a subsequent meeting as mentioned above.

Therefore, IT IS RECOMMENDED that your Board open the public hearing on proposed County supervisorial district boundary adjustments; receive public comment; discuss and consider for final approval the redistricting plans before you; close the public hearing; approve a final redistricting plan; and enact the implementing ordinance.

Sincerely,

John Nilon
County Administrative Officer

JN:ADK:POLGEN redistrict adoption BOS
CF 300.10.10

Attachments

cc:   County Counsel
      Auditor-Controller-County Clerk
      Elections

REDISTRICTING OPTIONS AUGUST 2, 2011 • ATTACHMENT A

## Option 1



Option 1 makes the minimum boundary adjustments needed to re-balance district populations:

- *(A on map)* Moves the western boundary of District 3 from Jewetta Road to the BNSF railroad tracks between Kratzmeyer Road and Rosedale Highway (area is now in District 4).

- *(B on map)* Changes the southwestern corner of District 3 to include all territory south of Brimhall Road and north of the Kern River between Calloway Drive and Jewetta Avenue within District 3 (area is now in District 4).

- Does not change the boundaries of District 1, 2, or 5.

## Population by District – Option 1

| District | Population | Percent |
|----------|-----------|---------|
| District 1 | 157,309* | 97.10% |
| District 2 | 161,052* | 99.41% |
| District 3 | 162,156 | 99.71% |
| District 4 | 166,235* | 102.10% |
| District 5 | 163,836 | 101.12% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates



Option 2 changes:

- *(A on map)* Moves District 3 boundary from China Grade Loop north to include all of Oildale within District 3 (area is now in District 1).

- *(B on map)* Moves District 3 boundary northeast from Panorama Drive and Morning Drive to follow Alfred Harrell Highway and include Hart Park in District 3 (area is now in District 1).

- *(C on map)* Moves District 1 boundary south to Rosedale Highway between Jewetta Avenue and Bolthouse Lane (area is now in District 4).

- *(D on map)* Moves Oleander area bounded by Oak Street, California Avenue, Brundage Lane, and Chester Avenue into District 5 (area is now in District 3).

- *(E on map)* Changes boundary between District 5 and District 3 to follow Edison Highway between Vineland Road and Mt. Vernon Avenue (boundary now follows E. Brundage, Vineland, and E. Niles).

- Does not change the boundaries of District 2.

## POPULATION BY DISTRICT – OPTION 2

| District 1 | 161,169* | 99.47% |
|---|---|---|
| District 2 | 161,052* | 99.40% |
| District 3 | 165,122 | 101.91% |
| District 4 | 162,538* | 100.31% |
| District 5 | 160,251 | 98.91% |

Optimum district population: 162,021*
*Excludes state and federal prison inmates

OPTION 3 OILDALE; WASCO-SHAFTER

## WASCO DETAIL



## METRO BAKERSFIELD DETAIL



**Option 3 changes:**

- *(Wasco map)* Moves Wasco area into District 1 (area is now in District 4).

- *(A on map)* Moves District 3 boundary from China Grade Loop north to include all of Oildale within District 3 (area is now in District 1).

- *(B on map)* Moves District 3 boundary northeast from Panorama Drive and Morning Drive to follow Alfred Harrell Highway and include Hart Park in District 3 (area is now in District 1).

- *(C on map)* Moves District 1 boundary south to Rosedale Highway between Jewetta Avenue and Bolthouse Lane (area is now in District 4).

- *(D on map)* Moves Oleander area bounded by Oak Street, California Avenue, Brundage Lane, and Chester Avenue into District 5 (area is now in District 3).

- *(E on map)* Changes boundary between District 5 and District 3 to follow Edison Highway between Vineland Road and Mt. Vernon Avenue (boundary now follows E. Brundage, Vineland, and E. Niles).

- Does not change the boundaries of District  2.


## POPULATION BY DISTRICT – OPTION 3

| | | |
|---|---|---|
| District 1 | 163,325* | 100.80% |
| District 2 | 161,052* | 99.40% |
| District 3 | 160,765 | 99.22% |
| District 4 | 160,424* | 99.01% |
| District 5 | 164,611 | 101.60% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates

OPTION 4 OILDALE; WASCO/SHAFTER

## WASCO DETAIL



## METRO BAKERSFIELD DETAIL



**Option 4 changes:**

- Moves Wasco area into District 1 (area is now in District 4).
- *(A on map)* Moves District 3 boundary from China Grade Loop north to include all of Oildale within District 3 (area is now in District 1).
- *(B on map)* Moves District 3 boundary northeast from Panorama Drive and Morning Drive to follow Alfred Harrell Highway and include Hart Park in District 3 (area is now in District 1).
- Does not change the boundaries of District 2 or District 5.

## POPULATION BY DISTRICT – OPTION 4

| | | |
|---|---|---|
| District 1 | 163,325* | 100.80% |
| District 2 | 161,052* | 99.40% |
| District 3 | 161,540 | 99.70% |
| District 4 | 160,424* | 99.01% |
| District 5 | 163,836 | 101.12% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates

## OPTION 6 NORTHWEST KERN



### NORTHWEST KERN DETAIL



Option 6 Changes:

- *(A on map)* Moves area north of Kratzmeyer Road including Shafter, McFarland, and Delano, and west of Highway 65 north of Bakersfield into District 3 (area is now in District 1).
- *(B on map)* Moves all Northwest Kern area north of Highway 58, including Buttonwillow, Lost Hills and surrounding area into District 3 (area is now in District 4).

OPTION 6 METRO BAKERSFIELD DETAIL



**Option 6 changes (continued):**

- *(C on map)* Moves District 3 boundary west from Jewetta Avenue to Santa Fe Way/ BNSF Railroad (area is now in District 4)
- *(D on map)* Moves District 3 area south of Rosedale Highway and west of Highway 99 into District 4 (area is now in District 3).
- *(E on map)* Moves boundary of District 5 westward to Highway 99 between Brundage Lane and Golden State Avenue (area, including Oleander neighborhood, is now in District 3).
- *(F on map)* Moves Alta Vista neighborhood and area bounded by Union Avenue, Golden State Avenue, and the Kern River into District 5 (area is now in District 3).
- *(G on map)* Moves East Bakersfield area bounded by Brundage Lane, Fairfax Road, East Niles Street, and Mt. Vernon Avenue into District 1 (area is now in District 5).
- *(H on map)* Moves all District 3 territory located east of Highway 99 and Highway 65 including Oildale, Northeast Bakersfield, and East Bakersfield into District 1 (areas are now in District 3).
- District 2 remains unchanged.

POPULATION BY DISTRICT – OPTION 6

| | | |
|---|---|---|
| District 1 | 166,615 | 102.84% |
| District 2 | 161,052* | 99.40% |
| District 3 | 162,571* | 100.34% |
| District 4 | 159,641* | 98.53% |
| District 5 | 160,228 | 98.89% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates

# OPTION 7 METROPOLITAN BAKERSFIELD



## OPTION 7 CHANGES:

- *(A on map)* Changes the southwestern corner of District 3 to include all territory south of Brimhall Road and north of the Kern River between Calloway Drive and Jewetta Avenue within District 3 (area is now in District 4).

- *(B on map)* Moves area bounded by Stockdale Highway, Highway 99, Planz Road, and New Stine Road into District 2 (area is now in District 4).

- *(C on map)* Moves Oleander area bounded by Oak Street, California Avenue, Brundage Lane, and Chester Avenue into District 5 (area is now in District 3).

- *(D on map)* Moves Belle Terrace area bounded by Brundage Lane, Oak Street, Ming Avenue, and Chester Avenue into District 5 (area is now in District 2).

- *(E on map)* Moves East Bakersfield area bounded by E. Niles Street, Fairfax Road, E. Brundage Lane, and Mt. Vernon Avenue into District 3 (area is now in District 5).

- *(F on map)* Moves District 2 boundary in Southwest Bakersfield from Gosford Road to Old River Road between Pacheco Road and Bear Mtn. Boulevard (area is now in District 4).

- *(G on map)* Moves area bounded by Highway 99, South H Street, and Panama Lane into District 2 (area is now in District 5).

- *(H on map)* Moves South Bakersfield area bounded by South Union Avenue, White Lane, Panama Lane, Monitor Street, and Pacheco Road into District 5 (area is now in District 2).

- District 1 remains unchanged.

# POPULATION BY DISTRICT – OPTION 7

| District 1 | 157,311* | 97.09% |
| District 2 | 165,853* | 102.36% |
| District 3 | 162,851 | 100.51% |
| District 4 | 157,754* | 97.36% |
| District 5 | 166,338 | 102.66% |

Optimum district population: 162,021*

*Excludes state and federal prison inmates

# DESCRIPTION

## SUPERVISORIAL DISTRICT 1

**BEGINNING** at the Southeast corner of Section 36, Township 29 South, Range 40 East, MDM, said corner being a point on the Easterly boundary line of the County of Kern;

Thence (1)   Departing said Easterly boundary line, Westerly, along Section lines, a distance of 23.25 miles, more or less, to a point on the centerline of the Los Angeles Aqueduct as shown by Government Plat of Township 29 South, Range 37 East, MDM, being a Dependent Resurvey, accepted April 20, 1940, said point being on the South line of Section 31, Township 29 South, Range 37 East, MDM;

Thence (2)   Northerly, along the last said centerline, to a point on the North line of Section 3, Township 29 South, Range 37 East, MDM, said point being a point on the Seventh Standard Parallel South, MDM;

Thence (3)   Westerly, along last named Parallel, a distance of 33.5 miles, more or less, to the Northeast corner of Section 1, Township 29 South, Range 31 East, MDM;

Thence (4)   Southerly, along Section lines, a distance of 6 miles, to the Southeast corner of Section 36, Township 29 South, Range 31 East, MDM;

Thence (5)   Westerly, along Section lines, a distance of 16 miles to the Southwest corner of Section 33, Township 29 South, Range 29 East, MDM;

Thence (6)   Northerly, along Section lines, a distance of 3 miles to the Northeast corner of Section 20, Township 29 South, Range 29 East, MDM;

Thence (7)   Westerly, along Section lines, a distance of 2 miles, more or less, to the Northwest corner of Section 19, Township 29 South, Range 29 East, MDM;

Thence (8)   Northerly, along the Section line, a distance of 1 mile, more or less, to the Northeast corner of Section 13, Township 29 South, Range 28 East, MDM;

Thence (9)   Westerly, along Section lines, a distance of 1.25 miles, more or less, to the centerline of Fairfax Road;

Thence (10)  Northwesterly, along said centerline, a distance of 1.1 miles, more or less, to the centerline of Alfred Harrell Highway;

Thence (11)  Southwesterly, along said centerline, a distance of 1.1 miles, more or less, to a point on the Easterly line of Section 9, Township 29 South, Range 28 East, MDM, said point also being on the centerline of China Grade Loop;

Thence (12)  Northerly, and Westerly, along said centerline, a distance of 4.75 miles, more or less, to a point on the East line of Section 2, Township 29 South, Range 27 East, MDM, said point also being on the centerline of Airport Drive;

Thence (13)  Northerly, along said centerline, a distance of 1.75 miles, more or less, to a point on the centerline of James Road;

Thence (14)  Northwesterly, along said centerline, a distance of 2.5 miles, more or less, to a point on the centerline of State Highway VI-KER-65 (Porterville Highway);

Thence (15)  Southerly, along last said centerline, a distance of 2.25 miles, more or less, to the Northeast corner of Section 4, Township 29 South, Range 27 East, MDM;

Thence (16)  Southerly, along Section lines, a distance of 1.5 miles to the East quarter corner of Section 9, Township 29 South, Range 27 East, MDM, said point also being on the centerline of Norris Road;

Thence (17) Westerly, along said centerline and midsection lines, a distance of 14.5 miles, more or less, to the Center of Section 7, Township 29 South, Range 25 East, MDM;

Thence (18) Northerly, along midsection lines, a distance of 1.5 miles, more or less, to a point on the North line of Section 6, Township 29 South, Range 25 East, MDM, said point also being on the Seventh Standard Parallel South;

Thence (19) Westerly, along said Parallel, a distance of 0.05 miles, more or less, to the Southeast corner of Section 36, Township 28 South, Range 24 East, MDM, said corner also being on the centerline of Wasco Avenue;

Thence (20) Northerly, along last said centerline and Section lines, a distance of 8 miles, more or less, to the Northwest corner of Section 30, Township 27 South, Range 25 East, MDM, said corner also being a point on the centerline of Kimberlina Road;

Thence (21) Easterly, along the last said centerline and the North line of said Section 30, a distance of 1 mile to the Northeast corner of said Section 30;

Thence (22) Northerly, along Section lines, a distance of 4 miles, more or less, to the Northeast corner of Section 6, Township 27 South, Range 25 East, MDM;

Thence (23) Westerly, along the North line of said Section 6, a distance of 1 mile, more or less, to a point on the centerline of the Atchison, Topeka, and Santa Fe Railroad right-of-way;

Thence (24) Northerly and Northwesterly, along said centerline, to the North line of Section 2, Township 25 South, Range 24 East, MDM, said point also being on the North line of the County of Kern;

Thence (25) Easterly, along the North boundary line of the County of Kern, to the Northeast corner of Section 2, Township 25 South, Range 40 East, MDM, said corner also being the most Northeasterly, corner of the County of Kern;

Thence (26)  Southerly, along the East boundary line of the County of Kern, to the
**POINT OF BEGINNING.**

| OFFICE OF COUNTY SURVEYOR | | |
|---|---|---|
| **Prepared By:**_____ | 20 ____ |
| **Compared By:**_____ | 20 ____ |
| **Approved By:**_____ | 20 ____ |



## DESCRIPTION
## SUPERVISORIAL DISTRICT 2

**BEGINNING** at the point of intersection of the South boundary line of the County of Kern with the centerline of the California Aqueduct, said point being on the South line of Section 33, Township 9 North, Range 17 West, SBM;

Thence (1)   Northwesterly along said centerline, to a point on the centerline of State Highway VI-KER-5, said point being in Section 6, Township 10 North, Range 19 West, SBM;

Thence (2)   Northwesterly along the last said centerline and centerline of State Highway VI-KER-99, a distance of 13.5 miles, to a point on the East line of Section 6, Township 32 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue;

Thence (3)   Northerly along the last said centerline and Section lines, a distance of 2.7 miles, more or less, to the Northeast corner of Section 30, Township 31 South, Range 28 East, MDM, said point also being on the centerline of Bear Mountain Boulevard;

Thence (4)   Westerly along said centerline and Section lines, a distance of 6 miles, to the Southwest corner of Section 20, Township 31 South, Range 27 East, MDM, said point also being on the centerline of Old River Road;

Thence (5)   Northerly along said centerline and Section lines, a distance of 7 miles, to the Northwest corner of Section 20, Township 30 South, Range 27 East, MDM;

Thence (6)   Easterly along the Section lines, a distance of 3 miles, to the Southeast corner of Section 15, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Stine Road;

Thence (7)   Northerly along the said centerline and Section line, a distance of 1 mile, to the Northwest corner of Section 14, Township 30 South, Range 27 East, MDM, said point being on the centerline of Planz Road;

Thence (8)   Continuing Northerly along the centerline of Stine Road and New Stine Road, to a point on the North line of Section 3, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Stockdale Highway;

Thence (9)   Easterly along said centerline and Section lines, a distance of 1.2 miles, more or less, to the Northwest corner of Section 1, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Wible Road;

Thence (10) Southerly along said centerline, a distance of 1 mile, more or less, to the Southwest corner of said Section 1, said point also being on the centerline of Ming Avenue ;

Thence (11) Easterly along said centerline and Section lines, a distance of 1.2 miles, more or less, to a point on the North line of Section 7, Township 30 South, Range 28 East, MDM, said point also being on the centerline of South Chester Avenue;

Thence (12)  Southeasterly along said centerline, a distance of 1.5 miles, more or less, to a point on the East line of Section 18, Township 30 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue;

Thence (13)  Southerly along said centerline and Section line, a distance of 265 feet, more or less, to the east quarter corner of said Section 18, said point also being on the centerline of White Lane;

Thence (14)  Westerly along said centerline and mid-section line, to the west quarter corner of said Section 18, said point also being on the centerline of South H Street;

Thence (15)  Southerly along said centerline and Section lines, a distance of 3.7 miles, to the North end of Curnow Road, lying within Section 6, Township 31 South, Range 28 East, MDM;

Thence (16)  Southeasterly and Easterly along the centerline of Curnow Road, a distance of 2 miles, to the east quarter corner of Section 5, Township 31 South, Range 28 East, MDM;

Thence (17)  Southerly along the Section line, a distance of 0.5 mile, to the Northwest corner of Section 9, Township 31 South, Range 28 East, MDM;

Thence (18)  Easterly along Section lines, a distance of 3 miles, more or less, to the Northeast corner of Section 11, Township 31 South, Range 28 East, MDM;

Thence (19)  Southerly along Section lines, a distance of 3 miles, more or less, to the Northwest corner of Section 25, Township 31 South, Range 28 East, MDM;

Thence (20)  Easterly along the Section line, a distance of 1 mile, to the Northeast corner of said Section 25;

Thence (21)  Southerly along Section lines, a distance of 4 miles, more or less, to the Northwest corner of Section 18, Township 32 South, Range 29 East, MDM;

Thence (22)  Easterly along Section lines, a distance of 6 miles, more or less, to the Northeast corner of Section 13, Township 32 South, Range 29 East, MDM;

Thence (23)  Northerly along Section lines, a distance of 14 miles, more or less, to the Northwest corner of Section 6, Township 30 South, Range 30 East, MDM;

Thence (24)  Easterly along Section lines, a distance of 12 miles, more or less, to the Southwest corner of Section 31, Township 29 South, Range 32 East, MDM;

Thence (25)  Northerly along Section lines, a distance of 6 miles, more or less, to the Northwest corner of Section 6, Township 29 South, Range 32 East, said point also being a point on the Seventh Standard Parallel South, MDM;

Thence (26)  Easterly, along last named Parallel, a distance of 33.5 miles, more or less, to a point on the North line of Section 3, Township 29 South, Range 37 East, MDM, said point also being on the centerline of the Los Angeles Aqueduct as shown by Government Plat of Township 29 South, Range 37 East, MDM, being a Dependent Resurvey, accepted April 20, 1940;

Thence (27)  Southerly along said centerline, to a point on the South line of Section 31, Township 29 South, Range 37 East, MDM;

Thence (28)  Easterly along Section lines, a distance of 23.25 miles, more or less, to the Northeast corner of Section 1, Township 30 South, Range 40 East, MDM, said point also being on the Easterly boundary of the County of Kern;

Thence (29)  Southerly along the Easterly boundary to the Southeast corner of Section 32, Township 9 North, Range 7 West, SBM, said point also being the Southeast corner of the County of Kern;

Thence (30)  Westerly along the Southerly boundary of said County to the **POINT OF BEGINNING**.

| **OFFICE OF COUNTY SURVEYOR** | | |
|---|---|---|
| **Prepared By:**_____ | 20 ____ | |
| **Compared By:**_____ | 20 ____ | |
| **Approved By:**_____ | 20 ____ | |

## DESCRIPTION
## SUPERVISORIAL DISTRICT 3

**BEGINNING** at the Southwest corner of Section 36, Township 29 South, Range 27 East, MDM, said point also being the centerline intersection of Stockdale Highway and Oak Street;

Thence (1)   Westerly along the centerline of Stockdale Highway, a distance of 5.7 miles, to a point on the centerline of Jewetta Avenue;

Thence (2)   Northerly along said centerline, a distance of 1.2 miles, to the Southwest corner of Section 30, Township 29 South, Range 27 East, MDM, said point also being on the centerline of Brimhall Road;

Thence (3)   Northerly along the Section lines, a distance of 3.5 miles, more or less, to the West quarter corner of Section 7, Township 29 South, Range 27 East, MDM;

Thence (4)   Easterly along midsection lines, a distance of 3 miles, more or less, to the West quarter corner of Section 10, Township 29 South, Range 27 East, MDM;

Thence (5)   Northerly along the Section lines, a distance of 1.4 miles, more or less, to the Northeast corner of Section 4, Township 29 South, Range 27 East, MDM, said corner also being on the centerline of State Highway VI-KER-65 (Porterville Highway);

Thence (6)   Northerly along said centerline, a distance of 2.25 miles, more or less, to a point on the centerline of James Road;

Thence (7)   Southeasterly along said centerline, a distance of 2.5 miles, more or less, to a point on the centerline of Airport Drive;

Thence (8)   Southerly along said centerline, distance of 1.75 miles, more or less, to the centerline of China Grade Loop;

Thence (9)   Easterly and Southerly along said centerline, a distance of 4.75 miles, to a point on the Easterly line of Section 9, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Alfred Harrell Highway;

Thence (10)  Northeasterly along said centerline, a distance of 1.1 miles, more or less, to the centerline of Fairfax Road;

Thence (11)  Southeasterly along said centerline, a distance of 1.1 miles, more or less, to a point on the North line of Section 14, Township 29 South, Range 28 East, MDM;

Thence (12)  Easterly along Section lines, a distance of 1.25 miles, more or less, to the Northeast corner of Section 13, Township 29 South, Range 28 East, MDM;

Thence (13)  Southerly along the Section line, a distance of 1 mile, to the Northeast corner of Section 24, Township 29 South, Range 28 East, MDM;

Thence (14)  Easterly along the Section lines, a distance of 2 miles, more or less, to the Northeast corner of Section 20, Township 29 South, Range 29 East, MDM;

Thence (15)  Southerly along the Section lines, a distance of 3.0 miles, to the Southeast corner of Section 32, Township 29 South, Range 29 East, MDM, said corner also being on the centerline extension of Brundage Lane;

Thence (16)   Westerly along said centerline and Section lines, a distance of 5 miles, to the Southwest corner of Section 34, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Mount Vernon Avenue;

Thence (17)   Northerly along said centerline and Section lines, a distance of 3.0 miles, more or less, to the Northeast corner of Section 21, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Columbus Street;

Thence (18)   Westerly along said centerline, a distance of 1.5 miles, to a point on the centerline of Alta Vista Drive;

Thence (19)   Southerly along said centerline, a distance of 1.0 miles, more or less, to a point on the centerline of State Highway VI-KER-178;

Thence (20)   Southwesterly along said centerline, a distance of 0.3 miles, more or less, to the Southwest corner of Section 20, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Union Avenue;

Thence (21)   Southerly along said centerline and Section line, a distance of .25 miles, more or less, to a point on the centerline of Golden State Avenue;

Thence (22)   Northwesterly along said centerline, a distance of 2 miles, more or less, to a point on the centerline of the Kern River bed;

Thence (23)   Southwesterly along the centerline of the Kern River bed, a distance of 1 mile, more or less, to the centerline of 24th Street;

Thence (24)   Easterly along said centerline, a distance of 0.1 miles, more or less, to a point on the centerline of Oak Street;

Thence (25)   Southerly along said centerline, a distance of 2.0 miles, more or less, to the **POINT OF BEGINNING.**

| OFFICE OF COUNTY SURVEYOR | |
|---|---|
| Prepared By:_____ | 20 _____ |
| Compared By:_____ | 20 _____ |
| Approved By:_____ | 20 _____ |

## DESCRIPTION
## SUPERVISORIAL DISTRICT 4

**BEGINNING** at a point of intersection of the South boundary of the County of Kern with the centerline of the California Aqueduct, said point being on the South line of Section 33, Township 9 North, Range 17 West, SBM;

Thence (1)   Northwesterly along said centerline to a point on the centerline of State Highway VI-KER-5, said point also being in Section 6, Township 10 North, Range 19 West, SBM;

Thence (2)   Northwesterly along said centerline and centerline of State Highway VI-KER-99, a distance of 13.5 miles, more or less, to a point on the East line of Section 6, Township 32 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue;

Thence (3)   Northerly, along the last said centerline and Section lines, a distance of 2.7 miles, more or less, to the Northeast corner of Section 30, Township 31 South, Range 28 East, MDM, said point being on the centerline of Bear Mountain Boulevard;

Thence (4)   Westerly along said centerline and Section lines, a distance of 6 miles, to the Southwest corner of Section 20, Township 31 South, Range 27 East, MDM, said point being on the centerline of Old River Road;

Thence (5)   Northerly along said centerline and Section lines, a distance of 7 miles, to the Northwest corner of Section 20, Township 30 South, Range 27 East, MDM;

Thence (6)   Easterly along the Section lines, a distance of 3 miles, to the Southeast corner of Section 15, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Stine Road.

Thence (7)   Northerly along said centerline and Section line, a distance of 1 mile, to the Northwest corner of Section 14, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Planz Road;

Thence (8)   Continuing Northerly along the centerline of Stine Road and New Stine Road, to a point on the North line of Section 3, Township 30 South, Range 27 East, MDM, said point also being the centerline of Stockdale Highway;

Thence (9)   Westerly along the centerline of Stockdale Highway, a distance of 4.5 miles, to a point on the centerline of Jewetta Avenue;

Thence (10)  Northerly along said centerline, a distance of 1.2 miles, to the Southwest corner of Section 30, Township 29 South, Range 27 East, MDM, said point also being on the centerline of Brimhall Road;

Thence (11)  Northerly along the Section lines, a distance of 3.5 miles, more or less, to the West quarter corner of Section 7, Township 29 South, Range 27 East, MDM;

Thence (12)  Westerly along midsection lines, a distance of 11.5 miles, more or less, to the Center of Section 7, Township 29 South, Range 25 East, MDM;

Thence (13)  Northerly, along midsection lines, a distance of 1.5 miles, more or less, to a point on the North line of Section 6, Township 29 South, Range 25 East, MDM, said point also being on the Seventh Standard Parallel South;

Thence (14) Westerly, along said Parallel, a distance of 0.05 miles, more or less, to the Southeast corner of Section 36, Township 28 South, Range 24 East, MDM, said corner also being on the centerline of Wasco Avenue;

Thence (15) Northerly, along last said centerline and Section lines, a distance of 8 miles, more or less, to the Northwest corner of Section 30, Township 27 South, Range 25 East, MDM, said corner also being a point on the centerline of Kimberlina Road;

Thence (16) Easterly, along the last said centerline and the North line of said Section 30, a distance of 1 mile to the Northeast corner of said Section 30;

Thence (17) Northerly, along Section lines, a distance of 4 miles, more or less, to the Northeast corner of Section 6, Township 27 South, Range 25 East, MDM;

Thence (18) Westerly, along the North line of said Section 6, a distance of 1 mile, more or less, to a point on the centerline of the Atchison, Topeka, and Santa Fe Railroad right-of-way;

Thence (19) Northerly and Northwesterly, along said centerline, to the North line of Section 2, Township 25 South, Range 24 East, MDM, said point also being on the North line of the County of Kern;

Thence (20) Westerly along the North boundary of the County of Kern to the Northwest corner of Section 6, Township 25 South, Range 17 East, MDM, said corner also being the most Northwesterly corner of the County of Kern;

Thence (21) Southerly and Easterly along the West boundary of said County to the Southwest Corner of Section 33, Township 9 North, Range 22 West, SBM, said corner also being the most Southwesterly corner of said County;

Thence (22) Easterly along the South boundary of said County to the **POINT OF BEGINNING**.

---

**OFFICE OF COUNTY SURVEYOR**

Prepared By:_____ 20 _____

Compared By:_____ 20 _____

Approved By:_____ 20 _____

---

## DESCRIPTION
## SUPERVISORIAL DISTRICT 5

**BEGINNING** at a point on the North line of Section 7, Township 30 South, Range 28 East, MDM, said point also being the centerline intersection of Ming Avenue and South Chester Avenue;

| | |
|---|---|
| Thence (1) | Southeasterly along the centerline of South Chester Avenue, a distance of 1.5 miles, more or less, to a point on the East line of Section 18, Township 30 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue; |
| Thence (2) | Southerly along said centerline and Section line, a distance of 265 feet, more or less, to the east quarter corner of said Section 18, said point also being on the centerline of White Lane; |
| Thence (3) | Westerly along said centerline and midsection line, to the west quarter corner of said Section 18, said point also being on the centerline of South H Street; |
| Thence (4) | Southerly along said centerline and Section lines, a distance of 3.7 miles, to the North end of Curnow Road, lying within Section 6, Township 31 South, Range 28 East, MDM; |
| Thence (5) | Southeasterly and Easterly along the centerline of Curnow Road, a distance of 2 miles, to the east quarter corner of Section 5, Township 31 South, Range 28 East, MDM; |
| Thence (6) | Southerly along the Section line, a distance of 0.5 mile, to the Northwest corner of Section 9, Township 31 South, Range 28 East, MDM; |
| Thence (7) | Easterly along Section lines, a distance of 3 miles, more or less, to the Northeast corner of Section 11, Township 31 South, Range 28 East, MDM; |
| Thence (8) | Southerly along Section lines, a distance of 3 miles, more or less, to the Northwest corner of Section 25, Township 31 South, Range 28 East, MDM; |
| Thence (9) | Easterly along the Section line, a distance of 1 mile, to the Northeast corner of said Section 25; |
| Thence (10) | Southerly along Section lines, a distance of 4 miles, more or less, to the Northwest corner of Section 18, Township 32 South, Range 29 East, MDM; |
| Thence (11) | Easterly along Section lines, a distance of 6 miles, more or less, to the Northeast corner of Section 13, Township 32 South, Range 29 East, MDM; |
| Thence (12) | Northerly along Section lines, a distance of 14 miles, more or less, to the Northwest corner of Section 6, Township 30 South, Range 30 East, MDM; |
| Thence (13) | Westerly along Section lines, a distance of 9 miles, to the Southwest corner of Section 34, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Mount Vernon Avenue; |
| Thence (14) | Northerly along said centerline and Section lines, a distance of 3 miles, to the Northeast corner of Section 21, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Columbus Street; |
| Thence (15) | Westerly along said centerline and Section lines, a distance of 1.5 miles, to a point on the centerline of Alta Vista Drive; |
| Thence (16) | Southerly along said centerline, a distance of 1 mile, more or less, to a point on the centerline of State Highway VI-KER-178; |

Thence (17)   Southwesterly along said centerline, a distance of 0.3 miles, more or less, to the Southwest corner of Section 20, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Union Avenue;

Thence (18)   Southerly along said centerline and Section line, a distance of .25 miles, more or less, to a point on the centerline of Golden State Avenue;

Thence (19)   Northwesterly along said centerline, a distance of 2 miles, more or less, to a point on the centerline of the Kern River bed;

Thence (20)   Southwesterly along the centerline of the Kern River bed, a distance of 1 mile, more or less, to the centerline of 24th Street;

Thence (21)   Easterly along said centerline, a distance of 0.1 miles, more or less, to a point on the centerline of Oak Street;

Thence (22)   Southerly along said centerline and Section lines, a distance of 3 miles, more or less, to the Southwest corner of Section 1, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Ming Avenue;

Thence (23)   Easterly along said centerline and Section line, a distance of 1.2 miles, to the **POINT OF BEGINNING.**

| OFFICE OF COUNTY SURVEYOR | | |
|---|---|---|
| Prepared By:_____ | 20 ____ |
| Compared By:_____ | 20 ____ |
| Approved By:_____ | 20 ____ |

ORDINANCE NO. _____

AN ORDINANCE OF THE BOARD OF SUPERVISORS OF THE COUNTY OF KERN, STATE OF CALIFORNIA, AMENDING SECTIONS 2.06.030, 2.06.040, 2.06.050, AND 2.06.060 OF CHAPTER 2, TITLE 2 OF THE ORDINANCE CODE OF THE COUNTY OF KERN RELATING TO SUPERVISORIAL DISTRICT BOUNDARIES

The following ordinance, consisting of five (5) sections, was duly and regularly passed and adopted by the Board of Supervisors of the County of Kern, State of California, at a regular meeting of the Board of Supervisors held on the _____ day of _____, 2011, by the following vote, to wit:

AYES:

NOES:

ABSENT:

_____
Chairman of the Board of Supervisors of the County of Kern, State of California

(SEAL)
ATTEST:

KATHLEEN KRAUSE
Clerk of the Board of Supervisors

_____
Deputy Clerk

THE BOARD OF SUPERVISORS OF THE COUNTY OF KERN ORDAINS AS FOLLOWS:

Section 1.    This ordinance shall take effect and be in full force on and after the _____ day of _____, 2011, and shall be published once in The Bakersfield Californian, a newspaper of general circulation, published in the County of Kern, State of California, together with the names of the members of the Board of Supervisors voting for and against the same.

Ord. No._____
Book No. _____

1

Section 2.   Section 2.06.030 of Chapter 2.06 of Title 2 of the Ordinance Code of the County of Kern is hereby amended to read as follows:

### 2.06.030   District No. 2.

Supervisorial District No. 2 shall consist of all that portion of the county of Kern bounded and described as follows:

BEGINNING at the point of intersection of the South boundary line of the County of Kern with the centerline of the California Aqueduct, said point being on the South line of Section 33, Township 9 North, Range 17 West, SBM;

Thence (1) Northwesterly along said centerline, to a point on the centerline of State Highway VI-KER-5, said point being in Section 6, Township 10 North, Range 19 West, SBM;

Thence (2) Northwesterly along the last said centerline and centerline of State Highway VI-KER-99, a distance of 13.5 miles, to a point on the East line of Section 6, Township 32 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue;

Thence (3) Northerly along the last said centerline and Section lines, a distance of 2.7 miles, more or less, to the Northeast corner of Section 30, Township 31 South, Range 28 East, MDM, said point also being on the centerline of Bear Mountain Boulevard;

Thence (4) Westerly along said centerline and Section lines, a distance of 6 miles, to the Southwest corner of Section 20, Township 31 South, Range 27 East, MDM, said point also being on the centerline of Old River Road;

Thence (5) Northerly along said centerline and Section lines, a distance of 7 miles, to the Northwest corner of Section 20, Township 30 South, Range 27 East, MDM;

Thence (6) Easterly along the Section lines, a distance of 3 miles, to the Southeast corner of Section 15, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Stine Road;

Thence (7) Northerly along the said centerline and Section line, a distance of 1 mile, to the Northwest corner of Section 14, Township 30 South, Range 27 East, MDM, said point being on the centerline of Planz Road;

Thence (8) Continuing Northerly along the centerline of Stine Road and New Stine Road, to a point on the North line of Section 3, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Stockdale Highway;

Thence (9) Easterly along said centerline and Section lines, a distance of 1.2 miles, more or less, to the Northwest corner of Section 1, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Wible Road;

Thence (10) Southerly along said centerline, a distance of 1 mile, more or less, to the Southwest corner of said Section 1, said point also being on the centerline of Ming Avenue ;

Thence (11) Easterly along said centerline and Section lines, a distance of 1.2 miles, more or less, to a point on the North line of Section 7, Township

2

30 South, Range 28 East, MDM, said point also being on the centerline of South Chester Avenue;

Thence (12) Southeasterly along said centerline, a distance of 1.5 miles, more or less, to a point on the East line of Section 18, Township 30 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue;

Thence (13) Southerly along said centerline and Section line, a distance of 265 feet, more or less, to the east quarter corner of said Section 18, said point also being on the centerline of White Lane;

Thence (14) Westerly along said centerline and mid-section line, to the west quarter corner of said Section 18, said point also being on the centerline of South H Street;

Thence (15) Southerly along said centerline and Section lines, a distance of 3.7 miles, to the North end of Curnow Road, lying within Section 6, Township 31 South, Range 28 East, MDM;

Thence (16) Southeasterly and Easterly along the centerline of Curnow Road, a distance of 2 miles, to the east quarter corner of Section 5, Township 31 South, Range 28 East, MDM;

Thence (17) Southerly along the Section line, a distance of 0.5 mile, to the Northwest corner of Section 9, Township 31 South, Range 28 East, MDM;

Thence (18) Easterly along Section lines, a distance of 3 miles, more or less, to the Northeast corner of Section 11, Township 31 South, Range 28 East, MDM;

Thence (19)  Southerly along Section lines, a distance of 3 miles, more or less, to the Northwest corner of Section 25, Township 31 South, Range 28 East, MDM;

Thence (20) Easterly along the Section line, a distance of 1 mile, to the Northeast corner of said Section 25;

Thence (21) Southerly along Section lines, a distance of 4 miles, more or less, to the Northwest corner of Section 18, Township 32 South, Range 29 East, MDM;

Thence (22) Easterly along Section lines, a distance of 6 miles, more or less, to the Northeast corner of Section 13, Township 32 South, Range 29 East, MDM;

Thence (23) Northerly along Section lines, a distance of 14 miles, more or less, to the Northwest corner of Section 6, Township 30 South, Range 30 East, MDM;

Thence (24) Easterly along Section lines, a distance of 12 miles, more or less, to the Southwest corner of Section 31, Township 29 South, Range 32 East, MDM;

Thence (25) Northerly along Section lines, a distance of 6 miles, more or less, to the Northwest corner of Section 6, Township 29 South, Range 32 East, said point also being a point on the Seventh Standard Parallel South, MDM;

Thence (26) Easterly, along last named Parallel, a distance of 33.5 miles, more or less, to a point on the North line of Section 3, Township 29 South, Range 37 East, MDM, said point also being on the centerline of the Los

3

Angeles Aqueduct as shown by Government Plat of Township 29 South, Range 37 East, MDM, being a Dependent Resurvey, accepted April 20, 1940;

Thence (27) Southerly along said centerline, to a point on the South line of Section 31, Township 29 South, Range 37 East, MDM;

Thence (28) Easterly along Section lines, a distance of 23.25 miles, more or less, to the Northeast corner of Section 1, Township 30 South, Range 40 East, MDM, said point also being on the Easterly boundary of the County of Kern;

Thence (29) Southerly along the Easterly boundary to the Southeast corner of Section 32, Township 9 North, Range 7 West, SBM, said point also being the Southeast corner of the County of Kern;

Thence (30) Westerly along the Southerly boundary of said County to the POINT OF BEGINNING.


<u>Section 3</u>.      Section 2.06.040 of Chapter 2.06 of Title 2 of the Ordinance Code of the County of Kern is hereby amended to read as follows:

**2.06.040      District No. 3.**

Supervisorial District No. 3 shall consist of all that portion of the county of Kern bounded and described as follows:

BEGINNING at the Southwest corner of Section 36, Township 29 South, Range 27 East, MDM, said point also being the centerline intersection of Stockdale Highway and Oak Street;

Thence (1) Westerly along the centerline of Stockdale Highway, a distance of 5.7 miles, to a point on the centerline of Jewetta Avenue;

Thence (2) Northerly along said centerline, a distance of 1.2 miles, to the Southwest corner of Section 30, Township 29 South, Range 27 East, MDM, said point also being on the centerline of Brimhall Road;

Thence (3) Northerly along the Section lines, a distance of 3.5 miles, more or less, to the West quarter corner of Section 7, Township 29 South, Range 27 East, MDM;

Thence (4) Easterly along midsection lines, a distance of 3 miles, more or less, to the West quarter corner of Section 10, Township 29 South, Range 27 East, MDM;

Thence (5) Northerly along the Section lines, a distance of 1.4 miles, more or less, to the Northeast corner of Section 4, Township 29 South, Range 27 East, MDM, said corner also being on the centerline of State Highway VI--KER-65 (Porterville Highway);

Thence (6) Northerly along said centerline, a distance of 2.25 miles, more or less, to a point on the centerline of James Road;

Thence (7) Southeasterly along said centerline, a distance of 2.5 miles, more or less, to a point on the centerline of Airport Drive;

Thence (8) Southerly along said centerline, distance of 1.75 miles, more or less, to the centerline of China Grade Loop;

4

Thence (9) Easterly and Southerly along said centerline, a distance of 4.75 miles, to a point on the Easterly line of Section 9, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Alfred Harrell Highway;

Thence (10) Northeasterly along said centerline, a distance of 1.1 miles, more or less, to the centerline of Fairfax Road;

Thence (11) Southeasterly along said centerline, a distance of 1.1 miles, more or less, to a point on the North line of Section 14, Township 29 South, Range 28 East, MDM;

Thence (12) Easterly along Section lines, a distance of 1.25 miles, more or less, to the Northeast corner of Section 13, Township 29 South, Range 28 East, MDM;

Thence (13) Southerly along the Section line, a distance of 1 mile, to the Northeast corner of Section 24, Township 29 South, Range 28 East, MDM;

Thence (14) Easterly along the Section lines, a distance of 2 miles, more or less, to the Northeast corner of Section 20, Township 29 South, Range 29 East, MDM;

Thence (15) Southerly along the Section lines, a distance of 3.0 miles, to the Southeast corner of Section 32, Township 29 South, Range 29 East, MDM, said corner also being on the centerline extension of Brundage Lane;

Thence (16) Westerly along said centerline and Section lines, a distance of 5 miles, to the Southwest corner of Section 34, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Mount Vernon Avenue;

Thence (17) Northerly along said centerline and Section lines, a distance of 3.0 miles, more or less, to the Northeast corner of Section 21, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Columbus Street;

Thence (18) Westerly along said centerline, a distance of 1.5 miles, to a point on the centerline of Alta Vista Drive;

Thence (19) Southerly along said centerline, a distance of 1.0 miles, more or less, to a point on the centerline of State Highway VI-KER-178;

Thence (20) Southwesterly along said centerline, a distance of 0.3 miles, more or less, to the Southwest corner of Section 20, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Union Avenue;

Thence (21) Southerly along said centerline and Section line, a distance of .25 miles, more or less, to a point on the centerline of Golden State Avenue;

Thence (22) Northwesterly along said centerline, a distance of 2 miles, more or less, to a point on the centerline of the Kern River bed;

Thence (23) Southwesterly along the centerline of the Kern River bed, a distance of 1 mile, more or less, to the centerline of 24th Street;

Thence (24) Easterly along said centerline, a distance of 0.1 miles, more or less, to a point on the centerline of Oak Street;

Thence (25) Southerly along said centerline, a distance of 2.0 miles, more or less, to the POINT OF BEGINNING.

5

Section 4.    Section 2.06.050 of Chapter 2.06 of Title 2 of the Ordinance Code of the County of Kern is hereby amended to read as follows:

### 2.06.050    District No. 4.

Supervisorial District No. 4 shall consist of all that portion of the county of Kern bounded and described as follows:

BEGINNING at a point of intersection of the South boundary of the County of Kern with the centerline of the California Aqueduct, said point being on the South line of Section 33, Township 9 North, Range 17 West, SBM;

Thence (1) Northwesterly along said centerline to a point on the centerline of State Highway VI-KER-5, said point also being in Section 6, Township 10 North, Range 19 West, SBM;

Thence (2) Northwesterly along said centerline and centerline of State Highway VI-KER-99, a distance of 13.5 miles, more or less, to a point on the East line of Section 6, Township 32 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue;

Thence (3) Northerly, along the last said centerline and Section lines, a distance of 2.7 miles, more or less, to the Northeast corner of Section 30, Township 31 South, Range 28 East, MDM, said point being on the centerline of Bear Mountain Boulevard;

Thence (4) Westerly along said centerline and Section lines, a distance of 6 miles, to the Southwest corner of Section 20, Township 31 South, Range 27 East, MDM, said point being on the centerline of Old River Road;

Thence (5) Northerly along said centerline and Section lines, a distance of 7 miles, to the Northwest corner of Section 20, Township 30 South, Range 27 East, MDM;

Thence (6) Easterly along the Section lines, a distance of 3 miles, to the Southeast corner of Section 15, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Stine Road.

Thence (7) Northerly along said centerline and Section line, a distance of 1 mile, to the Northwest corner of Section 14, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Planz Road;

Thence (8) Continuing Northerly along the centerline of Stine Road and New Stine Road, to a point on the North line of Section 3, Township 30 South, Range 27 East, MDM, said point also being the centerline of Stockdale Highway;

Thence (9) Westerly along the centerline of Stockdale Highway, a distance of 4.5 miles, to a point on the centerline of Jewetta Avenue;

Thence (10) Northerly along said centerline, a distance of 1.2 miles, to the Southwest corner of Section 30, Township 29 South, Range 27 East, MDM, said point also being on the centerline of Brimhall Road;

Thence (11) Northerly along the Section lines, a distance of 3.5 miles, more or less, to the West quarter corner of Section 7, Township 29 South, Range 27 East, MDM;

6

Thence (12) Westerly along midsection lines, a distance of 11.5 miles, more or less, to the Center of Section 7, Township 29 South, Range 25 East, MDM;

Thence (13) Northerly, along midsection lines, a distance of 1.5 miles, more or less, to a point on the North line of Section 6, Township 29 South, Range 25 East, MDM, said point also being on the Seventh Standard Parallel South;

Thence (14) Westerly, along said Parallel, a distance of 0.05 miles, more or less, to the Southeast corner of Section 36, Township 28 South, Range 24 East, MDM, said corner also being on the centerline of Wasco Avenue;

Thence (15) Northerly, along last said centerline and Section lines, a distance of 8 miles, more or less, to the Northwest corner of Section 30, Township 27 South, Range 25 East, MDM, said corner also being a point on the centerline of Kimberlina Road;

Thence (16) Easterly, along the last said centerline and the North line of said Section 30, a distance of 1 mile to the Northeast corner of said Section 30;

Thence (17) Northerly, along Section lines, a distance of 4 miles, more or less, to the Northeast corner of Section 6, Township 27 South, Range 25 East, MDM;

Thence (18) Westerly, along the North line of said Section 6, a distance of 1 mile, more or less, to a point on the centerline of the Atchison, Topeka, and Santa Fe Railroad right-of-way;

Thence (19) Northerly and Northwesterly, along said centerline, to the North line of Section 2, Township 25 South, Range 24 East, MDM, said point also being on the North line of the County of Kern;

Thence (20) Westerly along the North boundary of the County of Kern to the Northwest corner of Section 6, Township 25 South, Range 17 East, MDM, said corner also being the most Northwesterly corner of the County of Kern;

Thence (21) Southerly and Easterly along the West boundary of said County to the Southwest Corner of Section 33, Township 9 North, Range 22 West, SBM, said corner also being the most Southwesterly corner of said County;

Thence (22) Easterly along the South boundary of said County to the POINT OF BEGINNING.


Section 5.    Section 2.06.060 of Chapter 2.06 of Title 2 of the Ordinance Code of the County of Kern is hereby amended to read as follows:

**2.06.060    District No. 5.**

Supervisorial District No. 5 shall consist of all that portion of the county of Kern bounded and described as follows:

BEGINNING at a point on the North line of Section 7, Township 30

7

South, Range 28 East, MDM, said point also being the centerline intersection of Ming Avenue and South Chester Avenue;

Thence (1) Southeasterly along the centerline of South Chester Avenue, a distance of 1.5 miles, more or less, to a point on the East line of Section 18, Township 30 South, Range 28 East, MDM, said point also being on the centerline of South Union Avenue;

Thence (2) Southerly along said centerline and Section line, a distance of 265 feet, more or less, to the east quarter corner of said Section 18, said point also being on the centerline of White Lane;

Thence (3) Westerly along said centerline and midsection line, to the west quarter corner of said Section 18, said point also being on the centerline of South H Street;

Thence (4) Southerly along said centerline and Section lines, a distance of 3.7 miles, to the North end of Curnow Road, lying within Section 6, Township 31 South, Range 28 East, MDM;

Thence (5) Southeasterly and Easterly along the centerline of Curnow Road, a distance of 2 miles, to the east quarter corner of Section 5, Township 31 South, Range 28 East, MDM;

Thence (6) Southerly along the Section line, a distance of 0.5 mile, to the Northwest corner of Section 9, Township 31 South, Range 28 East, MDM;

Thence (7) Easterly along Section lines, a distance of 3 miles, more or less, to the Northeast corner of Section 11, Township 31 South, Range 28 East, MDM;

Thence (8) Southerly along Section lines, a distance of 3 miles, more or less, to the Northwest corner of Section 25, Township 31 South, Range 28 East, MDM;

Thence (9) Easterly along the Section line, a distance of 1 mile, to the Northeast corner of said Section 25;

Thence (10) Southerly along Section lines, a distance of 4 miles, more or less, to the Northwest corner of Section 18, Township 32 South, Range 29 East, MDM;

Thence (11) Easterly along Section lines, a distance of 6 miles, more or less, to the Northeast corner of Section 13, Township 32 South, Range 29 East, MDM;

Thence (12) Northerly along Section lines, a distance of 14 miles, more or less, to the Northwest corner of Section 6, Township 30 South, Range 30 East, MDM;

Thence (13) Westerly along Section lines, a distance of 9 miles, to the Southwest corner of Section 34, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Mount Vernon Avenue;

Thence (14) Northerly along said centerline and Section lines, a distance of 3 miles, to the Northeast corner of Section 21, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Columbus Street;

Thence (15) Westerly along said centerline and Section lines, a distance of 1.5 miles, to a point on the centerline of Alta Vista Drive;

8

Thence (16) Southerly along said centerline, a distance of 1 mile, more or less, to a point on the centerline of State Highway VI-KER-178;

Thence (17) Southwesterly along said centerline, a distance of 0.3 miles, more or less, to the Southwest corner of Section 20, Township 29 South, Range 28 East, MDM, said point also being on the centerline of Union Avenue;

Thence (18) Southerly along said centerline and Section line, a distance of .25 miles, more or less, to a point on the centerline of Golden State Avenue;

Thence (19) Northwesterly along said centerline, a distance of 2 miles, more or less, to a point on the centerline of the Kern River bed;

Thence (20) Southwesterly along the centerline of the Kern River bed, a distance of 1 mile, more or less, to the centerline of 24th Street;

Thence (21) Easterly along said centerline, a distance of 0.1 miles, more or less, to a point on the centerline of Oak Street;

Thence (22) Southerly along said centerline and Section lines, a distance of 3 miles, more or less, to the Southwest corner of Section 1, Township 30 South, Range 27 East, MDM, said point also being on the centerline of Ming Avenue;

Thence (23) Easterly along said centerline and Section line, a distance of 1.2 miles, to the POINT OF BEGINNING.

DWB:tlc
DN2014718

9