1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26 # **EXHIBIT H**

27 **Defendants' Request for Judicial Notice in Support of Motion to Dismiss
**[FRCP 12(B)(6)]**
28 *Luna, et al. v. County of Kern, et al.*, **Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)**

# California Department of Corrections and Rehabilitation Adult Institutions

| CDCR Adult Institution | | Mailing Address (Staff) |
|---|---|---|
| Avenal State Prison (ASP) | #1 Kings Way<br>Avenal, CA 93204<br>(559) 386-0587 | P. O. Box 8<br>Avenal, CA 93204 |
| California City Correctional Facility (CAC) | 22844 Virginia Blvd.<br>California City, CA 93505<br>(760)246-7600 | P.O. Box 2626<br>California City, CA 93505 |
| California Correctional Center (CCC) | 711-045 Center Rd.<br>Susanville, CA 96127-0790<br>(530) 257-2181 | P.O. Box 790<br>Susanville, CA 96127-0790 |
| California Correctional Institution (CCI) | 24900 Highway 202<br>Tehachapi, CA 93561<br>(661) 822-4402 | P. O. Box 1031<br>Tehachapi, CA 93581 |
| California Health Care Facility, Stockton | California Health Care Facility<br>7707 Austin Road<br>Stockton, CA 95215<br>(209) 467-2500 | California Heath Care Facility<br>P.O. Box 32050<br>Stockton, Ca. 95213 |
| California Institution for Men (CIM) | 14901 Central Avenue<br>Chino, CA 91710<br>(909) 597-1821 | P.O. Box 128<br>Chino, CA 91708 |
| California Institution for Women (CIW) | 16756 Chino-Corona Road<br>Corona, CA 92880<br>(909) 597-1771 | P. O. Box 6000<br>Corona, CA 92878 |
| California Men's Colony (CMC) | Highway 1<br>San Luis Obispo, CA 93409<br>(805) 547-7900 | P.O. Box 8101<br>San Luis Obispo, CA 93409-8101 |
| California Medical Facility (CMF) | 1600 California Dr.<br>Vacaville, CA 95696<br>(707) 448-6841 | P. O. Box 2000<br>Vacaville, CA 95696-2000 |
| California Rehabilitation Center (CRC) | 5th Street & Western<br>Norco, CA 92860<br>(951) 737-2683 | P.O. Box 1841<br>Norco, CA 92860-0991 |
| California State Prison, Corcoran (COR) | 4001 King Avenue<br>Corcoran, CA 93212<br>(559) 992-8800 | P.O. Box 8800<br>Corcoran, CA 93212-8309 |
| California State Prison, Los Angeles County (LAC) | 44750 60th Street West<br>Lancaster, CA 93536-7620<br>(661) 729-2000 | |
| California State Prison, Sacramento (SAC) | 100 Prison Road<br>Represa, CA 95671<br>(916) 985-8610 | P.O. Box 290002<br>Represa, CA 95671 |

## California Department of Corrections and Rehabilitation Adult Institutions

| | | |
|---|---|---|
| California State Prison, Solano (SOL) | 2100 Peabody Road<br>Vacaville, CA 95696<br>(707) 451-0182 | P. O. Box 4000<br>Vacaville, CA 95696-4000 |
| California Substance Abuse Treatment Facility and State Prison, Corcoran (SATF-CSP, Corcoran) | 900 Quebec Avenue<br>Corcoran, CA 93212<br>(559) 992-7100 | P. O. Box 7100<br>Corcoran, CA 93212 |
| Calipatria State Prison (CAL) | 7018 Blair Road<br>Calipatria, CA 92233<br>(760) 348-7000 | P.O. Box 5001<br>Calipatria, CA 92233-5001 |
| California State Prison, Centinela (CEN) | 2302 Brown Road<br>Imperial, CA 92251<br>(760) 337-7900 | P.O. Box 731<br>Imperial, CA<br>92251-0731 |
| Central California Women's Facility (CCWF) | 23370 Road 22<br>Chowchilla, CA 93610<br>(559) 665-5531 | P. O. Box 1501<br>Chowchilla, CA 93610-1501 |
| Chuckawalla Valley State Prison (CVSP) | 19025 Wiley's Well Rd.<br>Blythe, CA 92225<br>(760) 922-5300 | P.O. Box 2289<br>Blythe, CA 92226 |
| Correctional Training Facility (CTF) | Highway 101 North *<br>Soledad, CA 93960<br>(831) 678-3951 | P.O. Box 686<br>Soledad, CA 93960-0686 |
| Deuel Vocational Institution (DVI) | 23500 Kasson Road<br>Tracy, CA 95376<br>(209) 835-4141 | P.O. Box 400<br>Tracy, CA 95378-0004 |
| Folsom State Prison (FSP) | 300 Prison Road<br>Represa, CA 95671<br>(916) 985-2561 | P.O. Box 71<br>Represa, CA 95671 |
| High Desert State Prison (HDSP) | 475-750 Rice Canyon Rd.<br>Susanville, CA 96127<br>(530) 251-5100 | P.O. Box 750<br>Susanville, CA 96127-0750 |
| Ironwood State Prison (ISP) | 19005 Wiley's Well Road<br>Blythe, CA 92225<br>(760) 921-3000 | P.O. Box 2229<br>Blythe, CA 92226 |
| Kern Valley State Prison (KVSP) | 3000 West Cecil Avenue<br>Delano, CA 93216-6000<br>(661) 721-6300 | P.O. Box 6000<br>Delano, CA 93216-6000 |
| Mule Creek State Prison (MCSP) | 4001 Highway 104<br>Ione, CA 95640<br>(209) 274-4911 | P.O. Box 409099<br>Ione, CA 95640 |

## California Department of Corrections and Rehabilitation Adult Institutions



| | | |
|---|---|---|
| North Kern State Prison (NKSP) | 2737 West Cecil Avenue<br>Delano, CA 93215<br>(661) 721-2345 (General) | P.O. Box 567<br>Delano, CA 93216-0567 |
| Pelican Bay State Prison (PBSP) | 5905 Lake Earl Drive<br>Crescent City, CA 95531<br>(707) 465-1000 | P.O. Box 7000<br>Crescent City, CA 95531-7000 |
| Pleasant Valley State Prison (PVSP) | 24863 West Jayne Avenue<br>Coalinga, CA 93210<br>(559) 935-4900 | P.O. Box 8500<br>Coalinga, CA 93210 |
| Richard J. Donovan Correctional Facility (RJD) | 480 Alta Road<br>San Diego, CA 92179<br>(619) 661-6500 | *same* |
| Salinas Valley State Prison (SVSP) | 31625 Highway 101<br>Soledad, CA 93960<br>(831) 678-5500 | P. O. Box 1020<br>Soledad, CA 93960-1020 |
| San Quentin State Prison (SQ) | San Quentin, CA 94964<br>(415) 454-1460 | San Quentin State Prison<br>San Quentin, CA 94974 |
| Sierra Conservation Center (SCC) | 5100 O'Byrnes Ferry Road<br>Jamestown, CA 95327<br>(209) 984-5291 | P. O. Box 497<br>Jamestown, CA 95327 |
| Valley State Prison (VSP) | 21633 Avenue 24<br>Chowchilla, CA 93610<br>(559) 665-6100 | P. O. Box 92<br>Chowchilla, CA 93610-0099 |
| Wasco State Prison-Reception Center (WSP) | 701 Scofield Avenue<br>Wasco, CA 93280<br>(661) 758-8400 | P.O. Box 8800<br>Wasco, CA 93280-8800 |

List updated: 4/30/2015
Sources: cdcr.ca.gov and the Division of Adult Institutions