1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# **EXHIBIT I**

**Defendants' Request for Judicial Notice in Support of Motion to Dismiss**
**[FRCP 12(B)(6)]**
*Luna, et al. v. County of Kern, et al.*, **Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)**

___

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF                              CASE NO. 1:16-cv-00568-DAD-JLT
MOTION TO DISMISS - DEFENDANTS COUNTY OF KERN, *et al.*                                       **EXHIBIT I**

# Map of California's Correctional and Rehabilitation Institutions

