1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# EXHIBIT J

**Defendants' Request for Judicial Notice in Support of Motion to Dismiss [FRCP 12(B)(6)]**
*Luna, et al. v. County of Kern, et al.*, Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)

---

Find a Facility:

Adult Facility ▾

Youth Facility ▾

Fire Camp ▾

Other Facilities ▾

Schedule a Visit (http://visitorreservations.cdcr.ca.gov/)

Inmate Locator (http://inmatelocator.cdcr.ca.gov/)

# Community Correctional Facilities

## Golden State Modified Community Correctional Facility (GSMCCF)

**Beds: 700**

In Kern County

611 Frontage Road
McFarland, CA 93250
Directions



(https://www.google.com/maps/place/611+Frontage+Rd/@35.668095,-119.225805,779m/data=!3m2!1e3!4b1!4m2!3m1!1s0x80eaf09b533f16f9:0x242a7e3058fefabb?hl=en)

PO Box 1518
McFarland CA 93250

Visiting & Contact Information (CommCorrFacilities/MCCF_Visiting-Golden_State.html)

## Desert View Modified Community Correctional Facility (DVMCCF)

**Beds: 700**

In San Bernardino County

10450 Rancho Rd.
Adelanto CA. 92301-0724
Directions



(https://www.google.com/maps/place/10450+Rancho+Rd/@34.5580522,-117.4388119,1580m/data=!3m1!1e3!4m2!3m1!1s0x80c371e69f0c78cb:0xe714919a15795546?hl=en)

PO Box 3000
Adelanto CA 92301-0724

Visiting & Contact Information (CommCorrFacilities/MCCF_Visiting-Desert_View.html)

## Central Valley Modified Community Correctional Facility (CVMCCF)

**Beds: 700**

In Kern County

245 Taylor Ave.
McFarland CA. 93250
Directions



(https://www.google.com/maps/place/245+Taylor+Ave/@35.6672045,-119.2291833,779m/data=!3m2!1e3!4b1!4m2!3m1!1s0x80eaf09cd457ef91:0x59a1e05162f1c0e4?hl=en)

PO Box 638
McFarland CA. 93250

Visiting & Contact Information (CommCorrFacilities/MCCF_Visiting-Central_Valley.html)

## Shafter Modified Community Correctional Facility (SMCCF)

**Beds: 640**

In Kern County

1150 E Ash Ave.
Shafter, CA 93263
Directions



(https://www.google.com/maps/place/1150+E+Ash+Ave/@35.495408,-119.259079,781m/data=!3m2!1e3!4b1!4m2!3m1!1s0x80ea571397d88ac1:0x3af026813a3edcf2?hl=en)

Visiting & Contact Information (CommCorrFacilities/CCF_Visiting-Shafter.html)

## Taft Modified Community Correctional Facility (TMCCF)

**Beds: 512**

In Kern County

330 Commerce Way
Taft, CA. 93268
Directions



(https://www.google.com/maps/place/330+Commerce+Way/@35.134285,-119.441562,784m/data=!3m2!1e3!4b1!4m2!3m1!1s0x80ebcb18aeba408b:0x4dcc733d5006b12c?hl=en)

Visiting & Contact Information (CommCorrFacilities/CCF_Visiting-Taft.html)

## Delano Modified Community Correctional Facility (DMCCF)

**Beds: 578**

In Kern County

2727 W. Industry Way
Delano, CA 93215
Directions



(https://www.google.com/maps/place/W+Industry+Rd/@35.7649656,-119.3030123,778m/data=!3m1!1e3!4m2!3m1!1s0x80eae417ac53cca7:0xb6e1d6fda09040c7?hl=en)

Visiting & Contact Information (CommCorrFacilities/CCF_Visiting-Delano.html)

## McFarland Female Community Reentry Facility (FCRF)

**Beds: 260**

In Kern County

120 Taylor Ave.
McFarland, CA 93250-0637
Directions



(https://www.google.com/maps/place/120+Taylor+Ave/@35.66814,-119.226913,779m/data=!3m2!1e3!4b1!4m2!3m1!1s0x80eaf08352182b9d:0xbd29e1ad0d4cffa5?hl=en)

Visiting & Contact Information (CommCorrFacilities/FCRF_Visiting-McFarland.html)

---

## Contact Us

California Department of
Corrections and Rehabilitation:
**Division of Adult Institutions**
P. O. Box 942883
Sacramento CA. 94283
Phone: (916) 445-7688

Community Correctio... ☆



Map data ©2016 Google, INEGI   Terms   20 mi



Office of Governor
**Edmund G. Brown Jr.**
Visit his website (https://www.gov.ca.gov/)



CDCR Secretary
**Scott Kernan**
Visit his website (/About_CDCR/Secretary.html)

Privacy Policy (/Privacy_Policy.html)
Accessibility (/Accessibility.html)
Public Notices (/PublicNotices/)
Contact Us (/contactus.html)

Copyright © 2016 - California Department of Corrections & Rehabilitation

 (https://www.facebook.com/cacorrections) (https://tw

Designed by the Web Task Force (/News/about-OPEC.html#WTF)