1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26 **<u>EXHIBIT K</u>**

27 **Defendants' Request for Judicial Notice in Support of Motion to Dismiss
**[FRCP 12(B)(6)]**
28 *Luna, et al. v. County of Kern, et al.*, **Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)**

---

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF                                    CASE NO. 1:16-cv-00568-DAD-JLT
MOTION TO DISMISS - DEFENDANTS COUNTY OF KERN, *et al*.                                **EXHIBIT K**

| Home | About Us | Inmates | Locations | Jobs | Business | Resources | Contact Us |

# CI TAFT

A contracted correctional institution, operated by a private corporation.

1500 CADET ROAD
TAFT, CA  93268

| | | |
|---|---|---|
| Email: TAF/General@bop.gov | Population: 2,199 Federal Offenders | **How to send things here** |
| Phone: 661-763-2510 | County: KERN | **Related Links** |
| Fax: 661-765-3002 | Region: Western Region | **Driving Directions** |
| | Operator: Management & Training Corporation | **Facility's Website** |

## How to send things here

Inmate Mail

Freight and non-USPS parcels

Staff Mail

## Related Links

- Map of all contract facilities
- List of all contract facilities
- Learn more about contract facilities

| About Us | Inmates | Locations | Jobs | Business | Resources | Resources For … |
|---|---|---|---|---|---|---|
| About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses |
| About Our Facilities | Communications | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employees |
| Historical Information | Custody & Care | Search for a Facility | Current Openings | Reentry Contracting | Publications | Former Inmates |
| Statistics | Visiting | | Our Hiring Process | | Research & Reports | Media Reps |
| | Voice a Concern | | | | | |

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback
USA.gov | Justice.gov | Open Government