1   Thomas A. Saenz (State Bar No. 159430)
    Denise Hulett (State Bar No. 121553)
2   Matthew J. Barragan (State Bar No. 283883)
    MEXICAN AMERICAN LEGAL DEFENSE
3   AND EDUCATIONAL FUND
    634 S. Spring St., 11th Floor
4   Los Angeles, CA 90014
    Telephone:  (213) 629-2512
5   Facsimile:  (213) 629-0266
    Email:  tsaenz@maldef.org
6           dhulett@maldef.org
            mbarragan@maldef.org
7
8   *Attorneys for Plaintiffs*

9

10              UNITED STATES DISTRICT COURT

11            EASTERN DISTRICT OF CALIFORNIA

12

13  OSCAR LUNA, ALICIA PUENTES,          Case No. 1:16-CV-00568-DAD-JLT
    DOROTHY VELASQUEZ, and GARY
14  RODRIGUEZ,                           **[PROPOSED] ORDER DENYING
                                         DEFENDANTS' MOTION TO DISMISS
15              Plaintiffs,              FOR FAILURE TO STATE A CLAIM
                                         [FRCP 12(b)(6)]**
16        v.
                                         JUDGE: Hon. Dale A. Drozd
17  COUNTY OF KERN, KERN COUNTY          COURTROOM: 5
    BOARD OF SUPERVISORS, and            HEARING DATE: June 21, 2016
18  MICK GLEASON, ZACK SCRIVNER,         TIME: 9:30 a.m.
    MIKE MAGGARD, DAVID COUCH,
19  and LETICIA PEREZ, in their official
    capacity as members of the Kern County
20  Board of Supervisors, and JOHN
    NILON, in his official capacity as Kern
21  County Administrative Officer, and
    MARY B. BEDARD, in her official
22  capacity as Kern County Registrar of
    Voters, inclusive,
23
                Defendants.
24

25

26

27

28

**ORDER**

      Defendants' Motion to Dismiss came before the Court for hearing on June 21, 2016. After considering the papers filed in support of and in opposition to the motion and the arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED that Defendants' motion is DENIED.


Dated: _____        _____

                                 THE HONORABLE DALE A. DROZD
                                 UNITED STATES DISTRICT COURT JUDGE