# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>COUNTY OF KERN, et al.,<br><br>        Defendants. | Case No.: 1:16-cv-00568 DAD JLT<br><br>ORDER AFTER INFORMAL TELEPHONIC CONERENCE RE DISCOVERY DISPUTE |

On May 11, 2017, the Court held an informal telephonic conference (Doc. 68) regarding a dispute over whether the plaintiff's expert, Mr. Ely, properly supplemented his expert report and, if so, whether it was timely. The purpose of the conference was to determine whether a compromise could be reached that would obviate the need for a formal motion; it was readily apparent that there was no such compromise possible. As a result, the Court authorized the filing of the motion but indicated it would give further instruction as to the format of the motion. Therefore, the Court **ORDERS**:

    1.    The defendants are authorized to file a motion to challenge the "supplementation" made by Mr. Ely and whether the plaintiff will be entitled to rely upon this evidence at trial;

    2.    The motion **SHALL** conform to Local Rule 251(c). Thus, the defendants **SHALL** file a notice of motion **no later than May 15, 2017** and both sides **SHALL** cooperate in filing a joint statement re: discovery disagreement at least 14 days before the hearing date;

3. In the joint statement both sides **SHALL** address whether the motion may be heard as a motion in limine;

4. Counsel **SHALL** set the motion on **June 6, 2017** before Judge Dale A. Drozd.  <u>**The Court reserves the right to hear the motion as a motion in limine and to hear it at the sme time it hears any other motions in limine.**</u>

IT IS SO ORDERED.

Dated: __**May 11, 2017**__                    __/s/ Jennifer L. Thurston__
                                                                            UNITED STATES MAGISTRATE JUDGE