UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, ALICIA PUENTES, DOROTHY VELASQUEZ, and GARY RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN; KERN COUNTY BOARD OF SUPERVISORS; MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, and LETICIA PEREZ, in their official capacities as members of the Kern County Board of Supervisors; JOHN NILON, in his official capacity as Kern County Administrative Officer; and MARY B. BEDARD, in her official capacity as Kern County Registrar of Voters,<br><br>Defendants. | No. 1:16-cv-00568-DAD-JLT<br><br>ORDER GRANTING STIPULATION REGARDING DISCOVERY AND PRETRIAL SCHEDULE<br><br>(Doc. No. 88) |

Pursuant to the stipulation of the parties (Doc. No. 88), and in accordance with the proceedings before this court on June 23, 2017, the court hereby orders the following discovery and pretrial deadlines:

July 20 – 21, 2017            Plaintiffs to make Mr. David Ely available for further deposition regarding the second illustrative map.

1

| | | |
|---|---|---|
| July 24 – 28, 2014 | | Plaintiffs and their disclosed lay witnesses (Mr. Sam Ramirez and Ms. Dolores Huerta) to be made available for further deposition regarding the second illustrative map. |
| August 25, 2017 | | Deadline for Defendants to disclose to Plaintiffs: (1) any rebuttal report from Dr. Douglas Johnson regarding the second illustrative map; (2) any amendments to the FRCP 26(a)(2)(C) disclosures regarding Ms. Lorelei Oviatt's anticipated testimony; and (3) the identity of any new documents and lay witnesses to be disclosed to address the new map.[1] |
| September 4 – 8, 2017 | | Defendants to make Dr. Johnson available for deposition regarding his new rebuttal report. |
| September 15, 2017 | | The parties to file any motions to exclude expert testimony pursuant to Federal Rule of Evidence 702 and *Daubert v. Merrell Dow Pharms., Inc.*, 509 U.S. 579 (1993) (*Daubert*). |
| October 2, 2017 | | Parties to file oppositions, if any, to *Daubert* motions. |
| October 9, 2017 | | Parties to file replies, if any, in support of *Daubert* motions. |

/////

/////

/////

/////

/////

/////

---

[1] Plaintiffs' agreement to these provisions are not meant as a waiver of their ability to apply to Magistrate Judge Thurston for an order permitting them to depose any newly-disclosed witnesses, as well as Teresa Hitchcock and Karen Rhea, notwithstanding the fact that such depositions would exceed the number of depositions authorized by Federal Rule of Civil Procedure 30(a)(2)(A)(i), as previously modified by the agreement of the parties. Nor is Defendants' agreement to these provisions meant as a waiver of any objection to such additional depositions.

| | | |
|---|---|---|
| October 16, 2017 at 1:30 p.m. | Hearing on *Daubert* motions and Final Pretrial Conference.[2] | |
| December 5, 2017 at 1:00 p.m. | Bench Trial. | |

IT IS SO ORDERED.

Dated: **July 6, 2017**

_____
UNITED STATES DISTRICT JUDGE

---

[2] Deadlines for trial briefs, motions in limine, and other trial-related matters shall be set forth in a final pretrial order to be issued following the final pretrial conference.

3