Denise Hulett (State Bar No. 121553)
Tanya Pellegrini (State Bar No. 285186)
Thomas A. Saenz (State Bar No. 159430)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone:  (213) 629-2512
Facsimile:  (213) 629-0266
Email:  dhulett@maldef.org
         tpellegrini@maldef.org
         tsaenz@maldef.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, ALICIA PUENTES, DOROTHY VELASQUEZ, and GARY RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY BOARD OF SUPERVISORS, and MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, and LETICIA PEREZ, in their official capacity as members of the Kern County Board of Supervisors, and JOHN NILON, in his official capacity as Kern County Administrative Officer, and MARY B. BEDARD, in her official capacity as Kern County Registrar of Voters, inclusive,<br><br>Defendants. | Case No. 1:16-CV-00568-DAD-JLT<br><br>**DECLARATION OF DENISE HULETT IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT WITNESS, DR. JONATHAN N. KATZ [FRCP702]**<br><br>JUDGE: Hon. Dale A. Drozd<br>COURTROOM: 5<br>HEARING DATE: October 16, 2017<br>TIME: 1:30 p.m. |

## DECLARATION OF DENISE HULETT

I, DENISE HULETT, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am one of the attorneys for Plaintiffs in the above-captioned matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Jonathan N. Katz, Ph.D., dated February 3, 2017.

4. Attached hereto as Exhibit 2 are true and correct copies of the Errata Sheet and Certification of Jonathan N. Katz, Ph.D., both dated March 13, 2017.

5. Attached hereto as Exhibit 3 is a true and correct copy of the Report of J. Morgan Kousser for *Luna v. County of Kern*, dated November 12, 2016.

6. Attached hereto as Exhibit 4 is a true and correct copy of Defendants' Expert Witness Disclosures: Declaration of Jonathan N. Katz, Ph.D., dated December 20, 2016.

7. Attached hereto as Exhibit 5 is a true and correct copy of the Rebuttal Report of J. Morgan Kousser, dated January 13, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except those matters stated on information and belief and, as to those matters, I believe them to be true. If called as a witness, I could competently testify thereto.

Executed on September 15, 2017, at San Francisco, California.

/s/ Denise Hulett
DENISE HULETT