Denise Hulett (State Bar No. 121553)
Tanya Pellegrini (State Bar No. 285186)
Thomas A. Saenz (State Bar No. 159430)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: dhulett@maldef.org
       tpellegrini@maldef.org
       tsaenz@maldef.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, ALICIA PUENTES, DOROTHY VELASQUEZ, and GARY RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY BOARD OF SUPERVISORS, and MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, and LETICIA PEREZ, in their official capacity as members of the Kern County Board of Supervisors, and JOHN NILON, in his official capacity as Kern County Administrative Officer, and MARY B. BEDARD, in her official capacity as Kern County Registrar of Voters, inclusive,<br><br>Defendants. | Case No. 1:16-CV-00568-DAD-JLT<br><br>**PLAINTIFFS' NOTICE OF LODGING OF DEPOSITION TRANSCRIPT OF JONATHAN NEIL KATZ, Ph.D. (FEBRUARY 3, 2017)**<br><br>JUDGE: Hon. Dale A. Drozd<br>COURTROOM: 5<br>HEARING DATE: October 16, 2017<br>TIME: 1:30 p.m. |

1   TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

2   Please take notice that on this date Plaintiffs have submitted a complete copy of the
3   transcript of the Deposition of Dr. Jonathan Neil Katz, taken February 3, 2017, as well as a copy
4   of his verification and errata sheet, both dated March 13, 2017, to the Court by submitting the
5   same on a compact disc.

7   Dated:  September 15, 2017           MEXICAN AMERICAN LEGAL
                                         DEFENSE AND EDUCATONAL FUND

9                                        By:     /s/ Denise Hulett
                                                 Denise Hulett
10                                               Tanya Pellegrini
                                                 Thomas A. Saenz
11                                               *Attorneys for Plaintiffs*