Mark Nations, Esq. (S.B. No. 101838)
ACTING COUNTY COUNSEL
Charles F. Collins, Esq. (S.B. No. 104318)
DEPUTY COUNTY COUNSEL
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone: (661) 868-3800
Facsimile: (661) 868-3805
Email: mnations@co.kern.ca.us

NIELSEN MERKSAMER
　　PARRINELLO GROSS & LEONI LLP
　　Marguerite Mary Leoni, Esq. (S.B. No. 101696)
　　Christopher E. Skinnell, Esq. (S.B. No. 227093)
　　Hilary J. Gibson, Esq. (S.B. No. 287862)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone:  (415) 389-6800
Facsimile:    (415) 388-6874
Email: mleoni@nmgovlaw.com
Email: cskinnell@nmgovlaw.com
Email: hgibson@nmgovlaw.com

*Attorneys for Defendants*
COUNTY OF KERN, *ET AL.*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, *et al.*,<br><br>　　*Plaintiffs*,<br><br>vs.<br><br>COUNTY OF KERN, *et al.*,<br><br>　　*Defendants.* | Case #1:16-cv-00568-DAD-JLT<br><br>**DECLARATION OF CHRISTOPHER E. SKINNELL IN OPPOSITION TO PLAINTIFFS' MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT WITNESS, DR. JONATHAN N. KATZ**<br><br>JUDGE: Hon. Dale A. Drozd<br>COURTROOM: 5<br>DATE: October 16, 2017<br>TIME: 1:30 p.m. |

I, Christopher E. Skinnell, declare under penalty of perjury as follows:

1. I am over 18 years of age and I have personal knowledge of the facts stated herein.

2. I am one of the attorneys of record for Defendants in this action.

3. Attached hereto as Exhibits are true and correct copies of the following documents:

| **No.** | **Exhibit** |
|---|---|
| 1. | Pertinent excerpts of the February 3, 2017, deposition of Dr. Jonathan N. Katz. A full copy of that deposition transcript was already submitted to the Court by Defendants on September 15, 2017, in accordance with Local Rule 133(j). *See* Dkt. #101. |
| 2. | Pertinent excerpts of the February 1, 2017, deposition of Dr. Kousser. A full copy of that deposition transcript was already submitted to the Court by Defendants on September 15, 2017, in accordance with Local Rule 133(j). *See* Dkt. #101. |
| 3. | A true and correct copy of pertinent pages of the transcript of Dr. Kousser's May 15, 2014, deposition in *Soliz v. Santa Clarita Community College District*, No. BC512736 (Los Angeles Superior Court), produced by Dr. Kousser at his deposition in this case. I was one of the counsel of record for defendants in the *Santa Clarita* case, and I personally took the deposition in question. A full copy of the transcript is submitted herewith on compact disc. |
| 4. | A true and correct copy relevant pages of the expert report produced by Dr. Kousser in 2010, in *Avitia v. Tulare Local Healthcare District*, No. 07-224773 (Tulare County Superior Court). I was one of the counsel of record for defendants therein. A full copy of the report is also contained on the compact disc submitted herewith. |
| 5. | Pertinent pages of Gary King, "The Solution to the Ecological Inference Problem: Reconstructing Individual Behavior from Aggregate Data" (Princeton 1997), including the Table of Contents and all of Chapters 8-10. A full copy of the book is also contained on the compact disc submitted herewith. |

4. Regarding the pagination of Exhibit 5, I purchased and downloaded a copy of the book in question using Amazon's Kindle feature, and then exported the book to a PDF format. That resulted in a book with no pages numbers printed on the pages. I have added page numbers to the pages in the exhibit for ease of reference by all parties and the Court, but the pagination does not necessarily match the exact pagination of the hard copy book.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct of my own personal knowledge except for those matters stated on information and

1  belief and, as to those matters, I believe them to be true.  If called as a witness, I could competently
2  testify thereto.
3       Executed on October 2, 2017, at San Rafael, California.

    By: *Christopher E. Skinnell* (signature)
    Christopher E. Skinnell