Denise Hulett (State Bar No. 121553)
Tanya Pellegrini (State Bar No. 285186)
Thomas A. Saenz (State Bar No. 159430)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone:  (213) 629-2512
Facsimile:  (213) 629-0266
Email:  dhulett@maldef.org
         tpellegrini@maldef.org
         tsaenz@maldef.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, ALICIA PUENTES, DOROTHY VELASQUEZ, and GARY RODRIGUEZ,<br><br>            Plaintiffs,<br><br>     v.<br><br>COUNTY OF KERN, KERN COUNTY BOARD OF SUPERVISORS, and MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, and LETICIA PEREZ, in their official capacity as members of the Kern County Board of Supervisors, and JOHN NILON, in his official capacity as Kern County Administrative Officer, and MARY B. BEDARD, in her official capacity as Kern County Registrar of Voters, inclusive,<br><br>            Defendants. | Case No. 1:16-CV-00568-DAD-JLT<br><br>**DECLARATION OF DENISE HULETT IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXCLUDE THE TESTIMONY OF DEFENDANTS' EXPERT WITNESS, DR. JONATHAN N. KATZ [FRCP702]**<br><br>JUDGE: Hon. Dale A. Drozd<br>COURTROOM: 5<br>HEARING DATE: October 16, 2017<br>TIME: 1:30 p.m. |

**DECLARATION OF DENISE HULETT**

I, DENISE HULETT, hereby declare under penalty of perjury as follows:

     1.     I am over 18 years of age and make this declaration of my own personal knowledge.

     2.     I am one of the attorneys for Plaintiffs in the above-captioned matter.

     3.     Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the deposition transcript of Jonathan N. Katz, Ph.D., dated February 3, 2017, and the Errata Sheet and Certification of Jonathan N. Katz, Ph.D., dated March 3, 2017.

     4.     Attached hereto as Exhibit 2 is a true and correct copy of "'Expert Report for Bethune-Hill v. Virginia State Board of Elections, Jonathan N. Katz, April 10, 2015."

     5.     Attached hereto as Exhibit 3 is a true and correct copy of "Jonathan N. Katz, Expert Report on Voting in Santa Clarita Community College District, Feb. 12, 2014."

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except those matters stated on information and belief and, as to those matters, I believe them to be true.  If called as a witness, I could competently testify thereto.

     Executed on October 9, 2017, at San Francisco, California.

_____
DENISE HULETT