1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## **EXHIBIT 3**

**Plaintiffs' Motion to Exclude the Testimony of Defendants'
Expert Witness, Dr. Jonathan N. Katz [FRCP 702]**

*Luna, et al. v. County of Kern, et al.*, Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)



**EXPERT REPORT ON VOTING IN SANTA CLARITA COMMUNITY COLLEGE
DISTRICT**

Jonathan N. Katz

February 12, 2014

I was asked by legal counsel in this case to examine elections in the Santa Clarita Community College District to determine if they are characterized by racially polarized voting. In making my findings, I have applied standard statistical methods, which I regularly employ in my research and which have been published in peer-reviewed journals.

A summary of my report and basic findings is as follows:

- The limited number of relevant elections to examine, combined with the small number of voting precincts and relatively integrated housing patterns in Santa Clarita, severely limits the statistically valid inferences that can be made about how individuals of different racial and ethnic groups vote in local elections.

- Given the data limitations but employing the best available statistical methods to analyze the aggregate election results, I find no statistically significant evidence of racially polarized voting in elections in the district.

In the next section of the report I review my qualifications. In Section 2, I discuss various methods for analyzing the aggregate election data to infer voting behavior. Section 3 reviews problems with the available data. The final section then presents my analysis of voting behavior in the District.

## 1. QUALIFICATIONS

I am currently the Kay Sugahara Professor of Social Sciences and Statistics and the Chair of the Division of the Humanities and Social Sciences (which is akin to being a dean at other universities) at the California Institute of Technology. I was also formerly on the faculty at the University of Chicago and a visiting professor at the University of Konstanz (Germany). A complete copy of my curriculum vitae is in Appendix A.

I received my Bachelor of Science degree from the Massachusetts Institute of Technology and my Masters of Arts and Doctor of Philosophy degrees, both in political science, from the University of California, San Diego. I have also done post-doctoral work at Harvard University and the Harvard-MIT Data Center. I am an elected fellow of both the American Academy of Arts and Sciences and the Society for Political Methodology. I am a former fellow of the Center for Advanced Study in the Behavioral Sciences.

I have written numerous articles published in the leading journals as set forth in my curriculum vitae. I am currently the co-editor of *Political Analysis*, the journal of the Society for Political Methodology[1], and I am a co-founding editor of the Political Science network (a collection of on-line journals). I sit on the editorial board of two leading journals, *Electoral Studies* and *Political*

---

[1]Political methodology is the development of statistical and research tools in political science.

1

*Research Quarterly*, and I previously also served on the editorial board of the *American Journal of Political Science*. I have also served as a referee of manuscripts for most of the major journals in my fields of research and for the National Science Foundation.

I have done extensive research on American elections and on statistical methods for analyzing political science data. I am a member of the Caltech/MIT Voting Technology Project, serving as the co-director of the project from October 1, 2005 to September 30, 2010.

Over the past decade, I have testified or consulted in numerous elections cases for both Democratic and Republican clients involving the Federal Voting Rights Act, the California Voting Rights act, the evaluation of voting systems, or the statistical evaluation of electoral data. I have testified or consulted in court cases in both state and Federal courts in the states of Arizona, California, Florida, Georgia, Indiana, Illinois, Maryland, Michigan, Missouri, New Mexico, Nevada, Oklahoma, Texas, and Washington.

## 2. METHODS FOR ECOLOGICAL INFERENCE

The problem of inferring voting behavior from aggregate information is known as ecological inference. We are interested in estimating how groups of voters, say Latinos and Whites, voted in a given election when all we observe are the precinct-level returns and the demographic make-up of the precincts.

### 2.1. *Homogenous Precincts and the Method of Bounds*

A common starting point is to consider only homogeneous precincts. That is, we could examine the election results from precincts that are closest to racially homogeneous in character. For example, if a precinct were completely racially homogeneous, say with a population that was 100% Latino, then we know what fraction of Latinos voted for a given candidate in the precinct: it is just the share the given candidate got in the precinct. While this might be a useful starting point, as a statistical procedure it is problematic since it throws out most of the data unless most of the precincts are homogeneous.

However, we can use the intuition from the homogeneous precincts to place bounds on the level of support each group gives a candidate. Consider the following equation, which is true by definition, that relates the vote share of given candidate to the voting behavior of Latinos and Whites:

$$V_i = \lambda_i^L X_i + \lambda^W (1 - X_i), \tag{1}$$

where $V_i$ is the share of the vote a given candidate received in precinct $i$, $X_i$ is the fraction of Latinos in the precinct and therefore $(1 - X_i)$ is the fraction of White (or more correctly non-Latino) voters, assuming for the moment that there are only two groups in the electorate. $\lambda_i^L$ is

2

the fraction of Latinos voting for the given candidate and similarly $\lambda_i^W$ is the fraction of Whites voting for the given candidate. In other words, the equation states the fact that the total vote share for a candidate must equal the proportion of Latino voters who support them multiplied by the proportion of the electorate that is Latino plus the proportion of the White voters who support the candidate multiplied by the proportion of the electorate which is White.

In the case of only two groups — e.g., Latinos and Whites – and only two candidates, then racially polarized voting occurs when $\lambda_i^L \neq \lambda_i^W$. The larger the difference between support levels, the greater the level of polarization.

Now consider homogeneous Latino precincts again. In these precincts, $X_i = 1$, so that the equation simplifies to $V_i = \lambda_i^L$ as we stated above. However, from these precincts we can not say anything about the voting behavior of Whites because any proportion of Whites voting for a given candidate is consistent with the observed vote shares in these precincts. We can generalize this idea using Equation 1. Consider, for example, a precinct where $X_i = 0.6$, that is sixty percent of voters are Latino (and, therefore, 40% are White), and the candidates vote share, $V_i$, is 0.5.

Since 60% of the voters are Latino and the given candidate got 50% of the vote, then at most $\frac{5}{6}$ths of the Latino voters could have voted for the candidate. If it were higher than this bound then the vote share in the precinct would have to be higher. On the other hand, even if all of the Whites voted for the candidate then at least $\frac{1}{6}$th of the Latinos would have had to vote for the candidate as well, otherwise the vote share would have been less than 0.5. Thus, we know that proportion of Latinos voting for the candidate, $\lambda_i^L$, must be greater than 1/6 and less than 5/6 and $\lambda_i^W$ can take on any value between zero and one. We actually know more than this: we know that the feasible values for this district must lie on the line segment, called a constraint line, defined by the bounds $(\frac{1}{6}, 1)$ and $(\frac{5}{6}, 0)$. Using standard algebra by plugging in $X_i = 0.6$ and $V_i = 0.5$, we find that $\lambda_i^W = -\frac{3}{2}\lambda_i^H + \frac{5}{4}$.

Duncan and Davis (1953) fully developed the method of bounds outlined above to analyze ecological data. Unfortunately, with a large number of precincts, it is difficult to make much direct use of these bounds since we need a way to combine them to understand typical behavior in the district. These bounds do, however, provide useful information as we will see below.

## 2.2. *Ecological or Goodman's Regression*

An alternative approach that examines all precincts simultaneously was developed by Goodman (1959) and is perhaps the most commonly used procedure. It is referred to in the literature as ecological regression or Goodman's regression. Like the method of bounds, it is based on the identity in Equation 1. Suppose that the fraction of support for a given candidate for both Whites and Latinos was the same across all precincts in the district. A bit more formally, suppose that $\lambda_i^L = \lambda^L$ and $\lambda_i^W = \lambda^W$ for every precinct $i$. Then we could estimate these fractions by choosing

the best fitting line to the precinct-level data. This is just a standard linear regression, the most commonly used statistical procedure in the social sciences. From these estimates we could then compare the voting behavior between groups.

It is important to note that ecological regression can produce widely inaccurate estimates of group voting behavior (King 1997). First, the assumption that the fraction of group support is constant across every precinct is highly implausible. Second, ecological regression does not use the bounds information either at the precinct level (discussed above) nor even the overall bounds that the average fraction of a group's support for a given candidate must be between zero and one. For example, as we will see some of the elections examined here, ecological regression analysis produced negative estimates for the fraction of a group supporting a particular candidate.

## 2.3. *Ecological Inference/EI*

King (1997) has developed an alternative approach called Ecological Inference or EI. While the technical details are complex, its advantage is that it uses all available information to generate more accurate estimates of voting behavior from aggregate data. EI is basically a way to combine the regression approach of Goodman (1959) with the bounds from Duncan and Davis (1953). Further, it allows the estimates to vary (systematically) across precincts. The idea is we calculate the constraint lines for every precinct. We then choose as our estimate for a given precinct a point on its constraint line near the center of the intersection of all of the other lines. The actual point chosen is based on a standard statistical model. We can then use these precinct estimates to calculate quantities of interest such as the average support level across the district.

It is important to note that since King's method relies heavily on the bounds information, it works best when at least some of these bounds are informative — i.e., narrower than the entire range from 0 to 1. This will happen when more precincts have large proportions of each of the groups who's voting behavior we want to estimate. In other words, we will need some precincts that are relatively homogenous for each ethnic group we want to study.

## 2.4. *More than Two Groups or Two Candidates*

The above discussion on the development of methods for ecological inference assumed that we only had two groups and two candidates (or vote choices). Accommodating more than two groups is rather straight-forward, although notation and intuition become more complicated, especially for the constraint lines. All that is required is adding the additional group fractions to Equation 1. So in the case of SCCCD elections, we have data on three main groups: Latinos, Asians, and Whites. Recall that we need these fractions to sum to one, so that Whites is really the residual fraction of the population in the precinct (or district) after subtracting the fraction of Latinos and Asians.

4

Allowing for more than two candidates or vote choices, however, is a bit more complicated. In the special case of only two choices, we only need to model the vote share going to one of them since we then automatically know the fraction going to the other candidate: this is just one minus the first vote share. If, for example, we add a third choice, then we need to model the vote share going to any two of the options and then we get third by subtraction the sum of the other two shares from one. Formally, we need to add an additional equation for each vote choice greater than two. Typically, there will always be more than two vote choices even when there are only two candidates because some individuals will choose not to vote in the election. We need to account for this abstention in order to make proper inferences.

In the general case of more than two groups and more than two vote choices, racially polarized voting is also a more complicated concept. If we only have two choices, then we get voting cohesion among each group automatically since one of the choices must receive a majority of support from the members (ignoring the unlikely event of an exact tie in the election). However, when we have more than two choices, it is possible that no choice receives majority support of the group. In fact, given the estimation uncertainty, it may not be possible to infer which candidate is preferred by the members of the group.[2] Even if we find that the groups both have a strictly preferred candidates (i.e., they are cohesive), we still need to see if the distribution between the groups is statistically different to find racially polarized voting.[3]

I finally note that adding additional groups and vote choices to King's (1997) EI is not straightforward. The generalization was first developed by King, Rosen, and Tanner (1999). Unfortunately, their approach was computationally inefficient and was later refined by Rosen, Jiang, King and Tanner (2001). I use the Rosen et al. (2001) approach in my analysis here.[4]

## 3. DATA FOR ANALYSIS

In order to determine if elections in the Santa Clarita Community College District (SCCCD) are racially polarized we need to determine a set of relevent elections to consider. There are no recent elections for the board that have Latino candidates running, which is a requirement under the California Voting Rights Act. Nevertheless for the benefit of the Court, I will examine the 2011 SCCCD Board election.

Looking for similar non-partisan elections with at least some Latino candidates in the district, the best option are elections for the Hart Unified School District (HUSD) board. Unfortunately, we can not get useful election data prior to 2007. This is because before then election officials were

---

[2]Formally, we can not rule out the null hypothesis that the group equally split their votes across two or more choices.

[3]Formally, we need to reject the null hypothesis that the distribution of vote shares across groups is identical.

[4]All the computations discussed in this report were done in R (R Core Team 2012), a statistical computing language, using the eiPack (version 0.1-7) developed by Olivia Lau, Ryan T. Moore, and Michael Kellerman.

not required to reallocate absentee voters to their respective precincts. Recall that the methods for ecological inference discussed above work by examining the relationship between precinct level vote shares and their racial composition. If there are large numbers of absentee ballots not reallocated to the precincts, we would be systematically removing important data from our analysis and biasing our results, and no valid scientific inferences could be made. In the HUSD board elections, absentees constitute approximately one-third of votes cast for the election in 2001 to 2005.[5] Therefore, I will examine the HUSD board elections in 2007, 2009, and 2011.

A bit more afield, the only other non-partisan election in recent history is the 2010 election for the Superintendent for Public Instruction. This is not ideal comparison because it is a statewide office, and hence a more high profile election, but it can be somewhat informative. I will, therefore, also include it in my analysis.

There are then only 5 elections to study in this case. Unfortunately, that does not end the data difficulties for the analysis. Given the small geographical area in question, there are not many voting precincts for the analysis. In the 2011 municipal election, for example, there are only 79 precincts. This rises to 102 in 2009 and drops again to 70 in 2007. The largest number of precincts is in the general election for 2010 where that are 149 precincts in the Santa Clarita area.

The problem of the small number of precincts is further exacerbated because of the relatively integrated nature of housing patterns in the area. There is no precinct that is nearly all Latino or Asian in terms of the composition of registered voters.[6] In the most Latino precinct in the analysis, they constitute only 45% of registered voters. There are only a handful of precincts where Latinos constitute more than a quarter of the registered voters. The situation is even worse for the distribution of Asian registered voters. There the maximum fraction of Asian registered voters in any precinct is only 18%.

This will make it exceedingly difficult to estimate the voting behavior of either Latinos or Asians in Santa Clarita. This can be seen graphically in Figure 1, which plots the fraction of registered voters who abstained in the 2011 HUSD Board election in the precinct by the fraction of Latino registered voters. Each dot represents a different precinct. First, we see that there are very few precincts with large fraction of Latinos. In fact, there is not much variation in the fraction of Latinos across the precincts at all. Second, the line graph is one the ecological regression lines for this case. If we were to extend it to where it crosses the far right edge, a hypothetically homogenous Latino precinct, we would get the ecological regression estimate of the abstention rate for Latinos, which is 1.15. In other words, 115% of Latinos didn't vote in the election. Clearly, this is a nonsensical result.

The complete ecological regression results for this election can be seen in Table 1. The rows of the table correspond to the four vote options in the election. A registered voter could vote for

---

[5]The exact percentages for absentees are: 30.7% in 2001, 37.7% in 2003, and 31.3% in 2005.

[6]Ethnicity is determined using standard Census name matching of registration rolls for a given election year.



Figure 1: Abstention Rate of Registered Voters in 2011 HUSD Board Election by Percent Latino

Sturgeon, Mercado-Fortine, Davis or decide to abstain in the election. The columns correspond to each of the three groups in the electorate: Latinos, Asians, and Other (with is any registered voter who's name does not match as Latino/Hispanic or Asian in origin). The single number in each row is the point estimate of the fraction of that group who voted for a given candidates. For example, it is estimated that 9.2% percent of Others voted for Sturgeon. Similarly, 74.1% of Others didn't vote in the election. The two numbers below each point estimate represent the confidence interval for this estimate. Since we are statistically estimating the fraction of each group voting for each choice, the interval reflects our estimation uncertainty. This means that all we can really say is that the true fraction is likely in this interval.[7]

The most striking result from this table is that the ecological regression results for both Latinos

---

[7]Formally, these are the standard 95% confidence interval for estimates.

Table 1: Ecological Regression Results for 2011 HUSD Board (Registered Voters)

|  | Latino | Asian | Other |
|---|---|---|---|
| Sturgeon | -0.090 | -0.126 | 0.092 |
|  | (-0.145, -0.036) | (-0.287, 0.035) | (0.079, 0.104) |
| Mercado-Fortine | -0.042 | -0.194 | 0.091 |
|  | (-0.096, 0.012) | (-0.351, -0.036) | (0.079, 0.104) |
| Davis | -0.022 | -0.125 | 0.076 |
|  | (-0.070, 0.027) | (-0.268, 0.019) | (0.065, 0.087) |
| Abstain | 1.154 | 1.444 | 0.741 |
|  | (1.011, 1.298) | (1.022, 1.866) | (0.708, 0.774) |

and Asian are ridiculous. It is obviously not possible for -9% of Latinos to have voted for Sturgeon. This poor estimates are being driven by the factors shown in the scatter plot. Namely, that very few voters vote in these local elections, so intuitively pegging the abstain rate, especially for Asians and Latinos, near one is not a bad guess. Further, since there are no precincts that are nearly 100% Latino or Asian we need to extrapolate far from the observed data, and, therefore the less confident you are in the estimate.

Unfortunately, these widely implausible results from ecological regression are not unique to this election. The compete set of ecological regression results for all races I studied can be found in Appendix A. They all contain impossible estimates. While ecological regressions are always problematic, in this case no scientifically valid inferences can be drawn from any analysis based on ecological regression.

## 4. EI ANALYSIS

The best estimates of the groups' voting behavior in the SCCCD, using King's (1997) EI method, are presented in the next set of tables. By design, King's methods will not produce estimates that are impossible – e.g, negative or greater than one. However, given the complete lack of nearly homogenous precincts for either Latinos or Asians substantial caution should be used in interpreting the results.

The EI results for the 2011 election for the Santa Clarita Community District Board of Trustees can be found in Table 2. It is read the same way as the previous table where the ecological regression results were presented. If we first look at Latinos, we cannot rank the candidates because the confidence interval for the estimates for Fortine and Shaw overlap.[8] In fact, the only strong preference for Latinos is abstention which is the clearly favored choice. The same is true for Asians

---

[8]Formally, we can reject the null hypothesis that the two estimates are the same.

Table 2: EI Results for 2011 Santa Clarita Comminuty College District Board (Registered Voters Only)

|  | Latino | Asian | Other |
|---|---|---|---|
| Fortine | 0.097 | 0.196 | 0.082 |
|  | (0.037, 0.178) | (0.070, 0.349) | (0.064, 0.097) |
| Shaw | 0.097 | 0.187 | 0.069 |
|  | (0.037, 0.177) | (0.067, 0.327) | (0.052, 0.083) |
| Abstain | 0.806 | 0.618 | 0.849 |
|  | (0.702, 0.896) | (0.441, 0.785) | (0.828, 0.872) |

and Others: we can not statistically differiate a ranking. In simple terms, the groups are not internally cohesive. Further since the confidence intervals across the rows also all overlap, we can not rule out the possibility that voters from all three groups voted similarly. Thus, there is no evidence of statistically significant racially polarized voting in this election.

Table 3: EI Results for 2011 Hart Unified School District (Registered Voters Only)

|  | Latino | Asian | Other |
|---|---|---|---|
| Sturgeon | 0.053 | 0.195 | 0.048 |
|  | (0.018, 0.104) | (0.073, 0.335) | (0.038, 0.057) |
| Mercado-Fortine | 0.074 | 0.187 | 0.049 |
|  | (0.026, 0.138) | (0.067, 0.331) | (0.037, 0.060) |
| Davis | 0.076 | 0.197 | 0.041 |
|  | (0.028, 0.139) | (0.074, 0.335) | (0.029, 0.051) |
| Abstain | 0.797 | 0.421 | 0.863 |
|  | (0.699, 0.881) | (0.236, 0.614) | (0.844, 0.882) |

The EI results for the 2011 election for the Hart Unified School District Board can be found in Table 3. The pattern is similar to the previous case. No vote choice, except abstention, can be ranked for any group given the estimation uncertainty. Further, we can not rule out that the data are consistent with the vote choices of groups being identical.

The EI results for the 2009 election for the Hart Unified School District Board can be found in Table 4. The groups here are again not cohesive, but the story is a bit more complicated. There is no statistically significant ranking among the choices for Latinos or Asians except for Abstention. However, among Others, Valdes is ranked last, but we can not rank order the remaining candidates. Again given the large statistical uncertainty in the estimates there no evidence of racially polarized voting.

The EI results for the 2007 election for the Hart Unified School District Board can be found

9

Table 4: EI Results for 2009 Hart Unified School District (Registered Voters Only)

|  | Latino | Asian | Other |
|---|---|---|---|
| Jensen | 0.030 | 0.089 | 0.075 |
|  | (0.012, 0.060) | (0.029, 0.175) | (0.068, 0.081) |
| Valdes | 0.059 | 0.113 | 0.029 |
|  | (0.023, 0.104) | (0.044, 0.193) | (0.020, 0.037) |
| Strickland | 0.030 | 0.089 | 0.071 |
|  | (0.012, 0.059) | (0.028, 0.174) | (0.063, 0.077) |
| Solomon | 0.030 | 0.089 | 0.058 |
|  | (0.012, 0.058) | (0.030, 0.168) | (0.051, 0.063) |
| Messina | 0.042 | 0.086 | 0.058 |
|  | (0.017, 0.079) | (0.029, 0.163) | (0.050, 0.065) |
| Abstain | 0.809 | 0.534 | 0.709 |
|  | (0.743, 0.867) | (0.386, 0.674) | (0.694, 0.725) |

Table 5: EI Results for 2007 Hart Unified School District (Registered Voters Only)

|  | Latino | Asian | Other |
|---|---|---|---|
| Sturgeon | 0.091 | 0.212 | 0.048 |
|  | (0.032, 0.164) | (0.086, 0.348) | (0.035, 0.060) |
| Mercado-Fortine | 0.114 | 0.142 | 0.052 |
|  | (0.034, 0.200) | (0.050, 0.257) | (0.037, 0.066) |
| Messina | 0.099 | 0.146 | 0.042 |
|  | (0.037, 0.171) | (0.055, 0.256) | (0.030, 0.054) |
| Abstain | 0.697 | 0.500 | 0.858 |
|  | (0.574, 0.817) | (0.329, 0.671) | (0.835, 0.881) |

in Table 5. Like the other two HUSD Board elections analyzed, the groups do not display any statistically significant ranking of the candidates. In this election, we not rule out that Latinos and Others voted in the same pattern, but Asians are statistically different. This is being driven primarily by the much lower abstain rate. However, given the very small fraction of Asians in the precincts, not much should be drawn from this. In summary, there is no evidence of racially polarized voting in this election.

The final election that I examined is the 2010 race for Superintendent of Public Instruction.[9] The results of this analysis can be found in Table 6. As with the other elections studied, the groups are not cohesive in their vote choice given the statistical uncertainty in the estimates. Nor can we

---

[9]I note that Torlakson won in the district with 53.7% of the votes cast.

Table 6: EI Results for 2010 Superintendent of Public Instruction (Registered Voters Only)

|           | Latino           | Asian            | Other            |
|-----------|------------------|------------------|------------------|
| Aceves    | 0.084            | 0.171            | 0.221            |
|           | (0.029, 0.166)   | (0.061, 0.326)   | (0.203, 0.235)   |
| Torlakson | 0.184            | 0.337            | 0.230            |
|           | (0.078, 0.310)   | (0.140, 0.552)   | (0.203, 0.254)   |
| Abstain   | 0.732            | 0.492            | 0.549            |
|           | (0.598, 0.851)   | (0.272, 0.709)   | (0.522, 0.578)   |

rule out that they all favored the same candidate. Once again, there is no statistically significant evidence of racially polarized voting.

## 5. REFERENCES

Duncan, Dudley and Beverly Davis. 1953. "An Alternative to Ecological Correlation." *American Sociological Review* 64:610–625

Goodman, Leo 1959. "Some Alternatives to Ecological Correlation." *American Journal of Sociology* 64:610–625.

King, Gary. 1997. *A Solution to the Ecological Inference Problem.* Princeton, NJ: Princeton University Press.

King, Gary; Ori Rosen; and Martin A. Tanner. 1999. Binomial-Beta Hierarchical Models for Ecological Inference. *Sociological Methods & Research*, 28(1):61–90.

Lau, Olivia, Ryan T. Moore, and Michael Kellermann. 2007. "eiPack: Ecological Inference and Higher-Dimension Data Management". *R News*, 7(2):43–477.

Rosen, Rosen, Wenxin Jiang; Gary King; and Martin A. Tanner. 2001 "Bayesian and frequentist inference for ecological inference: The R C case." *Statistica Neerlandica*, 55(2):134-156.

R Core Team. 2012. *R: A Language and Environment for Statistical Computing* Vienna, Austria: R Foundation for Statistical Computing.

## A. ECOLOGICAL REGRESSION RESULTS

Ecological Regression Results for 2011 Santa Clarita Comminuty College District Board
(Registered Voters Only)

|          | Latino            | Asian             | Other            |
|----------|-------------------|-------------------|------------------|
| Fortine  | -0.114            | 0.014             | 0.140            |
|          | (-0.247, 0.019)   | (-0.291, 0.318)   | (0.106, 0.174)   |
| Shaw     | -0.089            | 0.008             | 0.120            |
|          | (-0.201, 0.022)   | (-0.247, 0.263)   | (0.091, 0.149)   |
| Abstain  | 1.203             | 0.978             | 0.740            |
|          | (0.965, 1.441)    | (0.434, 1.523)    | (0.678, 0.801)   |

Ecological Regression Results for 2009 Hart Unified School District (Registered Voters Only)

|            | Latino            | Asian             | Other            |
|------------|-------------------|-------------------|------------------|
| Jensen     | -0.112            | -0.202            | 0.126            |
|            | (-0.174, -0.050)  | (-0.374, -0.030)  | (0.111, 0.142)   |
| Valdes     | 0.015             | -0.075            | 0.051            |
|            | (-0.016, 0.046)   | (-0.161, 0.012)   | (0.043, 0.059)   |
| Strickland | -0.130            | -0.225            | 0.126            |
|            | (-0.180, -0.080)  | (-0.363, -0.086)  | (0.113, 0.139)   |
| Solomon    | -0.084            | -0.147            | 0.098            |
|            | (-0.138, -0.030)  | (-0.297, 0.003)   | (0.084, 0.112)   |
| Messina    | -0.040            | -0.251            | 0.099            |
|            | (-0.094, 0.014)   | (-0.402, -0.100)  | (0.085, 0.113)   |
| Abstain    | 1.351             | 1.900             | 0.499            |
|            | (1.151, 1.552)    | (1.342, 2.457)    | (0.448, 0.551)   |

13

Ecological Regression Results for 2007 Hart Unified School District (Registered Voters Only)

|  | Latino | Asian | Other |
|---|---|---|---|
| Sturgeon | -0.160 | -0.020 | 0.104 |
|  | (-0.237, -0.084) | (-0.172, 0.131) | (0.088, 0.120) |
| Mercado-Fortine | -0.073 | -0.217 | 0.107 |
|  | (-0.177, 0.030) | (-0.422, -0.012) | (0.085, 0.128) |
| Messina | -0.056 | -0.166 | 0.090 |
|  | (-0.159, 0.047) | (-0.370, 0.038) | (0.069, 0.112) |
| Abstain | 1.289 | 1.403 | 0.699 |
|  | (1.059, 1.518) | (0.949, 1.856) | (0.651, 0.747) |

Ecological Regression Results for 2010 Superintendent of Public Instruction (Registered Voters)

|  | Latino | Asian | Other |
|---|---|---|---|
| Aceves | 0.012 | -0.099 | 0.251 |
|  | (-0.068, 0.091) | (-0.273, 0.075) | (0.233, 0.268) |
| Torlakson | 0.183 | 0.347 | 0.225 |
|  | (0.105, 0.261) | (0.176, 0.518) | (0.208, 0.242) |
| Abstain | 0.805 | 0.752 | 0.524 |
|  | (0.681, 0.929) | (0.481, 1.023) | (0.497, 0.552) |

14

B.  CURRICULUM VITAE

# Jonathan N. Katz

D.H.S.S. (228-77)
California Institute of Technology
Pasadena, CA 91125
(626)395-4191
e-mail: jkatz@caltech.edu

## Education

Ph.D.      University of California, San Diego. Political Science, June 1995.

M.A.       University of California, San Diego. Political Science, June 1992.

S.B.       Massachusetts Institute of Technology. Applied Mathematics
           June 1990.

## Administrative Appointments

Chair, Division of the Humanities and Social Sciences,
    California Institute of Technology
    August 2007 – Present.

Director, Ronald and Maxine Linde Institute of Economic and Management Sciences,
    California Institute of Technology
    January 2013 – Present.

Executive Officer for the Social Sciences, California Institute of Technology,
    January 2007 – July 2007.

Co-director, Caltech/MIT Voting Technology Project, October 2005 – September 2010.

Director of Graduate Studies, Division of the Humanities and Social Sciences, California
    Institute of Technology,
    July 2001 – December 2006.

## Academic Appointments

Kay Sugahara Professor of Social Sciences and Statistics, California Institute of
    Technology,
    January 2012 – Present.

Professor of Social Sciences and Statistics, California Institute of Technology,
    June 2009 – December 2011.

**Jonathan N. Katz** 2

Professor of Political Science, California Institute of Technology,
    November 2003 – May, 2009.

Gastprofessur in der Rechts-, Wirtschafts- und Verwaltungswissenschaftlichen Sektion,
    Universität Konstanz,
    April 2003 – July 2003.

Associate Professor of Political Science, California Institute of Technology,
    April 1998 – August 1998 and July 2000 – October 2003.

Assistant Professor of Political Science, University of Chicago,
    September 1998 – June 2000.

Assistant Professor of Political Science, California Institute of Technology,
    July 1995 – March 1998.

Post-Doctoral Fellow in Positive Political Economy, Harvard University,
    July 1994 – June 1995.

**Honors and Awards**

Elected Fellow of the American Academy of Arts and Sciences, 2011.

Elected Inaugural Fellow of the Society for Political Methodology, 2008.

Center for the Advanced Study in the Behavioral Sciences Fellowship, 2005–2006.

John M. Olin Foundation Faculty Fellow, 1999–2000.

Pi Sigma Alpha award for Best Paper Presented at the 1998 Midwest Political Science
    Association Meetings.

CQ Press Award for Best Paper in Legislative Politics Presented at the 1996 Annual
    Meeting of the American Political Science Association.

National Science Foundation Graduate Research Fellow, 1991–1994.

Brooke/Cole Award for Best Graduate Student Paper Presented at the 1993 Midwest
    Political Science Association Meetings.

University of California Regents Fellow, 1990–1991.

**Publications**

*Books*

*Elbridge Gerry's Salamander: The Electoral Consequences of the Reapportionment Revolution.* (with G. Cox). New York: Cambridge University Press. 2002.

*Articles in Refereed Journals*

Government Partisanship, Labor Organization and Macroeconomic Performance: A Corrigendum (with N. Beck, R.M. Alvarez, G. Garrett, and P. Lange). *American Political Science Review.* 87(4):945–949. 1993.

What To Do (and Not To Do) with Times-Series–Cross-Section Data in Comparative Politics (with N. Beck). *American Political Science Review.* 89(3):634–647. 1995.

Careerism, Committee Assignments and the Electoral Connection (with B. Sala). *American Political Science Review.* 90(1):21–33. 1996.

Why Did the Incumbency Advantage in U.S. House Elections Grow? (with G. Cox). *American Journal of Political Science.* 40(2):478–497. 1996.

Nuisance vs. Substance: Specifying and Estimating Time-Series–Cross-Section Models (with N. Beck). *Political Analysis.* 6:1–36. 1996.

Taking Time Seriously: Time-Series–Cross-Section Analysis with a Binary Dependent Variable (with N. Beck and R. Tucker). *American Journal of Political Science.* 42(4):1260–1288. 1998.

A Statistical Model for Multiparty Electoral Data (with G. King). *American Political Science Review.* 93(1):15–32. 1999.

The Reapportionment Revolution and Bias in U.S. Congressional Elections (with G.Cox). *American Journal of Political Science.* 43(3):812-840. 1999.

Post-stratification without population level information on the post-stratifying variable, with application to political polling (with C. Reilly and A. Gelman). *Journal of the American Statistical Association.* 96(453):1–11. 2001.

Throwing Out the Baby With the Bath Water: A Comment on Green, Yoon and Kim (with N. Beck). *International Organization.* 55(2):487–498. 2001.

A Fast, Easy, and Efficient Estimator for Multiparty Electoral Data (with J. Honaker and G. King). *Political Analysis.* 10(1):84–100. 2002.

The Mathematics and Statistics of Voting Power (with A. Gelman and F. Tuerlinckx). *Statistical Science.* 17(4): 420–435. 2002.

Standard Voting Power Indexes Don't Work: An Empirical Analysis (with A. Gelman and J. Bafumi). *British Journal of Political Science.* 34: 657–674. 2004.

Indecision Theory: Quality of Information and Voting Behavior (with P. Ghirardato). *Journal of Public Economic Theory.* 8(3): 379–399. 2006

Comment on 'What To Do (and Not To Do) with Times-Series–Cross-Section Data in Comparative Politics' (with N. Beck). *American Political Science Review.* 100(1):676–677.

Gerrymandering Roll-Calls in Congress, 1879-2000 (with G.W. Cox). *American Journal of Political Science.* 51(1):108-119. 2007.

Random Coefficient Models for Time-Series-Cross-Section Data: Monte Carlo Experiments (with N. Beck). *Political Analysis.* 15(2):182–195. 2007.

Comment on 'Estimating incumbency advantage and its variation, as an example of a before-after study'. *Journal of the American Statistical Association.* 103(482):446–448. 2008.

Correcting for Survey Misreports using Auxiliary Information with an Application to Estimating Turnout (with G. Katz). *American Journal of Political Science.* 54(3):815–835. 2010.

An Empirical Bayes Approach to Estimating Ordinal Treatment Effects (with R.M. Alvarez and D. Bailey). *Political Analysis.* 19(1):20–31. 2011.

Implementing Panel Corrected Standard Errors in R: The pcse Package (with D. Bailey). *Journal of Statistical Software.* 42(1):1–11. 2011.

Modeling Dynamics in Time-SeriesCross-Section Political Economy Data (with N. Beck). *Annual Review of Political Science.* 14:331–352. 2011.

Estimating Partisan Bias of the Electoral College Under Proposed Changes in Elector Apportionment (with A.C. Thomas, A. Gelman, and G. King). *Statistics, Politics and Policy.* 0:1–13. 2012.

Of Nickell Bias and Its Cures: Comment on Gaibulloev, Sandler and Su (with N. Beck and U. Mignozzetti ). *Political Analysis.* Forthcoming.

*Other Articles*

Empirically Evaluating the Electoral College (with A. Gelman and G. King) in A. Crigler, et al (editors), *Rethinking the Vote: The Politics and Prospects of American Election Reform.* New York: Oxford University Press. 2004.

Detecting Electoral Fraud: The Case of 2002 General Election in Georgia (with R.M. Alvarez) in R.M. Alvarez, T.E. Hall, and S.D. Hyde (editors), *Election Fraud: Detecting and Deterring Electoral Manipulation.* Washington, DC: Brookings. 2008.

Fraud or Failure? What Incident Reports Reveal about Election Anomalies and Irregularities (with D.R. Kiewiet, T.E. Hall, R.M.Alvarez )in R.M. Alvarez, T.E. Hall, and S.D. Hyde (editors), *Election Fraud: Detecting and Deterring Electoral Manipulation.* Washington, DC: Brookings. 2008.

Machines Versus Humans: The Counting and Recounting of Pre-scored Punchcard Ballots (with R.M. Alvarez, E.K. Hartman, and S. Hill) in R.M. Alvarez, L. Atkeson, and T.E. Hall (editors), *Confirming Elections: Creating Confidence and Integrity through Election Auditing.*   Palgrave Macmillan. 2012.

Asymptotics in A. Bryman, et al (editors), *Encyclopedia of Social Science Research Methods.* Thousand Oaks, CA: Sage Publications. Forthcoming.

Whats Age Got to Do with It? Supreme Court Appointees and the Long Run Location of the Supreme Court Median Justice (with M. Spitzer), *Arizona State Law Journal.* Forthcoming.

**Work in Progress and Conference Papers**

Scheduling Auctions and Proto-Parties in Legislatures (with J. Copic). Under review.

Reassessing the Link between Voter Heterogeneity and Political Accountability: A Latent Class Regression Model of Economic Voting (with G. Katz)

Evaluating alternative models to account for misclassified dependent variables in binary choice models (with G. Katz)

Strategic Entry in U.S. House Elections (with G. Cox)

A New Approach to Measuring the Racial Impact of Redistricting? (with A. Gelman and G. King)

Moderation in the Pursuit of Moderation is No Vice: The Clear but Limited Advantages of Being a Moderate for Congressional Elections (with A. Gelman)

The Impact of Majority-Minority Districts in Congressional Elections (with D. Bailey).

Aggregation and Dynamics of Survey Responses: The Case of Presidential Approval (with R.M. Alvarez). Caltech Social Science Working Paper No. 1103.

How Much Does a Vote Count? Voting Power, Coalitions, and the Electoral College (with A. Gelman). Caltech Social Science Working Paper No. 1121.

Auctioning off the Agenda: Bargaining in Legislatures with Endogenous Scheduling Control (with J. Copic). Caltech Social Science Working Paper No. 1266.

The Effect of Voter Identification Laws on Turnout (with R.M. Alvarez and D. Bailey). Caltech Social Science Working Paper No. 1267R.

## Grants

John Randolph Haynes and Dora Haynes Foundation Faculty Fellowship, 2005–2006.

National Science Foundation Grant (SES-0213549), Co-Principal investigator, Project title: " Modeling Issues with Time-Series–Cross-Section Data" , 2002-2004.

DAAD (German Academic Exchange Service) *Learn German in Germany* fellowship, Summer, 1998.

National Science Foundation Grant (SBR-9729899), Co-Principal investigator, Project title: " Strategic Redistricting and Its Political Consequences", 1998–1999.

IBM University Equipment Grants Program, . Co-principal investigator. Project title: "Individuals and Aggregates: New Computational Techniques for Testing Models of Politics", 1996–1997.

John Randolph Haynes and Dora Haynes Foundation Faculty Fellowship, 1996–1997.

## Editorial Board Service

Co-Editor, *Political Analysis*
     January 2010 – Present.

Member, Editorial Board of *Political Research Quarterly*
     June, 2000 – Present.

Member, Editorial Board of *Electoral Studies*
     January, 2002 – Present.

Member, Editorial Board of *American Journal of Political Science*,
     January 2006 – January, 2010.

Member, Editorial Board of *Political Analysis*
     July, 2001 – December 2009.

**Jonathan N. Katz**                                                                                          7

**Other Professional Activities**

Guest Manuscript Editor, *Proceedings of the National Academy of Sciences*, January 2014.

Member, Advisory Board of Daegu Gyeongbuk Institute of Science and Technology (Republic of Korea), August 2012 – Present.

Member, University Advisory Council of the Pohang University of Science and Technology (Republic of Korea), October 2008 – Present.

Founding Co-editor, Political Science Network (PSN), January 2007 – Present.

Member, Caltech/MIT Voting Technology Project, October, 2003- Present.

Member, Expert Panel on Measles Mortality Estimates, World Health Organization, 2004.

Treasurer, Political Methodology Section of the American Political Science Association. August 2003 – September 2008.

Section Organizer and Member of the Program Committee for 2004 Annual Meeting of the American Political Science Association.

Member, Steering Committee of the USC-Caltech Center for the Study of Law & Politics, July 2000 – Present.

Member of Program Committee for Fourteenth Summer Political Methodology Conference.

Instructor, ICPSR Summer Program in Quantitative Methods, University of Michigan, 1994 and 1995.

February 5, 2014