Denise Hulett (State Bar No. 121553)
Tanya Pellegrini (State Bar No. 285186)
Thomas A. Saenz (State Bar No. 159430)
MEXICAN AMERICAN LEGAL DEFENSE
AND EDUCATIONAL FUND
634 S. Spring St., 11th Floor
Los Angeles, CA 90014
Telephone: (213) 629-2512
Facsimile: (213) 629-0266
Email: dhulett@maldef.org
       tpellegrini@maldef.org
       tsaenz@maldef.org

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, ALICIA PUENTES, DOROTHY VELASQUEZ, and GARY RODRIGUEZ,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, KERN COUNTY BOARD OF SUPERVISORS, and MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, and LETICIA PEREZ, in their official capacity as members of the Kern County Board of Supervisors, and JOHN NILON, in his official capacity as Kern County Administrative Officer, and MARY B. BEDARD, in her official capacity as Kern County Registrar of Voters, inclusive,<br><br>Defendants. | Case No. 1:16-CV-00568-DAD-JLT<br><br>**DECLARATION OF DENISE HULETT IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE ANTICIPATED TESTIMONY OF DR. JOHNATHAN KATZ REGARDING ZELIG**<br><br>JUDGE: Hon. Dale A. Drozd<br>COURTROOM: 5<br>HEARING DATE: December 5, 2017<br>TIME: 1:00 p.m. |

DECLARATION OF DENISE HULETT IN SUPPORT OF PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE ANTICIPATED TESTIMONY OF DR. JONATHAN KATZ REGARDING ZELIG

CASE NO. 1:16-CV-00568-DAD-JLT

## DECLARATION OF DENISE HULETT

I, DENISE HULETT, hereby declare under penalty of perjury as follows:

1. I am over 18 years of age and make this declaration of my own personal knowledge.

2. I am one of the attorneys for Plaintiffs in the above-captioned matter.

3. Attached hereto as Exhibit 1 is a true and correct copy of Defendants' Expert Witness Disclosures: Declaration of Jonathan N. Katz, Ph.D., dated December 20, 2016.

4. Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the deposition transcript of Jonathan N. Katz, Ph.D., dated February 3, 2017.  Dr. Katz's deposition transcript has previously been lodged with the Court.

5. Attached hereto as Exhibit 3 are true and correct copies of the Errata Sheet and Certification of Jonathan N. Katz, Ph.D., both dated March 13, 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct of my own personal knowledge except those matters stated on information and belief and, as to those matters, I believe them to be true.  If called as a witness, I could competently testify thereto.

Executed on November 14, 2017, at San Francisco, California.

/s/ Denise Hulett
DENISE HULETT