1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

# <u>EXHIBIT 1</u>

26

**Motion *In Limine* To Exclude Anticipated Testimony Of Dr. Johnathan Katz Regarding Zelig**

27

28

***Luna, et al. v. County of Kern, et al.*, Case No. 1:16-cv-00568-DAD-JLT (E.D. Cal.)**

# Report of J. Morgan Kousser for *Luna v. County of Kern*

## Table of Contents

| Topic | | Page |
|---|---|---|
| I. | Summary | 1 |
| II. | Credentials | 2 |
| III. | Defining Racially Polarized Voting | 3 |
| IV. | Statistical Methods for Assessing Racially Polarized Voting | 4 |
| | A. The Aggregation or "Ecological Inference" Problem | 4 |
| | B. Ecological Regression | 5 |
| | C. Weighted Ecological Regression | 9 |
| | D. King's Ecological Inference | 10 |
| V. | Supervisor Contests | 15 |
| VI. | Other Local Elections | 25 |
| VII. | Statewide Elections in Kern County | 31 |
| VIII. | Conclusions about Racially Polarized Elections | 53 |
| IX. | Other Senate Factors | 53 |

## I. Summary

1.Senate Report 97-417 (1982) on the Voting Rights Act stated that "To establish a violation [of Section 2 of the Act], plaintiffs could show a variety of factors, depending upon the kind of rule, practice, or procedure called into question." It then listed seven principal and two "additional" factors. In this report, I will address three of the "Senate Factors": "the extent to which voting in the elections of the state or political subdivision is racially polarized; the extent to which the state or political subdivision has used unusually large election districts, majority vote requirements, anti-single shot provisions, or other voting practices or procedures that may enhance the opportunity for discrimination against the minority group; [and] . . . the extent to which members of the minority group in the state or political subdivision bear the effects of discrimination in such areas as education, employment and health, which hinder their ability to participate effectively in the political process . . ."[1]

2. The report will be principally concerned with statistical analyses of racially polarized voting, which was singled out in the most important U.S. Supreme Court case to interpret the congressional intent of the 1982 amendments to Section 2, *Thornburg v. Gingles*, 106 S.Ct. 2752 (1986). Analyzing the 22 nonpartisan elections involving Spanish-surnamed candidates in Kern County from 2004 through 2014, I find racially polarized voting in 19. There has been no trend away from racially polarized voting in Kern County during this period.

---

[1] Voting Rights Act Extension, Report 97-417, 97th Cong., 2 Sess., 28-29.

3.  I will devote much less attention to the other two factors.  Kern is an unusually large county with a complicated topography and minimal public transportation outside of Bakersfield, making it difficult for candidates to reach voters and for voters to attend meetings and reach the polls.  It requires a majority vote for election to the Board of County Supervisors, an election rule that the Senate itself recognized puts minority candidates and voters at a disadvantage.  And although the Latino population of Kern County is large, it is disproportionately non-citizen and socioeconomically depressed, traits that have been long recognized as dampening political participation.

4.  Thus, the evidence on all three factors supports a finding that Section 2 has been violated.

## II.  Credentials

5. I am a professor of history and social science at the California Institute of Technology. Educated at Princeton and Yale, I have been a visiting professor at Michigan, Harvard, Claremont, and the Hong Kong University of Science and Technology.  In 1984-85, I was Harmsworth Professor of American History at Oxford.  As my curriculum vitae shows, I've published three books and edited another, in addition to 47 scholarly articles, 84 book reviews, and 26 entries in reference works.  My work has focused on minority voting rights, educational discrimination, race relations, the legal history of all of the foregoing subjects, political history, and quantitative methods.  I was editor of the journal *Historical Methods*, which specializes in interdisciplinary and quantitative history, from 2000 through 2012.  My 1999 book, *Colorblind Injustice: Minority Voting Rights and the Undoing of the Second Reconstruction*, was co-winner of the annual Lillian Smith Award of the Southern Regional Council for the best book on the South and co-winner of the annual Ralph J. Bunche Award of the American Political Science Association for the best scholarly work in political science which explores the phenomenon of ethnic and cultural pluralism.  One of my most recent articles, "The Strange, Ironic Career of Section Five of the Voting Rights Act, 1965-2007," published in the *Texas Law Review*, is the first comprehensive history of the Act's first 42 years.  Another, "Do the Facts of Voting Rights Support Chief Justice Roberts's Opinion in *Shelby County*?" introduced the largest data base of voting rights and administrative actions ever compiled, covering the U.S. from 1957 through 2006.  Among my forthcoming articles is a 9000-word entry on "Voting Rights" for the *Oxford Handbook of American Political History*.

6.  I have previously testified or consulted in 37 federal voting rights or redistricting cases and 15 state cases (in Alaska and California).  Many, such as the key case of *City of Mobile v. Bolden,* concerned whether at-large systems of voting were adopted or maintained with a racially discriminatory intent or whether they had discriminatory effects.  Others, such as *Garza v. Los Angeles County Board of Supervisors*, involved questions of "racial gerrymandering."  In some cases, such as the 2003 Texas "re-redistricting" case, *LULAC v. Perry*, the sources of my testimony were primarily qualitative.  In others, such as the 2002 California state redistricting case, *Cano v. Davis*, the sources of my testimony were primarily quantitative.  My most recent testimony includes the Section 2 and Section 5 Texas redistricting cases and the 2012 Texas

voter identification cases, and the 2014 North Carolina election law case.  I have testified or consulted, often producing written reports on racially polarized voting, in at-large election cases under the California Voting Rights Act in Modesto, Hanford, Tulare County, Compton, Palmdale, Santa Clarita, the Santa Clarita Community College District, Santa Barbara, Highland, Rancho Cucamonga, Fullerton, the Fullerton School Board, and Banning.

7.  My first published article was the earliest extensive introduction to "ecological regression" analysis for the historical profession.  Throughout my career, in scholarly books and articles, as well as in legal testimony, I have written about and employed ecological regression, which has been the chief statistical means of determining whether voting is racially polarized.  It was used, for example, in *Thornburg v. Gingles* (1986), the first major U.S. Supreme Court case to interpret the 1982 amendments to Section 2 of the Voting Rights Act.  In 2001, I published a lengthy article examining issues in several models of ecological inference, including ecological regression and Gary King's "EI," which have been used to determine the extent of racially polarized voting in federal voting rights cases.

## III.  Defining Racially Polarized Voting

8.  The definition of racially polarized voting under federal derives from the federal district court's opinion in *Gingles v. Edmisten*, 590 F.Supp. 345, 367-78 (EDNC 1984) and the Supreme Court's decision in *Thornburg v. Gingles*, 106 S.Ct. 2752, 2767-73 (1986).  It must be admitted that the Supreme Court did not establish a very bright line, remarking that "the degree of bloc voting which constitutes the threshold of legal significance will vary from district to district. . . . .there is no simple doctrinal test for the existence of legally significant racial bloc voting."[2]  But Justice Brennan did offer two more specific definitional statements in *Gingles*: "And, in general, a white bloc vote that normally will defeat the combined strength of minority support plus white 'crossover' votes rises to the level of legally significant white bloc voting."[3]  He also adopted definitions offered during the district court trial by Prof. Bernard Grofman, who declared that racially polarized voting exists where there is "a consistent relationship between [the] race of the voter and the way in which the voter votes . . . black voters and white voters vote differently."[4]

9.  Although subsequent discussions in federal cases and the political science literature have not added much more clarity to the discussion,[5] the two basic operational definitions that are used track Grofman's comments quoted in *Gingles*.  One simply asks whether a majority of one group votes differently from a majority of another – for example, it would find racially polarized voting

---

[2]*Thornburg v. Gingles*, at 2769-70.

[3]*Thornburg v. Gingles*, at 2770.

[4]*Thornburg v Gingles*, at 2768, n. 21.

[5]See, e.g., J. Gerald Hebert, Donald B. Verrilli, Jr., Paul M. Smith, and Sam Hirsh, *The Realists' Guide to Redistricting: Avoiding the Legal Pitfalls* (Chicago: American Bar Assn., 2000), 41-44; Bernard Grofman, Lisa Handley, and Richard G. Niemi, *Minority Representation and the Quest for Voting Equality* (New York: Cambridge University Press, 1992), 82-108.

3

if 51 percent or more of Latinos voted for Leticia Perez for Supervisor of District 5 in 2012, while 49 percent or fewer non-Latinos did.  The second asks whether the relationship between ethnicity and voting is statistically significant at conventional levels.  In the second definition, elections could be said to be racially polarized even if majorities of both groups – or minorities of both groups – voted for the same candidate or proposition, so long as there were a statistically significant difference between their voting patterns.  Depending on the number of precincts, there might, for instance, be a statistically significant difference between non-Latino and Latino voting if, as in the 2006 Kern County race for sheriff, slightly less than a majority of  Latino voters are estimated to have voted for **XXX** Garza, if only a very small percentage of non-Latinos backed him.  It has always seemed to me that both definitions contribute to the general assessment of racial polarization in a jurisdiction, and I have found no convincing argument or legal authority for choosing between them.

# IV.  Statistical Methods for Assessing Racially Polarized Voting

10.  Although political scientists began as early as the 1930s to use regression analysis to study elections, and although statistical methods have been used since the 1970s to estimate the degree of ethnically polarized voting in federal voting rights cases, the techniques are less familiar in state litigation.  An intuitive explanation of the three different statistical methods used in this report may assist judges and others in weighing the evidence.  It is not necessary to understand all of the mathematics behind these methods to grasp their essential natures.  Visual aids will guide intuitions.

## A.  The Aggregation or "Ecological Inference" Problem

11.  Social scientists would often like to know how individuals with certain characteristics (race, class, gender, etc.) voted in particular elections, or whether they turned out at all.  But in the pre-survey era and in most elections below the presidential level even more recently, we have no direct evidence about individual voting choices.  Instead, we often have election returns in which individuals have been grouped into precincts, townships, counties, etc.  We may also have information, for example, from censuses, on the socioeconomic traits of these precincts, townships, and/or counties.

12.  If voters or potential voters were perfectly segregated in these aggregate or "ecological" units (e.g., precincts) on the basis of the trait we were particularly interested in (e.g., ethnicity), then it would be simple to determine how individuals voted.  For instance, we could just look at all of the 100 percent Latino precincts and determine how every Latino voted, because we would know that only Latinos lived in those precincts, and that no Latinos lived elsewhere.  Fortunately for society, but unfortunately for social scientists, living patterns are more mixed, and inference is more difficult.

13.  The precinct-level data that we are presented with unually shows some, but not perfect ethnic segregation.  In some precincts in Kern County, the percentage Latino of those who turned

out to vote was under 10%, in 90 precincts in the 2006 Democratic primary, Latinos made up a majority of the voters, and in 27, Latinos comprised 75% or more of the voters.  There were no 100 percent Latino precincts among the 513 in 2006 in Kern County.  Generally speaking, the greater the range of ethnically different precincts and the larger the proportion of an ethnic group in a community, the more solid the inferences about that group's voting behavior.  Although segregation may be bad for society, it is good for statistical estimates, and Kern County contains a large number of rather segregated precincts.

## B.  Ecological Regression

14.  How do we estimate individual voting behavior if we have only precinct-level data?  In 1959, statistician Leo Goodman introduced what he called "ecological regression," and that has been the dominant method used since then by historians and political scientists.[6]  It was in effect endorsed by Justice William Brennan in the leading federal Voting Rights Act case on racially polarized voting, *Thornburg v. Gingles* (1986), since that is what Prof. Bernard Grofman, the principal expert witness in the case, used to estimate racial polarization.[7]

15.  The easiest way to comprehend ecological regression (which I will hereafter refer to as "ER") is to consider some graphs.  Figure 1 plots the percentages in each Kern County precinct for the votes for Esquivias for Assessor in 2014, against the percentage of the voters who turned out to vote or mailed in ballots in the 2014 primary in each precinct who had Spanish surnames (whom I will hereafter refer to as "Latinos" for convenience).[8]  It shows that as the percentage of

---

[6]Leo A. Goodman, "Some Alternatives to Ecological Correlation," *American Journal of Sociology* 64 (1959), 610-24.  For the first extensive article on the subject in a historical journal, see my  "Ecological Regression and the Analysis of Past Politics," *The Journal of Interdisciplinary History* 4: 237-62 (1973).

[7]106 S.Ct. 2752, 2767-73.  Justice Brennan explicitly rejected an effort to use multiple regression to "control for" other traits of individuals or candidates in estimating the degree of racial polarization.  Defendant North Carolina and the U.S. Department of Justice in an *amicus* brief had suggested that if one controlled for such variables as party or which candidates were incumbents, the effect of race on candidate choice might be reduced or eliminated statistically.  Justice Brennan accepted the plaintiffs' argument that it was the pattern of racial polarization *per se* that mattered, not what motivated black voters to vote differently from white voters.

[8]The list of Spanish surnames, originally compiled by the U.S. Bureau of the Census, has been widely used in California for decades to match against lists of voting registrants and those who turned out at the polls.  During the statewide and local redistricting processes of the 1990s and 2001, for example, the list was considered authoritative by politicians, scholars, and judges alike.  See, for example, my articles on these two redistrictings, which made extensive use of statistics based on the Spanish surname list.  "Reapportionment Wars: Party, Race, and Redistricting in California, 1971-1992," in Bernard Grofman, ed.,  *Race and Redistricting in the 1990's* (New York: Agathon Press, 1998), 134-90; "Has California Gone Colorblind?", in Frederick Douzet, Thad Kousser, and Kenneth P. Miller, eds., *The New Political Geography of California* (Berkeley: Institute of Governmental Studies, 2008), 267-90.

Latinos went up, the percentage for Esquivias went up dramatically, as well.  The straight line (the "regression line") tells us how the "dependent variable" – in this case, the percentage for Esquivias -- changed, on average, as the "independent variable" – in this case, the percentage Latino – changed.  Note that for the elections that I will analyze in this report, the data is reported at a level very close to those who voted in the actual contest.  In many jurisdictions in other parts of the country and in past years almost everywhere, we only have such figures for the independent variables as the voting-age population or citizen-voting-age population that is Latino.  At best, we have the Latino proportion of registered voters.  But for the elections analyzed below, California has collected and preserved information on the names of the actual voters who turned out on election day or mailed in ballots, and by comparing them to lists of Spanish and Asian surnames, we can get very close to the group of people who cast a vote in each contest.  This should lead to more accurate analysis.

16.  ER estimates voting by each ethnic group by asking, in effect, how precincts that were 100 percent Non-Latino or 100 percent Latino would have voted, on average.  At least in this simple model, ER attributes the same propensity to vote for Esquivias to every Latino or every Non-Latino in the jurisdiction.  Graphically, a 100 percent Non-Latino (Non-Hispanic white, black, Asian-American) precinct would fall on the left vertical axis, so ER determines where the regression line intersects that axis – at 6.0 percent in this instance –  and concludes that 6.0 percent of the non-Latinos in Kern County voted for Esquivias for Assessor.  Likewise, ER estimates Latino voting behavior by asking where the regression line would intersect a line drawn vertically above the point on the right of the graph corresponding to a 100 percent Latino precinct.  In this case, the regression line would intersect with that vertical line at 64.4%.

17.  Below this and other graphs, I have placed the "ordinary least squares" or "OLS" regression equation that determines the regression line.  This simplest version of a regression equation takes the form

(1)   $Y = a + b\,X + e$,

where Y is the dependent variable, in this case, the percentage for Prop. 187;

a is the "intercept," the point at which the regression line crosses the Y axis, in this case 6 percent;

b is the slope of the regression line, which in this case is the amount the line differs in two precincts, one of which had no Latinos, and the other of which was all-Latino; as the Latino proportion rose from 0 percent to 100 percent, the regression line rose by 64.4 percent;

X is the independent variable, the percentage Latino of the voters, in this instance;

and e is an error term, an indication that we are somewhat uncertain about our estimate.

18. How uncertain we are may be gauged by the "standard errors" for each coefficient, which are placed in parentheses underneath the respective a and b coefficients in the equations below the graphs in this paper. A coefficient that is twice or more its standard error is considered statistically significant at the conventional 0.05 level of statistical significance, which means that we would only observe a coefficient this different from zero (or any other particular number) five times out of a hundred, if the variables were actually completely unrelated to each other. Here, the coefficients are many times their standard errors, so we can be quite certain that they measure relationships that are different from zero in the population. Standard errors can also give indications about whether two different estimates are approximately equivalent. If one estimate is that 10 percent of a group voted for a particular candidate, and the standard error of that estimate is 2 percent, and another estimate is that 14 percent of the same group voted for that candidate, and the standard error is 3 percent, then the standard errors overlap a high percentage of the time, and the two estimates cannot be safely distinguished. The $R^2$ or percentage of variance in the dependent variable explained by the independent variable tells us how well one variable explains the other – how strongly the two are related and how tightly the points are clustered around the regression line. Here, Latino voting alone explains 75.6 percent of the variation in the percentages for Esquivias in the Kern County precincts – a very high level for social science. This very recent election was quite racially polarized in Kern County.

**Figure 1: Ecological Regression Graph of Racial Polarization
in 2014 Assessor Election**



Estimating Equation:   % for Esquivias =     0.06       + 0.585 (% Latino)
                                              (0.004)        (0.012)

$R^2$   =   0.756

## C.  Weighted Ecological Regression

19.  But the precincts are not all the same size in Kern County.  Weighted regression allows one to count larger precincts more heavily than smaller precincts in calculating the coefficients, and STATA can produce graphs in which each precinct is represented by a circle that is proportional to the number of voters in the precinct, rather than by circles of equal size.  Figure 2is one such graph, a version of the same data as in Figure 1 on the 2014 Assessor's race, but with a slightly different regression equation and circles of different sizes.  Readers will note that the pattern of the points and the coefficients that are estimated are close to those in Figure 1.  This is quite reassuring, because it means that the judgment that the Assessor's contest was a racially polarized election was not merely the product of a particular weighting scheme, one that gave less emphasis to larger precincts than it might have.

## Figure 2: Weighted Ecological Regression Graph of Racial Polarization in 2014 Assessor Election



Estimating Equation:  % for Esquivias =  0.06   +   0.591 (% Latino)
                                         (0.003)       (0.012)

$$R^2 = 0.765$$

## D.  King's Ecological Inference

20.  As I have shown elsewhere, ER is more sophisticated and flexible than it is often considered to be.[9]  Nonetheless, ER has two major deficiencies.  First, it sometimes produces estimates outside the 0-100 percent logical bounds.  Second, it does not make use of all of the available aggregate information.  Gary King, a political scientist at Harvard, sought to overcome these difficulties with his celebrated "ecological inference" or "EI" technique.[10]

21.  The first problem may be illustrated by looking at the relationship between Asian ethnicity and votes for Welling for Supervisor in the 2010 primary.  Only 1.8% of the voters in the 2010 primary had Asian surnames, and there were no precincts in Kern County in which the percentage of Asian-Americans who voted exceeded 10%.  It is almost impossible to estimate how such a small group voted unless they are extremely concentrated.  The way to think of this graphically is to project the regression line out to the point where the Asian percentage of the voters would be 100%.  That would be at -80.8% (.097 - .905), which would imply that negative 81% of Asians voted for Welling, a logically impossible result.  All this really means is that we can't really make an estimate of the behavior of such a small group in this instance.  It also sometimes happens that the relationship between the vote for a candidate and the percentage of a larger ethnic group is so strong that the regression estimate will exceed 100%.  That might be so, for example, in a fairly heavily African-American area in the 2012 presidential election.  That would not indicate fraud, but only that there was some scatter around the regression line that "pulled" the line up above 100%.  Out-of-bounds estimates are most common when the relationship between two variables is very strong and/or when one group whose behavior we are investigating represents a small part of the electorate.

---

[9]Kousser, "Ecological Inference from Goodman to King," *Historical Methods* 34 (2001), 123.

[10]King, *A Solution to the Ecological Inference Problem: Recovering Individual Behavior from Aggregate Data* (Princeton, N.J.: Princeton University Press, 1997).

**Figure 3: An Out-of-Bounds ER Estimate**



Estimating Equation:  % for Welling =    0.097   –   0.905  (% Latino)
                                            (0.012)      (0.450)

$$R^2 \ = \ 0.031$$

22.  The second deficiency of ER is a bit more complicated.  Consider Table  IV-1, which gives the election results and ethnic percentages in a hypothetical Kern County precinct in the racially-charged contest over Prop. 187 in 1994.  The figures on the right-most column tell us that the precinct was 73 percent non-Latino and 27 percent Latino.  Those on the bottom row inform us that the precinct voted against Prop. 187 by a 60-40 margin.  What we are trying to estimate are the P's (for "probabilities") in the cells in the middle of the table, which are subscripted to indicate which row and column they occupy.  $P_{11}$ signifies that the entry is in the first row, first column, $P_{12}$ means first row, second column, and so on.

23.  Note that the values of the columns on the edges of the table set some limits on the P's.  Assuming for the purposes of the example that everyone in the precinct voted, no more than 55

percent (40/73) of the non-Latinos could have voted for Prop. 187 in this precinct, because non-Latinos comprised 73% of the voters, and only 40% of the votes were cast for Prop. 187.  On the other hand, if all of the Latinos voted for Prop. 187, then at least 18 percent of the Non-Latinos must have, as well, because the maximum Latino vote was 27 percent, leaving 13 percent of the pro-187 votes that had to have been cast by non-Latinos.  Since non-Latinos comprised 73 percent of the voters, 18 percent of them (13/73) at a minimum must have favored the proposition.

24.  Figure 4 provides a geometric version of the above algebraic argument.   Observe that the axes are different from those in Figures 1 to 3.  In Figure 4, the horizontal axis depicts the proportion of Non-Latinos who voted for Prop. 187, and the vertical axis reflects the proportion of Latinos who did so.  The line across the square represents the bounds for this precinct calculated above from Table  IV-1.  It shows that the estimate of non-Latino voting for Prop. 187 in this precinct must mathematically range from 18 percent to 55 percent (and conversely, that the percentage of non-Latino who voted against the proposition had to be between 45 and 82 percent).  Unfortunately, the voting behavior in this precinct puts no constraints on our estimate of Latino voting on the proposition, which could have potentially varied from no support of it to unanimity in favor.

### Table IV-1: The Relationship Between the Vote on Prop. 187 and Ethnicity in a Hypothetical Precinct

|  | Vote on Prop. 187 | |  |
|---|---|---|---|
|  | **For** | **Against** |  |
| **Ethnicity** |  |  |  |
| **non-Latino** | $P_{11}$ | $P_{12}$ | $X_1 = 0.73$ |
| **Latino** | $P_{21}$ | $P_{22}$ | $X_2 = 0.27$ |
|  | $Y_1 = 0.40$ | $Y_2 = 0.60$ |  |

25.  More generally, such bounds are most informative when a group comprises a large proportion of a particular precinct.  If every precinct were composed of close to 50 percent of each of two groups (as is the case for the gender variable), the bounds would tell us almost nothing, for the line in Figure 4 would go from the northwest to the southeast corner or close to it, indicating that each group's minimum vote for a measure or candidate could have been close to zero, and its maximum, close to 100 percent.

**Figure 6: A "Bounds Plot" for the Data in Table IV-1**



26.  King's technique of ecological inference or "EI" makes use of the fact that precinct totals usually put some limits on possible voting behavior, as well as of the increased power and speed of current computers.  To avoid the technicalities: what EI does is first to run something like an ER, and then, using that information, estimate where on "bounds lines" like that in Figure 6 a point is most likely to lie.  It calculates the estimate by generating, through computer simulation, a "normal" or bell-shaped curve in a third dimension on top of each bounds line.  Unlike a usual bell curve, however, this one is forced to stop at the edges of a square like that in Figure 6.  The values of the points generated in the simulation (usually of 100 points per bounds line) are then averaged, giving us the most likely point on the line – for example, the most likely combination of Latinos and Non-Latinos who favored Prop. 187 –  for that precinct.   The bell curve need not have its apogee at the center of the line; indeed, it will usually be skewed toward one end or the other.  Every precinct will have its corresponding bounds line and its corresponding estimate of what are referred to in Table IV-1 as $P_{11}$ and $P_{21}$, the proportions of non-Latinos and Latinos, respectively, who favored Prop. 187.   EI then multiplies the estimate for each precinct by the population of the precinct and averages these to get a jurisdiction-wide estimate.

27.  In brief, the chief advantages of EI over ER for estimating racially polarized voting are that it makes use of the information in the precinct bounds, which ER ignores, and that it has interesting diagnostic tests (which will not be presented or discussed in this paper).  EI is guaranteed to produce estimates that are within the 0-100 percent logical bounds.  Since King introduced it in 1997, techniques have been introduced that allow estimates to be made for more than two independent or dependent variables.  In this report, the technique used is drawn from the Zelig software package, the model is termed Multinomial Dirichlet.  This second draft of my report is late largely because the part of Zelig that produces EI and Multinomial Dirichlet results was in a testing mode when I used it.  It required numerous email exchanges with the chief programmer on the Zelig project to produce some workarounds, and I found solutions to the software problems and some discrepancies in the original data only after the due date.  Fortunately, the results for all three techniques – unweighted and weighted regression and EI-type models – were substantively quite similar.  It is comforting to find that the conclusions of this report are not at all model dependant.

14

# V.  Analysis of Supervisor Elections

28.  Since new supervisorial districts would be in different areas than most of the current districts, it is necessary to examine an array of elections at different levels in order to provide a broad picture of the behavior of Kern County voters who might be in one of the redrawn districts.  As a consequence, I will examine a large number of elections at different the local and state levels.  In an effort to disentangle the effects of race from those of partisanship to the greatest extent possible, I have excluded strictly partisan elections, but I have sought to include all non-partisan or intra-partisan elections since 2004 in which a Spanish-surnamed candidate appeared on the ticket in Kern County.[11]

29.  There were five supervisors' races from 2004 to the present that involved Spanish-surnamed candidates:  one in 2004 (district 4), both a primary and a runoff in 2010 in district 2, and two in 2012 (districts 1 and 5).  The 2004 election in district 4 was a typical racially polarized election, and it will serve to illustrate how to read the tables in the rest of the report.  Joel Moreno, a Latino, received over 80% of estimated Latino votes, but only 13% of Non-Hispanic white and black votes by all three methods of estimation.  In general, the tables throughout this report show that the results of estimation by different methods do not differ much for the two main groups.  The difference in the support Moreno received from Latinos, on the one hand, and non-Hispanic whites and blacks, on the other, was quite statistically significant.  Add the two standard errors $(3.6 + 0.8 = 4.4)$, double the result (8.8), and compare it to the difference in the support Moreno received from the two groups $(81.3 - 13.0 = 68.3)$, which is much greater than 8.8.[12]  But since Latinos in 2004 made up fewer than 10% of the voters, Raymond Watson easily won the election, getting four times the number of overall votes that Moreno did.  (See Table V-1.)

30.  Note that it is impossible, given the data, to distinguish non-Hispanic white voting behavior from that of the relatively small number of African-Americans.  We simply don't have registration data that separates blacks from whites, and whites and blacks share surnames.  Fortunately, the non-Hispanic white population is much larger than the black population in Kern County – 39.6% to 5.6% in 2014, for example, so what the corresponding columns measure is primarily non-Hispanic white voting behavior.

31.  Note also the extremely high standard errors for the tiny Asian-American population.  The estimate is that Watson won the Asian-American vote overwhelmingly, but that estimate is so uncertain that one cannot really say for sure whether he did or not.  In most of the elections to be

---

[11] I have excluded a 2014 Republican race for the State Assembly that featured a minor Spanish-surnamed candidate because Latinos comprised only 4% of the voters in that contest – too few to estimate their voting behavior with any confidence.

[12] In the arithmetic calculations, I used Table V-1-A, the unweighted regression results. Similar results hold for the B and C portions of Table V-1.

analyzed here, the standard errors for the small Asian-American population are so high that it is not worth paying much attention to the numbers, which are sometimes outside the logical $0-1$ bounds, in any case, for the regression results. As explained above, the EI results are constrained to be between 0 and 1. The Asian surname list also probably does not set off the Asian population as well as the Spanish surname list singles out Latinos. (There are fewer non-Latino Garcias than there are non-Asian Lees, for instance.) I include the Asian-American results in each table for which data on Asian surnames was available for reasons of completeness, since the Asian-American percentages were used in calculating the coefficients for all of the equations. To leave Asian percentages out of the calculations would bias the coefficients for Latinos and for white and black non-Hispanics unless Asian voting behavior was the same as that for the other non-Latino groups. But I spotlight the most important figures in each table by shading them.

32. The race for supervisor, District 2, in 2010 was an anomaly in Kern County. The only Spanish-surnamed candidate, Steve Perez, polled better among Anglos than among Latinos in both the primary and the general election, although the differences between the two candidates in the runoff election were not statistically significant. By contrast, the eventual winner, Zach Scrivner, ran better in the primary among Latinos than among Anglos, as did fifth-place-finisher Bernita Jenkins, and the difference in their votes among Latinos and Anglos was statistically significant. On the other hand, Mary Beth Garrison, who finished a close third in the primary, followed the more typical pattern, gaining few Latino votes and a larger proportion of Anglo votes than any of the other candidates, with the possible exception of Perez. In the extremely close runoff election, Perez and Scrivner split both Latinos and Anglos fairly evenly, and the standard errors on the Asian-American votes are so large as to make it impossible to be sure how that vote split. This was not a racially polarized election, but the numbers by themselves do not explain why. (See Tables V-2 and V-3.)

33. By 2012, the proportion of Latino voters in District 1 was 14.3, and one Latino candidate, Sean Ramirez, garnered two-thirds of the Latino vote, even in an 8-person contest. But since he got only 1-2% of the non-Hispanic white and black vote, finishing last among Anglo voters, he had no chance to make the runoff, and he finished fifth overall. His vote was very racially polarized, as was the vote of a minor Latino candidate, H. Carter Escudero, who finished seventh among Anglo voters. Just as polarized was the runaway leader in the election, Mick Gleason, who got almost no support among Latinos, but pulled in more than a third of Anglo voters. His vote was racially polarized between Latinos and Anglos, as were the votes of Daures Stephens, Marshall Holloway, Deborah Hess, and Dave Freeland. The only Anglo candidate whose vote was not racially polarized was Roy Ashburn, and his vote qualified as polarized in the weighted regression results. If this election was representative, the degree of racial polarization had certainly not dwindled by 2012. (See Table V-4.)

34. And indeed, the race for supervisor, District 5 in 2012 was in some respects even more polarized. In this district, where over 40% of those who turned out to vote were Latino, Letitia Perez received an overwhelming majority of Latino votes, but only about a third of the votes of non-Hispanic whites and blacks, while the leading non-Hispanic candidate, Karen Goh, received a majority of the non-Hispanic whites and African-Americans, but almost no Latino votes.

16

There was a statistically significant difference between the percent of Latinos and non-Hispanic whites and blacks voting for all three of the candidates in this race. (See Table V-5.)

# Table V-1:  Supervisor, 4th District, 2004
## A. Calculated by Unweighted Least-Squares

| Candidates | | % For Each Candidate | | |
| --- | --- | --- | --- | --- |
| | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
| Raymond A. Watson | 18.7 (3.6) | 67.3 (34.3) | 87.0 (0.8) | 80.1 |
| Joel Moreno, Latino | 81.3 (3.6) | 32.7 (34.3) | 13.0 (0.8) | 19.9 |
| % of total voters | 9.7 | 1.4 | 88.9 | |

*precincts with less than 15 total votes excluded, N = 102

## B.  Calculated by Weighted Least-Squares

| Candidates | | % For Each Candidate | | |
| --- | --- | --- | --- | --- |
| | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
| Raymond A. Watson | 16.3 (3.8) | 99.0 (30.1) | 86.8 (0.7) | 80.1 |
| Joel Moreno, Latino | 83.7 (3.8) | 1.0 (30.1) | 13.2 (0.7) | 19.9 |
| % of total voters | 9.7 | 1.4 | 88.9 | |

*weighted by total votes in Supervisor contest, precincts with less than 15 total votes excluded.
N = 102

## C.  Calculated by Ecological Inference

| Candidates | | % For Each Candidate | | |
| --- | --- | --- | --- | --- |
| | Latino | Asian | Non-Hispanic White& Black | Actual Total Percentages |
| Raymond A. Watson | 17.8 (5.1) | 60.8 (7.4) | 87.2 (0.6) | 80.1 |
| Joel Moreno, Latino | 82.2 (5.3) | 39.2 (6.9) | 12.8 (0.6) | 19.9 |
| % of total voters | 9.7 | 1.4 | 88.9 | |

• Precincts with less than 15 total votes excluded.  N = 102

18

## Table V-2:  2010 Supervisor, District 2 Primary
### A. By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Stanley A. Beckham | 5.9 (2.2) | -2.7 (10.4) | 5.1 (0.4) | 5.2 |
| Zach Scrivner | 58.0 (8.5) | 146.3 (40.3) | 21.8 (1.6) | 28.0 |
| James Welling | -16.7 (7.4) | -2.3 (34.7) | 12.4 (1.4) | 6.9 |
| Steve A. Perez, Latino | 7.2 (7.3) | 13.7 (34.2) | 29.6 (1.4) | 26.8 |
| Bernita M. Jenkins | 43.5 (4.2) | 1.9 (20.0) | 2.6 (0.8) | 7.2 |
| Mary Beth Garrison | 2.1 (7.5) | -56.9 (35.4) | 28.6 (1.4) | 25.9 |
| % of total voters | 11.7 | 1.8 | 86.5 | |

Precincts with less than 15 votes in Supervisor race excluded, N = 150

### B. By Weighted Regression*

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Stanley A. Beckham | 6.9 (2.4) | -10.1 (11.3) | 5.3 (0.4) | 5.2 |
| Zach Scrivner | 70.5 (0.8) | 155.8 (45.9) | 19.5 (1.4) | 28.0 |
| James Welling | -7.4 (8.0) | -10.8 (37.7) | 9.3 (1.2) | 6.9 |
| Steve A. Perez, Latino | 9.3 (8.8) | -3.3 (41.2) | 29.8 (1.3) | 26.8 |
| Bernita M. Jenkins | 41.6 (4.0) | 27.5 (18.8) | 2.0 (0.6) | 7.2 |
| Mary Beth Garrison | -20.8 (10.1) | -59.1 (47.2) | 34.1 (1.5) | 25.9 |
| % of total voters | 11.7 | 1.8 | 86.5 | |

*weighted by total votes in Supervisor contest, precincts with less than 15 total votes excluded, N= 150

## C. By EI

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Stanley A. Beckham | 5.7 (1.0) | 9.6 (1.5) | 5.0 (14.2) | 5.2 |
| Zach Scrivner | 43.1 (2.9) | 29.4 (4.2) | 25.8 (0.3) | 28.0 |
| James Welling | 3.2 (0.6) | 9.5 (1.8) | 7.4 (0.1) | 6.9 |
| Steve A. Perez, Latino | 11.8 (1.8) | 23.0 (3.8) | 29.0 (0.3) | 26.8 |
| Bernita M. Jenkins | 31.0 (1.5) | 13.7 (3.8) | 3.8 (0.2) | 7.2 |
| Mary Beth Garrison | 5.3 (1.0) | 14.7 (2.4) | 29.0 (0.2) | 25.9 |
| % of total voters | 11.7 | 1.8 | 86.5 | |

Precincts with less than 15 votes in Supervisor race excluded, N = 150

# Table V-3:  2010 Supervisor, District 2 Runoff*
## A.  By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Steve A. Perez, Latino | 52.3 (5.3) | 2.9 (35.4) | 51.0 (1.4) | 49.7 |
| Zach Scriver | 47.7 (5.3) | 97.1 (35.4) | 49.0 (1.4) | 50.3 |
| % of total voters | 17.8 | 2.1 | 80.1 | |

Precincts with fewer than 15 votes in Supervisor race excluded.  N = 160

## B. By Weighted Regression*

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Steve A. Perez, Latino | 49.3 (5.1) | 27.0 (33.4) | 50.4 (1.1) | 49.7 |
| Zach Scriver | 50.7 (5.1) | 73.0 (33.4) | 49.6 (1.1) | 50.3 |
| % of total voters | 17.8 | 2.1 | 80.1 | |

*Weighted by total votes in Supervisor contest. Precincts with fewer than 15 votes in Supervisor race excluded.  N = 160

## C. By EI

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Steve A. Perez, Latino | 38.3 (5.9) | 46.7 (3.8) | 52.3 (1.3) | 49.7 |
| Zach Scriver | 61.7 (5.8) | 53.3 (4.2) | 47.7 (1.3) | 50.3 |
| % of total voters | 17.8 | 2.1 | 80.1 | |

Precincts with fewer than 15 votes in Supervisor race excluded.  N = 160

21

## Table V-4:  2012 Supervisor Primary, District 1
### A.  By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Roy Ashburn | 22.1 (2.4) | 22.8 (14.7) | 16.0 (0.8) | 16.7 |
| Mick Gleason | -0.4 (5.3) | 47.3 (32.8) | 34.4 (1.7) | 30.6 |
| Sean Ramirez, Latino | 66.7 (1.8) | 32.5 (11.0) | 1.3 (0.6) | 11.2 |
| Daures Stephens | -3.5 (2.3) | 11.9 (14.1) | 17.4 (0.7) | 13.8 |
| Marshall Holloway | -0.7 (1.7) | 10.5 (10.4) | 9.2 (0.5) | 7.8 |
| Deborah Hess | 0.7 (1.1) | 4.7 (6.7) | 4.4 (0.3) | 4.0 |
| H. Carter Escudero, Latino | 12.6 (1.2) | -6.8 (7.7) | 3.6 (0.4) | 4.5 |
| Dave Freeland | 2.7 (3.9) | -23.1 (24.3) | 13.7 (1.3) | 11.3 |
| % of total voters | 14.3 | 2.2 | 83.6 | |

Precincts with total votes for Supervisor <15 excluded.  N = 130

### B.  By Weighted Regression*

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Roy Ashburn | 24.7 (3.2) | 6.3 (19.7) | 15.6 (0.1) | 16.7 |
| Mick Gleason | -7.3 (8.5) | 94.1 (52.4) | 35.4 (1.8) | 30.6 |
| Sean Ramirez, Latino | 66.5 (1.8) | 39.3 (11.2) | 1.1 (0.4) | 11.2 |
| Daures Stephens | -2.1 (3.2) | 5.9 (19.5) | 16.8 (0.1) | 13.8 |
| Marshall Holloway | -2.5 (2.5) | 20.9 (15.3) | 9.2 (0.5) | 7.8 |
| Deborah Hess | 0.8(1.6) | 2.0 (10.0) | 4.6 (0.3) | 4.0 |
| H. Carter Escudero, Latino | 13.9 (1.4) | -14.1 (9.0) | 3.3 (0.3) | 4.5 |
| Dave Freeland | 6.0 (6.3) | -54.3 (38.6) | 13.9 (1.3) | 11.3 |
| % of total voters | 14.3 | 2.2 | 83.6 | |

Precincts with total votes for Supervisor <15 excluded.  N = 130
*weighted by total votes in Supervisor contest

## C. By EI

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Roy Ashburn | 16.7 (1.4) | 31.8 (2.9) | 16.2 (0.2) | 16.7 |
| Mick Gleason | 3.3 (0.7) | 13.1 (2.2) | 35.9 (0.2) | 30.6 |
| Sean Ramirez, Latino | 63.1 (0.9) | 22.5 (2.2) | 2.0 (0.1) | 11.2 |
| Daures Stephens | 1.7 (0.3) | 7.1 (1.3) | 16.2 (0.1) | 13.8 |
| Marshall Holloway | 1.9 (0.6) | 6.5 (1.7) | 8.8 (0.1) | 7.8 |
| Deborah Hess | 1.4 (0.3) | 4.0 (0.9) | 4.5 (0.1) | 4.0 |
| H. Carter Escudero, Latino | 10.3 (0.8) | 10.1 (2.9) | 3.3 (0.1) | 4.5 |
| Dave Freeland | 1.6 (0.3) | 4.9 (1.2) | 13.1 (0.1) | 11.3 |
| % of total voters | 14.3 | 2.2 | 83.6 | |

Precincts with total votes for Supervisor <15 excluded.  N = 130

## Table V-5:  2012 Supervisor, District 5
### A.  By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Karen Goh | 3.9 (2.7) | 85.5 (42.2) | 57.6 (2.0) | 36.3 |
| Tim Tarver | 14.2 (2.1) | 4.7 (32.9) | 10.4 (1.6) | 11.1 |
| Leticia Perez, Latino | 81.9 (2.8) | 0.8 (45.2) | 31.9 (2.2) | 52.6 |
| % of total voters | 41.1 | 1.8 | 57.0 | |

Precincts with total votes for Supervisor <15 excluded.  N = 105

### B.  By Weighted Regression*

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Karen Goh | 0.6 (2.7) | 93.3 (48.8) | 60.6 (2.0) | 36.3 |
| Tim Tarver | 17.0 (2.1) | -28.6 (37.47) | 8.0 (1.5) | 11.1 |
| Leticia Perez, Latino | 82.4 (2.9) | 35.3 (53.0) | 31.4 (2.1) | 52.6 |
| % of total voters | 41.1 | 1.8 | 57.0 | |

*Weighted by total votes in Supervisor contest; precincts with total votes for Supervisor <15 excluded.  N = 105

### C.  By EI

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Karen Goh | 7.0 (1.2) | 34.4 (6.7) | 57.7 (0.9) | 36.3 |
| Tim Tarver | 17.1 (1.1) | 22.4 (4.7) | 6.3 (0.8) | 11.1 |
| Leticia Perez, Latino | 75.9 (2.1) | 43.3 (5.4) | 36.0 (1.5) | 52.6 |
| % of total voters | 41.1 | 1.8 | 57.0 | |

Precincts with total votes for Supervisor <15 excluded.  N = 105

24

# VI.  Analysis of Other Local Elections

35.  There were four quite diverse local elections during the period that did not involve the Board of Supervisors, and their very diversity gives a better sense of how polarized Kern County politics has been and continues to be:  a race for sheriff in 2010 and a runoff for the Board of education in the same year, a 2012 contest for a seat on the Kern County Community College Board, and a county-wide contest for Assessor in 2014.  All were racially polarized.

36.  Let us begin with the race for sheriff in 2006.  (See Table VI-1.) In that 7-person contest, one candidate, Chevy Garza, ran well ahead of any of the others among Latinos, garnering nearly half of their votes.  Garza's vote was quite racially polarized between Latinos and Anglos, as was the vote of another Spanish-surnamed candidate, J.R. Rodriguez, who polled only a few Anglo votes, but finished second or a close third among Latinos.  The votes of the four non-Latino candidates, Mack Wimbish, Donny Youngblood, Larry Studer, and Mike Lage, came primarily from Anglo voters, and the differences in the votes each of them received from Latinos, on the one hand, and non-Hispanic blacks and white, on the other, differed by a statistically significant amount.   Interestingly, the third Spanish-surnamed candidate, Steve Perez, ran significantly more strongly among Anglo than among Latino voters, as he did in the 2010 race for supervisor.  Again, the pattern of votes for Perez is difficult to explain.  It does not fit the pattern of other elections in the county or even for six other candidates in this election.

37.  The runoff contest for the Board of Education in 2010 was more predictable.  (See Table VI-2.)  The Spanish-surnamed candidate, Marco Flores, won about 80% of the Latino votes, but less than 20% of those of Anglos and African-Americans, in this two-person race.  As a result, he lost the election by fifty percentage points.  Two years later, Flores lost a contest for District 4 of the Kern County Community College Board, finishing third of three candidates.  (See Table VI-3).  Although Flores essentially tied the overall frontrunner, Reuben Hill, among Latinos, he received only 8-15% of the Anglo votes.  Even in a contest in which Latinos made up 39.4% of the voters, Flores had no chance because Anglos would not vote for him.  His support, like that of Rose Marie Bans, was racially polarized, Bans's because she received disproportionately heavy support from Anglos and little from Latinos.

38.  The final local election, the 2014 Assessor's race, had many more precincts (707 across the county had 15 or more votes) and was completely polarized racially.  Lupe Esquivias received about two-thirds of the Latino vote, but less than one Anglo vote out of ten.  By contrast, Russell Johnson and Jon Lifquist split the other nine-tenths of the Anglo vote, but each attracted less than a quarter of Latino voters.  The voting patterns for all three candidates by ethnic group were statistically significantly different.  This election yields convincing evidence that racial polarization continues in Kern County elections.

# Table VI-1:  2006 Sheriff*
## A.  By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Mike Lage | 0.9 (0.6) | 7.3 (4.4) | 2.9 (0.2) | 2.5 |
| J.R. Rodriguez, Latino | 19.1 (0.7) | 12.4 (5.3) | 2.1 (0.2) | 4.7 |
| Chevy Garza, Latino | 46.3 (1.4) | 16.8 (10.3) | 11.0 (0.4) | 16.2 |
| Steve A. Perez, Latino | 7.8 (0.2) | 30.0 (16.6) | 20.3 (0.7) | 18.8 |
| Donny Youngblood | 3.5 (1.6) | 10.3 (12.1) | 29.0 (0.5) | 25.3 |
| Larry Studer | 1.8 (0.6) | 0.5 (4.7) | 6.0 (0.2) | 5.5 |
| Mack Wimbish | 20.5 (1.7) | 22.8 (12.9) | 28.7 (0.6) | 27.0 |
| % of total voters | 14.5 | 1.8 | 83.7 | |

Precincts in which fewer than 15 people voted for Sheriff excluded, N=484

## B. By Weighted Regression*

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Mike Lage | 0.4 (0.7) | 5.4 (5.0) | 2.8 (0.2) | 2.5 |
| J.R. Rodriguez, Latino | 17.9 (0.6) | 19.3 (4.5) | 2.1 (0.1) | 4.7 |
| Chevy Garza, Latino | 48.2 (1.5) | 14.7 (10.6) | 10.6 (0.3) | 16.2 |
| Steve A. Perez, Latino | 4.5 (2.8) | 31.2 (20.3) | 21.0 (0.6) | 18.8 |
| Donny Youngblood | 4.9 (2.0) | 8.9 (14.6) | 29.2 (0.5) | 25.3 |
| Larry Studer | 1.4 (0.7) | 3.9 (0.5) | 6.3 (0.2) | 5.5 |
| Mack Wimbish | 22.6 (1.8) | 16.9 (13.0) | 27.9 (0.4) | 27.0 |
| % of total voters | 14.5 | 1.8 | 83.7 | |

*weighted by total votes in Sheriff contest, precincts with less than 15 total votes excluded.  N = 484.

26

## C. By EI

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Mike Lage | 1.2 (0.4) | 4.3 (0.7) | 2.7 (0.7) | 2.5 |
| J.R. Rodriguez, Latino | 24.0 (2.2) | 9.7 (2.5) | 1.2 (0.4) | 4.7 |
| Chevy Garza, Latino | 40.6 (1.2) | 24.6 (3.0) | 11.8 (0.2) | 16.2 |
| Steve A. Perez, Latino | 5.0 (0.9) | 12.5 (1.6) | 21.3 (0.2) | 18.8 |
| Donny Youngblood | 3.4 (0.5) | 11.5 (1.6) | 29.4 (0.1) | 25.3 |
| Larry Studer | 2.0 (0.7) | 6.9 (1.6) | 6.1 (0.2) | 5.5 |
| Mack Wimbish | 23.8 (1.3) | 30.4 (2.5) | 27.4 (0.2) | 27.0 |
| % of total voters | 14.5 | 1.8 | 83.7 | |

Precincts in which fewer than 15 people voted for Sheriff excluded, N=484

# Table VI-2:  2010 Board of Education Runoff
## A. By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Ronald Froehlich | 20.0 (4.6) | 141.0 (33.7) | 80.9 (1.2) | 75.3 |
| Marco Flores, Latino | 80.0 (4.6) | -41.0 (33.7) | 19.1 (1.2) | 24.7 |
| % of total voters | 13.1 | 2.2 | 84.7 | |

Precincts with fewer than 15 votes in Board of Education race excluded.  N = 131

## B. By Weighted Regression*

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Ronald Froehlich | 20.5 (4.1) | 133.9 (24.9) | 82.6 (1.0) | 75.3 |
| Marco Flores, Latino | 79.5 (4.1) | -33.9 (24.9) | 17.4 (1.0) | 24.7 |
| % of total voters | 13.1 | 2.2 | 84.7 | |

*Weighted by total votes in Supervisor contest.  Precincts with fewer than 15 votes in Board of Education race excluded.  N = 140

## C. By EI

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Ronald Froehlich | 19.4 (2.5) | 60.6 (6.2) | 84.6 (0.4) | 75.3 |
| Marco Flores, Latino | 80.6 (2.5) | 39.4 (6.2) | 15.4 (0.4) | 24.7 |
| % of total voters | 13.1 | 2.2 | 84.7 | |

Precincts with fewer than 15 votes in Board of Education race excluded.  N = 131

# Table VI-3:  2012 Kern County Community College Board, District 4

## A.  By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Ruben Hill | 42.5 (2.4) | 87.1 (20.6) | 46.9 (1.6) | 47.8 |
| Marco Flores, Jr., Latino | 41.7 (2.1) | -66.3 (18.0) | 14.6 (1.4) | 21.9 |
| Rose Marie Bans | 15.8 (2.3) | 79.2 (20.0) | 38.5 (1.6) | 30.3 |
| % of total voters | 39.4 | 3.7 | 56.9 | |

Precincts with fewer than 15 votes in Community College contest excluded.  N=90

## B.  By Weighted Regression*

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Ruben Hill | 41.8 (2.1) | 84.7 (18.0) | 49.7 (1.3) | 47.8 |
| Marco Flores, Jr., Latino | 42.1 (1.9) | -73.2 (15.5) | 13.6 (1.2) | 21.9 |
| Rose Marie Bans | 16.1 (2.2) | 88.5 (18.1) | 36.7 (1.4) | 30.3 |
| % of total voters | 39.4 | 3.7 | 56.9 | |

*Weighted by total votes in Community College contest.  Precincts with fewer than 15 votes in Community College contest excluded.  N=90

## C. By EI

| D.  % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | |
| Ruben Hill | 46.3 (1.5) | 34.1 (4.8) | 50.0 (1.1) | 47.8 |
| Marco Flores, Jr., Latino | 40.8 (1.0) | 20.5 (5.1) | 7.9 (0.9) | 21.9 |
| Rose Marie Bans | 12.9 (1.3) | 45.3 (6.8) | 42.2 (1.0) | 30.3 |
| % of total voters | 39.4 | 3.7 | 56.9 | |

Precincts with fewer than 15 votes in Community College contest excluded.  N=90

# Table VI-4:  2014 Assessor

## A.  By Unweighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Russell Johnson | 21.9 (1.3) | 49.5 (8.6) | 43.9 (0.5) | 39.5 |
| Lupe Esquivias, Jr., Latino | 65.3 (1.0) | -2.1 (6.8) | 6.1 (0.4) | 15.9 |
| Jon Lifquist | 12.8 (1.5) | 52.6 (9.7) | 50.0 (0.5) | 44.6 |
| % of total voters | 16.6 | 2.3 | 81.1 | |

Precincts with fewer than 15 votes in Assessor contest excluded.  N=707

## B.  By Weighted Regression

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Russell Johnson | 22.3 (1.4) | 44.0 (8.6) | 43.0 (0.4) | 39.5 |
| Lupe Esquivias, Jr., Latino | 65.7 (1.2) | -2.1 (6.8) | 6.1 (0.3) | 15.9 |
| Jon Lifquist | 12.0 (1.7) | 58.1 (9.8) | 51.0 (0.5) | 44.6 |
| % of total voters | 16.6 | 2.3 | 81.1 | |

*Weighted by total votes in Assessor contest.  Precincts with fewer than 15 votes in Assessor contest excluded.  N=707

## C. By EI

| % For Each Candidate | Percentage By Ethnic Group | | | Actual Total Percentages |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | |
| Russell Johnson | 26.9 (0.8) | 43.8 (2.8) | 41.9 (0.2) | 39.5 |
| Lupe Esquivias, Jr, Latino. | 68.1 (0.8) | 34.4 (1.8) | 4.8 (0.1) | 15.9 |
| Jon Lifquist | 5.0 (0.4) | 21.9 (2.1) | 53.3 (0.1) | 44.6 |
| % of total voters | 16.6 | 2.3 | 81.1 | |

Precincts with fewer than 15 votes in Assessor contest excluded.  N=707

30

# VII.  Kern County Results from Statewide Elections

39.  There were 13 statewide contests from 2004 through 2014 that pitted Spanish-surnamed candidates against candidates of other races and that were either non-partisan (the Superintendent of Public Instruction) or had partisan or top-two primaries.  In 12 of the 13, votes for one or more Spanish-surnamed candidates were polarized in the expected direction in Kern County. (In this report, I only analyze the patterns of elections in Kern County, even if they were held statewide.)  Only the 2010 contest between a very obscure candidate for Superintendent of Public Instruction, Larry Aceves, and a teachers'- union-backed prominent former Democratic legislator, Tom Torlakson, produced no ethnic split in the predicted direction, as Aceves gained statistically significantly higher support from non-Hispanic whites and blacks than he did from Latinos. In some cases, such as the 2010 Attorney General contest, which involved former and future governor Jerry Brown, it is surprising that ethnicity played such a role.  Brown, one would have imagined, was so well-known that he might be expected to draw support in Kern County across the board against a former Los Angeles District Attorney, Rocky Delgadillo.  But ethnicity's pull was too strong even for Jerry Brown.

40.  The 2006 Democratic primary for Lieutenant Governor featured three well-known liberal Bay Area politicians, John Garamendi, Jackie Speier, and Liz Figueroa.  What apparently differentiated them to Kern County voters was Figueroa's Spanish surname.  While Figueroa received about 60% of the Latino votes, she only managed about 10-11% of those of Anglos and African-Americans.  Her vote was racially polarized, as were those of Garamendi and Speier, in the other direction.  (See Table VII-1.)  Even more polarized was the two-woman race for Secretary of State between Debra Bowen and Deborah Ortiz.  Each received about 75% of the votes of her own race and 25% of the other, a highly statistically significant result.  (See Table VII-2)  Also polarized by one definition of polarization was the contemporaneous contest for Insurance Commissioner between the former Assembly Speaker and Lieutenant Governor, Cruz Bustamante, and the much less well-known John Kraft.  Although Bustamante received about 60% of the Anglo vote in this two-man race, he garnered in excess of nine of ten Latino votes. The difference between his support among Latinos and Anglos and blacks was highly statistically significant. (See Table VII-3.)  The fourth statewide contest in the Democratic primary in 2006 that involved a Spanish-surnamed candidate was for Attorney General.  Re-starting his statewide career, Jerry Brown nonetheless ran 20 points behind Rocky Delgadillo among Kern County Latino Democrats. The pattern of their support was quite statistically significant.  (See Table VII-4.)

41.  The 12-person free-for-all for Superintendent of Public Instruction in 2010 was surprising in that it vaulted into prominence and the runoff a former small-town school superintendent, Larry Aceves, but typical in that two Latino candidates received about 65% of the Latino vote between them, but less than 10% of the Anglo vote each.  Gloria Romero was a former Democratic state senator from the Los Angeles area with high name recognition and plenty of ambition.  Lydia Gutierrez was a comparatively obscure Republican.  Romero finished first and Gutierrez, second among Latinos, but won not many more Anglo votes than a cast of obscure characters did.  Their

votes were quite racially polarized.  The votes of 9 of the other 10 candidates were polarized, as well.  In the EI estimate, all 10 were polarized.  (See Table VII-5.)  In the primary, as well as in the runoff, Aceves, a Latino, received significantly more votes from non-Hispanic whites and African-Americans than he did from Latinos.  (See Table VII-6)

42.  In 2010, even the Republican primary for Lt. Governor, which featured a Latino anointed by the Republican party establishment, Abel Maldonado, was polarized or close to it.  Although fewer than one in ten votes in the Republican primary were cast by Latinos, and Maldonado ran far ahead among Anglos, the difference in his Latino and Anglo support levels was statistically significant.  Maldonado's main rival in Kern County, Sam Aanestad, received a significantly higher proportion of his votes from Anglos and blacks than he did from the small Latino Republican contingent. (See Table VII-7.)  In the Democratic primary for Insurance Commissioner in 2010, Dave Jones squared off against Hector De La Torre, a Latino, and the votes for both were quite racially polarized as between Latinos and non-Hispanic whites and blacks.  (See Table VII-8.)   In the simultaneous Democratic primary for Attorney General, the votes of all seven candidates were racially polarized between Latinos, on the one hand, and non-Hispanic whites and African-Americans, on the other.  Three Latino candidates, Alberto Torrico, Pedro Nava, and Rocky Delgadillo, drew disproportionate support from Latinos, while the other four candidates came disproportionately from non-Latino voters.  The statewide and Kern County winner, Kamala Harris, finished in what amounted to a three-way tie for fourth among Latino voters.  (See Table VII-9)

43. Four years later, voters again ran true to form.  In the 8-man contest for the open seat of Secretary of State, Alex Padilla ran away with about two-thirds of the Latino votes, but received less than one Anglo vote in ten.  The votes of three prominent Anglo candidates (Roy Allmond, Pete Peterson, and Dan Schnur) were also polarized.  (See Table VII-10.)  The runoff between Padilla and Peterson in this contest was dramatically polarized, resembling the sort of pattern one finds in elections between white and black candidates in the Deep South.  (See Table VII-11.)  Likewise, in the primary for Controller, former Assembly Speaker John Perez received two-thirds of the Latino votes, but fewer than one-tenth of the Anglo votes.  The pattern of votes for the two most prominent Anglos, Ashley Swearengin and David Evans, were also polarized, as was that of Betty Yee.  (See Table VII-12.)  Finally, in the race for Superintendent of Public Instruction, incumbent Torlakson faced Marshall Tuck, who attracted widespread support from proponents of charter schools and general school reform.  But the still relatively unknown Lydia Gutierrez cornered two-thirds of the Latino vote.  The votes of all three candidates were racially polarized. (See Table VII-13.)

# Table VII-1:  2006 Democratic Primary for Lt. Governor
## A.    By Unweighted Regression

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| John Garamendi | 18.8 (1.5) | 44.3 (0.7) | 38.7 |
| Jackie Speier | 22.2 (1.6) | 43.8 (0.8) | 37.0 |
| Liz Figueroa, Latino | 59.0 (1.3) | 11.9 (0.6) | 24.3 |
| % of total voters | 25.5 | 74.5 | |

Precincts with less than 15 votes for Lt. Gov. excluded. N = 455

## B.    By Weighted Regression*

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| John Garamendi | 18.7 (1.3) | 46.0 (0.6) | 38.7 |
| Jackie Speier | 22.6 (1.4) | 42.4 (0.6) | 37.0 |
| Liz Figueroa, Latino | 58.7 (1.0) | 11.5 (0.5) | 24.3 |
| % of total voters | 25.5 | 74.5 | |

*weighted by total votes in Lieutenant Governor contest, precincts with less than 15 total votes excluded.  N =  455

## C.    By EI

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| John Garamendi | 25.9 (1.9) | 43.4 (0.7) | 38.7 |
| Jackie Speier | 12.2 (3.2) | 46.3 (1.2) | 37.0 |
| Liz Figueroa, Latino | 62.0 (1.4) | 10.3 (0.5) | 24.3 |
| % of total voters | 25.5 | 74.5 | |

Precincts with less than 15 total votes excluded.  N =  455

# Table VII-2:  2006 Democratic Primary for Secretary of State
## A.  By Unweighted Regression

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| Debra Bowen | 24.5 (1.4) | 75.6 (0.7) | 62.4 |
| Deborah V. Ortiz, Latino | 75.5 (1.4) | 23.4 (0.7) | 37.6 |
| % of total voters | 25.5 | 74.5 | |

Precincts with less than 15 voters in Secretary of State contest excluded. N= 451

## B.  By Weighted Least-Squares*

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| Debra Bowen | 24.4 (1.2) | 76.8 (0.5) | 62.4 |
| Deborah V. Ortiz, Latino | 75.6 (1.2) | 23.2 (0.5) | 37.6 |
| % of total voters | 25.5 | 74.5 | |

*Weighted by total votes in Secretary of State contest. Precincts with less than 15 total votes excluded.  N = 451

## C.  By Ecological Inference

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| Debra Bowen | 20.7 (1.4 | 78.3 (0.5) | 62.4 |
| Deborah V. Ortiz, Latino | 79.3 (1.2) | 21.7 (0.5) | 37.6 |
| % of total voters | 25.5 | 74.5 | |

Precincts with less than 15 voters in Secretary of State contest excluded. N= 451

**name**

# Table VII-3:  2006 Democratic Primary for Insurance Commissioner

## A.   By Unweighted Regression

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| Cruz M. Bustamante, Latino | 93.4 (1.5) | 61.0 (0.7) | 69.4 |
| John Kraft | 16.6 (1.5) | 39.0 (0.7) | 30.6 |
| % of total voters | 25.5 | 74.5 | |

Precincts with fewer than 15 voters in Insurance Commissioner contest excluded.  N= 452

## B.  By Weighted Regression*

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| Cruz M. Bustamante, Latino | 93.4 (1.2) | 60.5 (0.5) | 69.4 |
| John Kraft | 16.6 (1.2) | 39.5 (0.5) | 30.6 |
| % of total voters | 25.5 | 74.5 | |

*weighted by total votes in Insurance Commissioner contest, precincts with less than 15 total votes excluded.  N = 452

## C.  By EI

| Candidates | % For Each Candidate | | |
|---|---|---|---|
| | Latino | Non-Latino | Actual Total Percentages |
| Cruz M. Bustamante, Latino | 92.1 (1.3) | 60.9 (0.5) | 69.4 |
| John Kraft | 7.9 (1.2) | 39.1 (0.4) | 30.6 |
| % of total voters | 25.5 | 74.5 | |

Precincts with fewer than 15 voters in Insurance Commissioner contest excluded.  N= 452

## Table VII-4:  2006 Democratic Primary for Attorney-General
### A.  By Unweighted Regression

| Candidates | % For Each Candidate | | |
| --- | --- | --- | --- |
| | Latino | Non-Latino | Actual Total Percentages |
| Rocky Delgadillo, Latino | 60.5 (1.6) | 47.0 (0.7) | 48.8 |
| Jerry Brown | 39.4 (1.6) | 53.0 (0.7) | 51.2 |
| % of total voters | 25.5 | 74.5 | |

Precincts in which fewer than 15 people voted for Attorney-General excluded.  N = 454

### B.  By Weighted Regression*

| Candidates | % For Each Candidate | | |
| --- | --- | --- | --- |
| | Latino | Non-Latino | Actual Total Percentages |
| Rocky Delgadillo, Latino | 60.0 (1.4) | 44.6 (0.6) | 48.8 |
| Jerry Brown | 40.0 (1.4) | 55.4 (0.6) | 51.2 |
| % of total voters | 25.5 | 74.5 | |

Weighted by vote in Attorney-General contest.  Precincts in which fewer than 15 people voted for Attorney-General excluded.  N=454

### C. By EI

| Candidates | % For Each Candidate | | |
| --- | --- | --- | --- |
| | Latino | Non-Latino | Actual Total Percentages |
| Rocky Delgadillo, Latino | 59.4 (2.6) | 44.8 (1.0) | 48.8 |
| Jerry Brown | 40.6 (2.5) | 55.2 (0.9) | 51.2 |
| % of total voters | 25.5 | 74.5 | |

Precincts in which fewer than 15 people voted for Attorney-General excluded.  N = 454

## Table VII-5:  2010 Primary for Superintendent of Public Instruction (Non-partisan)
### A.  Estimated by Unweighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White | Actual Total Percentages |
|---|---|---|---|---|
| Lydia A. Gutierrez, Latino | 24.0 (0.8) | -1.4 (6.2) | 7.5 (0.3) | 9.6 |
| Diane A. Lenning | 6.4 (0.6) | 2.9 (4.7) | 8.5 (0.2) | 8.2 |
| Leonard Martin | 1.6 (0.5) | -3.8 (3.9) | 5.9 (0.2) | 4.8 |
| Grant McMicken | 2.4 (0.6) | 6.4 (4.8) | 9.2 (.2) | 8.0 |
| Zlexia L. Deligianni | 2.0 (0.4) | 11.3 (3.4) | 4.3 (0.1) | 4.1 |
| Faarax Sheikh-Noor | 1.0 (0.2) | 0.5 (1.3) | 0.7 (0.1) | 0.7 |
| Daniel M. Nusbaum | 1.0 (0.4) | 1.8 (3.4) | 5.0 (0.1) | 4.3 |
| Gloria Romero, Latino | 41.0 (0.8) | 24.8 (6.3) | 7.0 (0.3) | 12.3 |
| Karen Blake | 1.0 (0.8) | 2.2 (6.2) | 13.8 (0.3) | 11.6 |
| Henry Williams, Jr. | 4.6 (0.5) | 2.7 (3.6) | 2.8 (0.2) | 2.8 |
| Larry Aceves, Latino | 9.9 (1.1) | 33.3 (8.7) | 25.9 (0.4) | 24.6 |
| Tom Torlakson | 5.0 (0.6) | 19.1 (4.9) | 9.4 (0.2) | 9.0 |
| **Actual Ethnic Percentages** | 13.9 | 1.9 | 84.2 | |

Precincts with fewer than 15 total votes excluded.  N = 589

B.   **Estimated by Weighted Regression\***

| % For Each Candidate | Latino | Asian | Non-Hispanic White | Actual Total Percentages |
|---|---|---|---|---|
| Lydia A. Gutierrez, Latino | 22.1 (0.9) | 4.1 (5.7) | 7.6 (0.2) | 9.6 |
| Diane A. Lenning | 5.7 (0.7) | 7.6 (4.8) | 8.7 (0.2) | 8.2 |
| Leonard Martin | 2.0 (0.6) | -6.5 (3.8) | 5.6 (0.1) | 4.8 |
| Grant McMicken | 2.7 (0.7) | 2.7 (4.6) | 9.1 (0.1) | 8.0 |
| Zlexia L. Deligianni | 2.2 (0.5) | 9.8 (3.4) | 4.3 (0.1) | 4.1 |
| Faarax Sheikh-Noor | 0.9 (0.2) | 0.3 (1.3) | 0.7 (0.0) | 0.7 |
| Daniel M. Nusbaum | 1.4 (0.5) | -1.5 (3.3) | 4.9 (0.1) | 4.3 |
| Gloria Romero, Latino | 41.9 (0.9) | 21.6 (6.0) | 6.9 (0.2) | 12.3 |
| Karen Blake | 0.9 (1.0) | -3.3 (6.6) | 13.8 (0.2) | 11.6 |
| Henry Williams, Jr. | 4.5 (0.5) | 2.2 (3.2) | 2.5 (0.1) | 2.8 |
| Larry Aceves, Latino | 9.3 (1.4) | 42.3 (0.4) | 26.8 (0.3) | 24.6 |
| Tom Torlakson | 6.1 (0.7) | 20.6 (4.8) | 9.2 (0.2) | 9.0 |
| **Actual Ethnic Percentages** | 13.9 | 1.9 | 84.2 | |

\* Weighted by total votes in Republican primary for Lt. Gov.  Precincts with fewer than 15 total votes excluded.  N = 589

## C.    Estimated by EI

| % For Each Candidate | Latino | Asian | Non-Hispanic White | Actual Total Percentages |
|---|---|---|---|---|
| Lydia A. Gutierrez, Latino | 24.2 (1.4) | 19.2 (1.2) | 6.9 (0.2) | 9.6 |
| Diane A. Lenning | 1.9 (0.2) | 5.4 (0.7) | 9.4 (0.0) | 8.2 |
| Leonard Martin | 1.2 (0.9) | 3.7 (0.3) | 5.5 (0.0) | 4.8 |
| Grant McMicken | 1.3 (0.2) | 5.2 (0.6) | 9.2 (0.0) | 8.0 |
| Zlexia L. Deligianni | 1.1 (0.1) | 3.9 (0.6) | 4.6 (0.0) | 4.1 |
| Faarax Sheikh-Noor | 1.2 (0.1) | 3.1 (0.4) | 0.5 (0.0) | 0.7 |
| Daniel M. Nusbaum | 1.3 (0.2) | 3.7 (0.4) | 4.8 (0.0) | 4.3 |
| Gloria Romero, Latino | 45.5 (2.4) | 19.6 (1.5) | 6.5 (0.4) | 12.3 |
| Karen Blake | 1.4 (0.1) | 5.1 (0.4) | 13.5 (0.0) | 11.6 |
| Henry Williams, Jr. | 4.0 (0.6) | 3.9 (0.4) | 2.5 (0.1) | 2.8 |
| Larry Aceves, Latino | 14.5 (0.6) | 21.6 (1.5) | 26.4 (0.1) | 24.6 |
| Tom Torlakson | 2.3 (0.3) | 5.7 (0.6) | 10.2 (0.1) | 9.0 |
| **Actual Ethnic Percentages** | 13.9 | 1.9 | 84.2 | |

Precincts with fewer than 15 total votes excluded.  N = 589

# Table VII-6:  2010 Superintendent of Public Instruction, General Election

## A.      Estimated by Unweighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Larry Aceves, Latino | 66.5 (2.4) | 65.2 (16.7) | 73.8 (0.6) | 59.1 |
| Tom Torlakson | 33.5 (2.4) | 34.8 (16.7) | 26.2 (0.6) | 40.9 |
| **Actual Ethnic Percentages** | 20.1 | 2.2 | 77.7 | |

Precincts with fewer than 15 total votes excluded. N= 535

## B. Estimated by Weighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Larry Aceves, Latino | 63.2 (2.8) | 67.7 (16.2) | 75.0 (0.5) | 59.1 |
| Tom Torlakson | 36.8 (2.8) | 32.3 (16.2) | 25.0 (0.5) | 40.9 |
| **Actual Ethnic Percentages** | 20.1 | 2.2 | 77.7 | |

Precincts with fewer than 15 total votes excluded.  N=535

## C.  Estimated by EI

| % For Each Candidate | Latino | Asian | Non-Hispanic White& Black | Actual Total Percentages |
|---|---|---|---|---|
| Larry Aceves, Latino | 52.7 (2.5) | 59.1 (3.2) | 76.6 (0.3) | 59.1 |
| Tom Torlakson | 47.3 (2.5) | 40.9 (2.6) | 23.4 (0.3) | 40.9 |
| **Actual Ethnic Percentages** | 20.1 | 2.2 | 77.7 | |

Precincts with fewer than 15 total votes excluded.  N=535

# Table VII-7:  2010 Republican Primary for Lt. Governor

## A.      Estimated by Unweighted Regression

| % For Each Candidate | Latino | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|
| Yvonne R. Girard | 9.5 (1.7) | 5.6 (0.2) | 5.5 |
| Abel Maldonado, Latino | 59.6 (4.3) | 41.9 (0.6) | 43.3 |
| Scott L. Levitt | 7.1 (1.8) | 6.1 (0.2) | 6.0 |
| Bert Davis | 4.3 (1.8) | 8.2 (0.2) | 7.7 |
| Sam Aanestad | 8.0 (3.2) | 28.3 (0.4) | 27.8 |
| Dave Harris | 11.6 (2.1) | 9.9 (0.3) | 9.6 |
| **Actual Ethnic Percentages** | 6.6 | 93.4 | |

Precincts with fewer than 15 total votes excluded.  N = 589

## B.      Estimated by Weighted Regression*

| % For Each Candidate | Latino | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|
| Yvonne R. Girard | 8.4 (2.1) | 5.3 (0.2) | 5.5 |
| Abel Maldonado, Latino | 57.8 (5.8) | 42.3 (0.5) | 43.3 |
| Scott L. Levitt | 7.1 (2.4) | 5.9 (0.2) | 6.0 |
| Bert Davis | 8.2 (2.3) | 7.7 (0.2) | 7.7 |
| Sam Aanestad | 7.0 (4.0) | 29.4 (0.4) | 27.8 |
| Dave Harris | 11.5 (2.5) | 9.4 (0.2) | 9.6 |
| **Actual Ethnic Percentages** | 6.6 | 93.4 | |

* Weighted by total votes in Republican primary for Lt. Gov.  Precincts with fewer than 15 total votes excluded.  N = 589

41

## C. Estimated by EI

| % For Each Candidate | Latino | Non-Hispanic White | Actual Total Percentages |
|---|---|---|---|
| Yvonne R. Girard | 6.7 (0.7) | 4.2 (0.9) | 5.5 |
| Abel Maldonado, Latino | 63.1 (1.8) | 41.0 (0.2) | 43.3 |
| Scott L. Levitt | 4.7 (0.6) | 6.0 (0.1) | 6.0 |
| Bert Davis | 4.8 (0.6) | 8.0 (0.1) | 7.7 |
| Sam Aanestad | 7.5 (0.6) | 30.6 (0.1) | 27.8 |
| Dave Harris | 13.2 (1.1) | 9.1 (0.1) | 9.6 |
| **Actual Ethnic Percentages** | 6.6 | 93.4 | |

Precincts with fewer than 15 total votes excluded.  N = 589

# Table VIII-8:  2010 Democratic Primary, Insurance Commissioner
## A.  By Unweighted Regression

| Candidates | | % For Each Candidate | | |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
| Dave Jones | 14.4 (1.9) | 56.7 (14.7) | 66.9 (0.6) | 56.3 |
| Hector De La Torre, Latino | 85.6 (1.9) | 43.3 (14.7) | 33.1 (0.6) | 43.7 |
| % of total voters | 24.4 | | 75.6 | |

*Precincts with fewer than 15 votes for Insurance Commissioner excluded.  N=585

## B. By Weighted Least-Squares*

| Candidates | | % For Each Candidate | | |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
| Dave Jones | 15.4 (1.8) | 71.5 (12.7) | 67.2 (0.6) | 56.3 |
| Hector De La Torre, Latino | 84.6 (1.8) | 28.5 (12.7) | 32.8 (0.6) | 43.7 |
| % of total voters | 24.4 | | 75.6 | |

*Weighted by total votes in Insurance Commissioner contest, precincts with less than 15 total votes excluded.  N = 585

## C. By EI

| D.  Candidates | | % For Each Candidate | | |
|---|---|---|---|---|
| | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
| Dave Jones | 9.2 (1.3) | 47.1 (3.6) | 69.4 (0.4) | 56.3 |
| Hector De La Torre, Latino | 90.8 (1.5) | 52.9 (3.5) | 30.6 (0.4) | 43.7 |
| % of total voters | 24.4 | | 75.6 | |

*Precincts with fewer than 15 votes for Insurance Commissioner excluded.  N=585

# Table VII-9:  2010 Democratic Primary for Attorney General
## A.  By Unweighted Regression

| Candidates | % For Each Candidate | | | |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | **Actual Total Percentages** |
| Alberto Torrico, Latino | 41.4 (1.5) | 4.9 (12.0) | 10.5 (0.5) | 18.0 |
| Pedro Nava, Latino | 30.4 (1.0) | 9.5 (7.5) | 2.6 (0.3) | 8.4 |
| Rocky Delgadillo, Latino | 14.7 (1.2) | -4.5 (9.4) | 8.6 (0.4) | 8.9 |
| Kamala D. Harris | 5.4 (1.7) | 66.8 (13.4) | 22.4 (0.6) | 19.5 |
| Chris Kelly | 6.1 (1.4) | -18.1 (11.1) | 23.6 (0.5) | 18.8 |
| Ted W. Lieu | -4.0 (1.4) | 40.9 (10.7) | 20.3 (0.5) | 16.2 |
| Mike Schmier | 6.0 (1.1) | 0.4 (8.7) | 11.9 (0.4) | 10.2 |
| % of total voters | 24.4 | | 75.6 | |

*Precincts with fewer than 15 votes in Attorney General contest excluded.  N = 583

## B.  By Weighted Regression

| Candidates | % For Each Candidate | | | |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | **Actual Total Percentages** |
| Alberto Torrico, Latino | 43.6 (1.3) | -1.0 (9.5) | 11.0 (0.4) | 18.0 |
| Pedro Nava, Latino | 30.9 (0.9) | 8.6 (6.0) | 2.6 (0.3) | 8.4 |
| Rocky Delgadillo, Latino | 13.5 (1.1) | -1.9 (7.8) | 8.2 (0.3) | 8.9 |
| Kamala D. Harris | 4.7 (1.6) | 60.4 (11.4) | 22.3 (0.5) | 19.5 |
| Chris Kelly | 6.2 (1.3) | -8.4 (9.5) | 23.2 (0.4) | 18.8 |
| Ted W. Lieu | -4.5 (1.3) | 41.6 (9.0) | 21.1 (0.4) | 16.2 |
| Mike Schmier | 5.6 (1.1) | 0.7 (7.5) | 11.8 (0.3) | 10.2 |
| % of total voters | 24.4 | | 75.6 | |

*Weighted by total votes in Attorney General contest, precincts with less than 15 total votes excluded.  N = 583

**C. By EI**

| Candidates | % For Each Candidate | | | |
|---|---|---|---|---|
| | **Latino** | **Asian** | **Non-Hispanic White & Black** | **Actual  Total Percentage** |
| Alberto Torrico, Latino | 40.2 (1.1) | 31.1 (1.9) | 11.0 (0.3) | 18.0 |
| Pedro Nava, Latino | 36.6 (1.5) | 13.0 (1.7) | 1.0 (0.3) | 8.4 |
| Rocky Delgadillo, Latino | 11.9 (0.6) | 15.6 (2.2) | 8.0 (0.2) | 8.9 |
| Kamala D. Harris | 3.5 (0.6) | 14.1 (2.7) | 23.9 (0.2) | 19.5 |
| Chris Kelly | 2.9 (0.2) | 10.2 (0.7) | 23.4 (0.1) | 18.8 |
| Ted W. Lieu | 2.0 (0.3) | 8.7 (0.8) | 20.3 (0.1) | 16.2 |
| Mike Schmier | 2.9 (0.6) | 7.3 (0.7) | 12.3 (0.1) | 10.2 |
| % of total voters | 24.4 | | 75.6 | |

D.   *Precincts with fewer than 15 votes in Attorney General contest excluded.  N = 583

# Table VII-10, 2014 Primary for Secretary of State (Top 2)

## A.    Estimated by Unweighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Jeffrey Drobman | 4.2 (0.4) | 5.2 (2.6) | 2.3 (0.1) | 2.7 |
| Leland Yee | 15.5 (0.8) | 28.1 (5.3) | 6.3 (0.3) | 8.7 |
| Derek Cressman | 5.2 (0.5) | 10.6 (3.4) | 4.2 (0.2) | 4.6 |
| Alex Padilla, Latino | 68.1 (1.1) | 5.2 (7.4) | 8.1 (0.4) | 18.4 |
| Roy Allmond | 2.4 (0.7) | 7.2 (0.5) | 11.8 (0.3) | 9.7 |
| Pete Peterson | 2.6 (1.6) | 43.3 (10.6) | 50.8 (0.6) | 41.5 |
| David Curtis | 2.2 (0.4) | -0.5 (2.4) | 2.5 (0.1) | 2.3 |
| Dan Schnur | -0.3 (0.8) | 0.9 (5.4) | 13.9 (0.3) | 12.2 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

## B.    Estimated by Weighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Jeffrey Drobman | 3.9 (0.4) | 6.7 (2.2) | 2.3 (0.1) | 2.7 |
| Leland Yee | 17.5 (0.8) | 27.1 (5.0) | 6.3 (0.2) | 8.7 |
| Derek Cressman | 5.6 (0.6) | 8.3 (3.3) | 4.2 (0.2) | 4.6 |
| Alex Padilla, Latino | 67.9(1.2) | 11.3 (7.0) | 8.4 (0.3) | 18.4 |

| | | | | |
|---|---|---|---|---|
| Roy Allmond | 2.6 (0.8) | 4.3 (4.5) | 11.3 (0.2) | 9.7 |
| Pete Peterson | 1.6 (1.8) | 40.2 (10.7) | 49.7 (0.5) | 41.5 |
| David Curtis | 2.2 (0.4) | 1.1 (2.3) | 2.3 (0.1) | 2.3 |
| Dan Schnur | -1.3 (0.9) | 1.1 (5.6) | 15.3 (0.3) | 12.2 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

## C.    Estimated by EI

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Jeffrey Drobman | 3.8 (0.4) | 4.5 (1.3) | 2.4 (0.1) | 2.7 |
| Leland Yee | 19.6 (0.9) | 19.8 (1.9) | 6.1 (0.2) | 8.7 |
| Derek Cressman | 7.4 (0.4) | 5.6 (0.8) | 4.0 (0.1) | 4.6 |
| Alex Padilla, Latino | 59.2 (1.0) | 39.0 (1.9) | 9.6 (0.2) | 18.4 |
| Roy Allmond | 1.4 (0.1) | 6.4 (0.6) | 11.4 (0.0) | 9.7 |
| Pete Peterson | 4.0 (0.5) | 13.0 (1.4) | 49.9 (0.1) | 41.5 |
| David Curtis | 2.9 (0.3) | 4.5 (0.5) | 2.1 (0.1) | 2.3 |
| Dan Schnur | 1.7 (0.2) | 7.1 (0.6) | 14.5 (0.0) | 12.2 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

# Table VIII-11, 2014 General Election for Secretary of State

## A.    Estimated by Unweighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White | Actual Total Percentages |
|---|---|---|---|---|
| Alex Padilla, Latino | 91.9 (1.3) | 64.6 (10.4) | 18.0 (0.6) | 35.5 |
| Pete Peterson | 8.1 (1.3) | 35.4 (10.4) | 82.0 (0.6) | 64.5 |
| **Actual Ethnic Percentages** | 22.0 | 2.7 | 75.3 | |

Precincts with fewer than 15 total votes excluded.  N =761

## B.    Estimated by Weighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White | Actual Total Percentages |
|---|---|---|---|---|
| Alex Padilla, Latino | 92.5 (1.3) | 62.6 (9.4) | 18.0 (0.5) | 35.5 |
| Pete Peterson | 7.5 (1.3) | 37.4 (0.4) | 82.0 (0.5) | 64.5 |
| **Actual Ethnic Percentages** | 22.0 | 2.7 | 75.3 | |

Precincts with fewer than 15 total votes excluded.  N = 761

## C.    Estimated by EI

| % For Each Candidate | Latino | Asian | Non-Hispanic White | Actual Total Percentages |
|---|---|---|---|---|
| Alex Padilla, Latino | 90.6 (0.9) | 58.1 (2.0) | 18.8 (0.3) | 35.5 |
| Pete Peterson | 9.4 (0.8) | 41.9 (1.7) | 81.2 (0.3) | 64.5 |
| **Actual Ethnic Percentages** | 22.0 | 2.7 | 75.3 | |

Precincts with fewer than 15 total votes excluded.  N = 761

# Table VII-12:  2014 Primary for Controller (Top 2)

## A.    Estimated by Unweighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Betty Yee | 10.0 (0.7) | 26.4 (4.9) | 7.2 (0.3) | 8.4 |
| John Perez, Latino | 68.4 (1.1) | 14.9 (7.2) | 7.9 (0.4) | 18.1 |
| Tammy Blair | 11.3 (0.6) | -0.1 (4.0) | 3.4 (0.2) | 4.7 |
| David Evans | 4.7 (1.2) | 16.9 (7.6) | 31.3 (0.4) | 26.6 |
| Ashley Swearengin | 1.0 (1.7) | 36.9 (10.8) | 46.5 (0.6) | 38.3 |
| Laura Wells | 4.6 (0.5) | 5.1 (3.0) | 3.7 (0.2) | 3.9 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

## B.    Estimated by Weighted Regression*

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Betty Yee | 11.4 (0.8) | 27.7 (4.7) | 7.3 (0.2) | 8.4 |
| John Perez, Latino | 67.5 (1.1) | 20.1 (6.7) | 8.0 (0.3) | 18.1 |
| Tammy Blair | 12.2 (0.6) | -1.3 (3.8) | 3.3 (0.2) | 4.7 |
| David Evans | 3.8 (1.2) | 16.4 (7.2) | 31.5 (0.3) | 26.6 |
| Ashley Swearengin | 0.5 (1.9) | 34.3 (11.0) | 46.1 (0.5) | 38.3 |
| Laura Wells | 4.7 (0.5) | 2.7 (2.9) | 3.8 (0.1) | 3.9 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

*Weighted by total vote for Controller.  Precincts with fewer than 15 total votes excluded.  N = 711

## C. Estimated by EI

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Betty Yee | 11.6 (0.7) | 23.0 (1.4) | 7.4 (0.1) | 8.4 |
| John Perez, Latino | 64.0 (1.0) | 37.1 (2.8) | 8.5 (0.3) | 18.1 |
| Tammy Blair | 13.0 (0.4) | 7.9 (0.8) | 3.0 (0.1) | 4.7 |
| David Evans | 2.9 (0.4) | 10.4 (0.8) | 31.8 (0.1) | 26.6 |
| Ashley Swearengin | 4.6 (0.6) | 15.1 (1.6) | 45.6 (0.2) | 38.3 |
| Laura Wells | 3.9 (0.5) | 6.4 (0.6) | 3.8 (0.1) | 3.9 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

# Table VII-13, 2014 Primary for Superintendent of Public Instruction

## A.   Estimated by Unweighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Lydia Gutierrez, Latino | 65.1 (1.3) | 23.4 (8.3) | 20.7 (0.5) | 27.2 |
| Marshall Tuck | 8.3 (1.4) | 6.1 (0.9) | 39.9 (0.5) | 33.7 |
| Tom Torlakson | 26.7 (1.4) | 70.6 (8.9) | 39.4 (0.5) | 39.1 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

## B.   Estimated by Weighted Regression

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Lydia Gutierrez, Latino | 64.1 (1.4) | 14.7 (3.1) | 19.8 (0.4) | 27.2 |
| Marshall Tuck | 7.0 (1.4) | 5.9 (8.4) | 40.1 (0.4) | 33.7 |
| Tom Torlakson | 29.0 (1.5) | 79.4 (8.9) | 40.1 (0.4) | 39.1 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

51

## C. Estimated by EI

| % For Each Candidate | Latino | Asian | Non-Hispanic White & Black | Actual Total Percentages |
|---|---|---|---|---|
| Lydia Gutierrez, Latino | 67.9 (1.0) | 40.0 (2.4) | 18.4 (0.2) | 27.2 |
| Marshall Tuck | 4.5 (0.5) | 16.6 (1.4) | 40.3 (0.1) | 33.7 |
| Tom Torlakson | 27.6 (1.1) | 43.4 (2.2) | 41.3 (0.2) | 39.1 |
| **Actual Ethnic Percentages** | 16.5 | 2.3 | 81.2 | |

Precincts with fewer than 15 total votes excluded.  N = 711

# VIII.  Conclusions about Racially Polarized Elections in Kern County

44.  From 2004 through 2014, 19 of the 22 elections were racially polarized, two involving the same Spanish-surnamed individual, Steve Perez, and one runoff between an unheralded Latino candidate for Superintendent of Public Instruction.  Whatever methods and models are used, the results are substantively the same:  racial polarization in elections in Kern County in the recent past has been stark and widespread, more than qualifying under the two definitions in the guiding federal case, *Gingles*.

# IX.  Other Senate Factors

45.  Kern County is the third largest county in geographic area of the 58 counties in California, nearly the size of the state of New Hampshire and approximately seven times as large as Rhode Island, a state whose size has often been compared to representative districts in voting rights cases.  In fact, each of the four current Kern County supervisorial districts outside Bakersfield is almost certainly larger than the state of Rhode Island.  Surrounded by mountains on three sides and crisscrossed by extensions of those ranges, it is difficult to traverse, and there is little public transportation outside the metropolis.  A poor candidate who sought to substitute shoe leather for television advertisements would wear out many shoes in Kern County.

46.  Kern County requires that a candidate for the Board of Supervisors finish not merely first, but that she obtain a majority of all votes; otherwise, there will be a runoff between the top two finishers.  It has long been recognized that such requirements disadvantage candidates from minority groups in areas where voters are racially polarized.[13]  The reason is simple.  If a group that forms a minority in a population faces a majority that in most cases refuses to vote for a minority candidate, then representatives of the minority group can only win if the majority group splits its support.  That can happen in a primary with many candidates.  But if there is a majority vote requirement, then the majority group can always split between as many candidates as it desires in the first round election and unite against the minority candidate in the runoff.  This is one of several electoral rules recognized by Congress and political scientists that transforms private racial discrimination (the act of voting against minority candidates by voters from an ethnic

---

[13] See, e.g., Laughlin McDonald, "The Majority Vote Requirement:  Its Use and Abuse in the South," *Urban Lawyer*, 17 (1985), 429-40.

majority) into public discrimination (the defeat of candidates favored by the minority group on account of their ethnicity).

47.  But the most recent American Community Survey (ACS) from the Census Bureau finds that Latinos have just become a majority of the population in Kern County, forming 50.4% of the population in 2014.  Why can they not dominate elections?  The answer seems straightforward:  They form a much smaller percentage of the electorate and they are disadvantaged socioeconomically compared to the non-Hispanic white group that has always dominated the County.

48.  First, according to the 2014 ACS, 24.1% of Latinos in the county are not citizens, so Latinos constitute only about 38% of the citizens of Kern, not 50%.  Second, according to figures from the Statewide Database at Berkeley, in 2014, Latinos comprised only about 32% of the registered voters and cast only 22% of the votes in the 2014 general election.  Moving from population to registered voters, then, cuts the Latino proportion in Kern by more than half.  Why is that?

49.  Political scientists have long recognized the post-World War II relationship in the U.S. between political participation, on the one hand, and education and income, on the other.[14]  Compared to non-Hispanic whites and Asians in Kern County, Latinos are socioeconomically disadvantaged.  In 2014, the ACS found that only 14.6% of non-Hispanic whites in Kern County had incomes below the poverty level.  For Latinos, the figure was more than twice as high – 29.6%.  In 2007, the latest date for which we have census statistics, Latinos owned about 24% of the business firms in the County, but they were tiny, having only 2.8% of the sales of all firms.  Non-Hispanic whites, by contrast, owned 68% of the firms in the County, and those firms represented 96.4% of all sales.  65.2% of non-Hispanic whites owned the homes they lived in, while only 49.2% of Latinos did in 2014.  Moreover, the latest census figures available, those of 2000, show that non-Hispanic white homes in Kern County had a median value that was 20% higher than those owned by Latinos.  In educational status, too, the 2014 ACS found Latinos significantly behind others in the county.  For the county as a whole, including Latinos, only 14.5% had educations that ended by the 9th grade; for Latinos, 27.8%.  At the other end of the scale, those who graduated from college or attained post-college degrees comprised 15.2% of the whole population of the County, including Latinos; the Latino percentage was less than half of that – 7.1%.  So more than twice as high a percentage of

---

[14] See, e.g., Lester W. Milbrath, *Political Participation:  How and Why Do People Get Involved in Politics?* (Chicago:  Rand McNally & Company, 1965), 110-41; Walter Dean Burnham, "The Appearance and Disappearance of the American Voter," in Richard Rose, ed., *Electoral Participation:  A Comparative Analysis* (Beverly Hills and London:  Sage Publications, 1980), 35-74.

Latinos as of the county's whole population were at the bottom of the educational ladder, while fewer than half as high a percentage were at the top of that ladder.

50.  Even though the Latino population of the County has been growing rapidly in the past generation, the comparatively depressed socioeconomic status of that population will make the attainment of equal political opportunity difficult for a long time to come if voting continues to be racially polarized and the election rules (majority vote requirement, unusually large districts that do not contain effective Latino voting majorities) remain discriminatory.

J. Morgan Kousser

55