# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF KERN, et al., <br><br> Defendants. | Case No.: 1:16-cv-00568 DAD JLT <br><br> ORDER SETTING HEARING ON SETTLEMENT |

The Court has conducted a settlement conference in this case. All parties have negotiated in good faith and have made significant efforts toward resolution of this matter. There is a current offer outstanding. Therefore, the Court **ORDERS**:

1. Counsel for the County of Kern SHALL present the proposed redistricting map to the Board of Supervisors as soon as possible **but no later than noon on Friday, March 30, 2018**;

2. Counsel **SHALL** appear for a hearing on the status of the settlement on **March 30, 2018 at 2:00 p.m.** at the United States Courthouse, located in Bakersfield, CA.

IT IS SO ORDERED.

Dated: **March 28, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE