# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, et al., | Case No.: 1:16-cv-00568 DAD JLT |
| Plaintiffs, | ORDER AFTER SETTLEMENT |
| v. | |
| COUNTY OF KERN, et al., | |
| Defendants. | |

The Court conducted a settlement conference in this case on May 28, 2018 at which the parties tentatively reached terms of settlement, pending approval by the Kern County Board of Supervisors. The Kern County Board of Supervisors has now approved the settlement. Thus, the matter has settled. Therefore, the Court **ORDERS**:

1. **No later than April 2, 2018**, the parties will file a stipulated request for dismissal of the individual defendants;

2. **No later than June 18, 2018**, the parties will file a stipulated request for dismissal of the entire case. The Court understands that, at that time, the parties will ask the Court to retain jurisdiction through the certification of the November 2018 election which will occur as a result of the settlement. Consequently, the settlement agreement at supporting documents SHALL be attached to the proposed order;

///

3. The parties will make all reasonable efforts to comply with the terms of the settlement pending further order of the Court;

4. All pending dates (except those set here) conferences and hearings are **VACATED**. **The parties are advised that failure to comply with this order may result in the Court imposing sanctions.**

IT IS SO ORDERED.

Dated: __**March 30, 2018**__     _____**/s/ Jennifer L. Thurston**_____
UNITED STATES MAGISTRATE JUDGE