UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR LUNA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | No. 1:16-cv-00568-DAD-JLT<br><br>ORDER OF DISMISSAL, DIRECTING THE CLERK OF THE COURT TO TERMINATE DEFENDANTS MICK GLEASON, ZACK SCRIVNER, MIKE MAGGARD, DAVID COUCH, LETICIA PEREZ, JOHN NILON, AND MARY B. BEDARD<br><br>(Doc. No. 205) |

On April 2, 2018, the parties filed a stipulation voluntarily dismissing defendants Mick Gleason, Zack Scrivner, Mike Maggard, David Couch, Leticia Perez, John Nilon, and Mary B. Bedard from this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (Doc. No. 205.) All parties have consented to the dismissal. (*Id.*) In light of the stipulation, the court orders those defendants dismissed from this action with prejudice and directs the Clerk of the Court to terminate defendants Gleason, Scrivner, Maggard, Couch, Perez, Nilon, and Bedard from this action. The action now proceeds against defendants County of Kern and Kern County Board of Supervisors only.

IT IS SO ORDERED.

　　Dated: **April 4, 2018**　　　　　　　　　　　／s／ Dale A. Drozd
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1